CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Idas Resources N.V., Curacao et al

_____
Plaintiff(s)

vs.                                                        Civil Action No.: 1:06-cv-00570

Empresa Nacional de Diamantes de Angola E.P. et al

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Empresa Nacional de Diamantes de Angola E.P.
Dr. Manuel Arnaldo de Sousa Calado, President
Rua Major Canhangulo
No. 100
Caixa Postal 1247
Luanda
Angola

by: (check one)   ☑   registered mail, return receipt requested
                  ☑   DHL

pursuant to the provisions of: (check one)
                  ☐   FRCP 4(f)(2)(C)(ii)
                  ☐   28 U.S.C. § 1608(a)(3)
                  ☑   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Republic of Angola _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____/snw
(Signature)

Steven D. Cundra, D.C. Bar No. 374074
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, N.W.,
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

(Name and Address)

CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Idas Resources N.V., Curacao et al

_____
Plaintiff(s)

vs.                                                                Civil Action No.: 1:06-cv-00570

Empresa Nacional de Diamantes de Angola E.P. et al

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Nofar Mining B.V.
Watermanweg 100
Plaats
3067 GG Rotterdam
The Netherlands

by: (check one)    ☑    registered mail, return receipt requested
                   ☑    DHL
pursuant to the provisions of: (check one)
                   ☑    FRCP 4(f)(2)(C)(ii)
                   ☐    28 U.S.C. § 1608(a)(3)
                   ☐    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): **The Netherlands**, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven D. Cundra, D.C. Bar No. 374074
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, N.W.,
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

(Name and Address)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Midas Resources N.V., Curacao et al

_____
Plaintiff(s)

vs.                                    Civil Action No.: 1:06-cv-00570

Empresa Nacional de Diamantes de Angola E.P. et al

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Nofar Mining B.V.
Watermanweg 100
Plaats
3067 GG Rotterdam
The Netherlands

by: (check one)      ☑   registered mail, return receipt requested
                     ☑   DHL
pursuant to the provisions of: (check one)
                     ☑   FRCP 4(f)(2)(C)(ii)
                     ☐   28 U.S.C. § 1608(a)(3)
                     ☐   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): The Netherlands _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven D. Cundra, D.C. Bar No. 374074
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, N.W.,
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

(Name and Address)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Midas Resources N.V., Curacao et al
_____
Plaintiff(s)

vs.                                                         Civil Action No.: 1:06-cv-00570

Empresa Nacional de Diamantes de Angola E.P. et al
_____
Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Empresa Nacional de Diamantes de Angola E.P.
Dr. Manuel Arnaldo de Sousa Calado, President
Rua Major Canhangulo
No. 100
Caixa Postal 1247
Luanda
Angola

by: (check one)    ☑ registered mail, return receipt requested
                   ☑ DHL

pursuant to the provisions of: (check one)
                   ☐ FRCP 4(f)(2)(C)(ii)
                   ☐ 28 U.S.C. § 1608(a)(3)
                   ☑ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Republic of Angola _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven D. Cundra, D.C. Bar No. 374074
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, N.W.,
Suite 700, North Building
Washington, D.C. 20036
Tel: (202) 973-1200
Fax: (202) 973-1212

(Name and Address)