UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Idas Resources N.V., Curacao, et al.
_____
Plaintiff(s)

v.                              Civil Action No. 06-570

Empressa Nacional de Diamantes
de Angola E.P., et al.
_____
Defendant(s)

**CERTIFICATE OF MAILING**

I hereby certify under penalty of perjury, that on the __10th__ day of __May__, __2006__, I mailed:

[X] Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ] Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[ ] Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[ ] Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ] Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By _Jackie Frances_
Deputy Clerk



## Shipment Airwaybill — 7548844800

**DHL WORLDWIDE EXPRESS**
1-800-CALL-DHL (Non negotiable in USA only)
WEB ADDRESS: http://www.dhl.com

**1 From (Shipper)**
- Account no.: 757[illegible]
- Shipper's reference: [illegible]
- Company name: [illegible]
- Shipper's name: Steven L. [illegible]
- Address: 1120 20th St. NW, [illegible] North Building, Washington, DC 20036
- Zip code: 20036
- Phone: 202-973-1203

**2 To (Recipient)**
- Company name: [illegible] Thinking B.V.
- Delivery address: [illegible], [illegible] GG Rotterdam, Netherlands

**3 Shipment details**
- International Services: INT'L DOCUMENT EXPRESS (checked)
- WorldMail Services: 1st (checked)
- Payment Options: Shipper's account (checked); Cash / Check / Credit Card

**Full description of contents:** Complaint against [illegible] Thinking B.V.

---

## Shipment Airwaybill — 7548844811

**DHL WORLDWIDE EXPRESS**
1-800-CALL-DHL (Non negotiable in USA only)

**1 From (Shipper)**
- Shipper's reference: [illegible]
- Company name: [illegible]
- Shipper's name: [illegible]
- Address: 1120 20th St. NW, ABC North Building, Washington, DC 20036
- Phone: 202-973-1203

**2 To (Recipient)**
- Company name: [illegible] Nacional de [illegible], Angola, E.P.
- Attention: [illegible]
- Delivery address: [illegible] Mayor Commandante [illegible], Caixa Postal 1241, Luanda, Angola

**3 Shipment details**
- International Services: INT'L DOCUMENT EXPRESS (checked)
- WorldMail Services: 1st (checked)
- Payment Options: Shipper's account (checked)

**Full description of contents:** Complaint against Empresa Nacional de [illegible] de Angola E.P.