IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO )<br>)<br>PABECO B.V. )<br>)<br>ADASTRA MINERALS, INC. )<br>f/k/a AMERICA MINERAL FIELDS, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EMPRESA NACIONAL DE DIAMANTES )<br>DE ANGOLA E.P. )<br>)<br>NOFAR MINING B.V. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00570-ESH |

## STIPULATION FOR ENLARGEMENT OF TIME

Defendants, Empresa Nacional de Diamantes de Angola E.P. ("Endiama") and Nofar Mining B.V. ("Nofar"), and Plaintiffs, by undersigned counsel, hereby stipulate pursuant to Fed. R Civ. P. Rule 6 to an extension of time for Defendants to answer, move or otherwise respond to the Complaint on or before August 1, 2006. In support of this stipulation, the parties state as follows:

1. Defendants and their counsel require additional time to investigate and respond to the allegations of the Complaint as both Defendants are located overseas.

2. Defendants have only recently retained the undersigned counsel. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case.

3. No prior request for an extension of time has been made.

Respectfully Submitted,

_____  
Thomas J. Whalen  
(D.C. Bar No. 208512)  
Laura G. Stover (D.C. Bar No. 475144)  
Eckert Seamans Cherin & Mellott, LLC  
1747 Pennsylvania Avenue, NW  
Suite 1200  
Washington, DC 20006  
Phone: (202) 659-6600  
Fax: (202) 659-6699  

Counsel for Defendants

_____  
Steven D. Cundra  
(D.C. Bar No. 374074)  
Hall Estill Hardwick Golden Gable & Nelson, PC  
1120 20th Street, NW  
Suite 700, North Building  
Washington, DC 20036  
Phone: (202) 973-1200  
Fax: (202) 973-1212  

Stephen F. Malouf  
Bar No. TX0017  
The Law Offices of Stephen F. Malouf, P.C.  
3506 Cedar Springs  
Dallas, TX 75219  
Phone: (214) 969-7373  
Fax: (214) 969-7648  

Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Stipulation for Enlargement of Time** was filed and served electronically, this 14th day of ~~June~~ July, 2006, to:

> Steven D. Cundra
> Hall Estill Hardwick Golden Gable & Nelson, PC
> 1120 20th Street, NW
> Suite 700, North Building
> Washington, DC 20036
>
> Stephen F. Malouf
> The Law Offices of Stephen F. Malouf, P.C.
> 3506 Cedar Springs
> Dallas, TX 75219

_____
Thomas J. Whalen