IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO | ) |
| | ) |
| PABECO B.V. | ) |
| | ) |
| ADASTRA MINERALS, INC. | ) |
| f/k/a AMERICA MINERAL FIELDS, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00570-ESH |
| | ) |
| EMPRESA NACIONAL DE DIAMANTES | ) |
| DE ANGOLA E.P. | ) |
| | ) |
| NOFAR MINING B.V. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the parties Stipulation for an Enlargement of Time, it is this ____ day of June, 2006,

ORDERED that the Stipulation for an Enlargement of Time be, and hereby is GRANTED, and it is further

ORDERED that Defendants Empresa Nacional de Diamantes de Angola E.P. and Nofar Mining B.V. shall answer, move or otherwise respond to the Complaint on or before August 1, 2006.

_____
Judge Ellen Segal Huvelle

Copies to:

Thomas J. Whalen
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036

Stephen F. Malouf
The Law Offices of Stephen F. Malouf
3506 Cedar Springs
Dallas, TX 75219

69759