IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) <br> ) <br> PABECO B.V. ) <br> ) <br> ADASTRA MINERALS, INC. ) <br> f/k/a AMERICA MINERAL FIELDS, INC. ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMPRESA NACIONAL DE DIAMANTES ) <br> DE ANGOLA E.P. ) <br> ) <br> NOFAR MINING B.V. ) <br> ) <br>     Defendants. ) | Case No. 1:06-cv-00570-ESH |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to United States District Court for the District of Columbia Local Rule LCvR 7.1, NOFAR Mining B.V. ("NOFAR") makes the following disclosure:

I, the undersigned, counsel of record for NOFAR, certify that to the best of my knowledge and belief that neither NOFAR nor any of its parent companies, subsidiaries or affiliates has issued any securities that are in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for NOFAR Mining B.V.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

_/s/ Thomas J. Whalen_
Thomas J. Whalen (D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Disclosure of Corporate Affiliations and Financial Interests** was filed and served electronically, this **20th** day of July, 2006, to:

>Steven D. Cundra
>Hall Estill Hardwick Golden Gable & Nelson, PC
>1120 20th Street, NW
>Suite 700, North Building
>Washington, DC 20036
>
>Stephen F. Malouf
>The Law Offices of Stephen F. Malouf, P.C.
>3506 Cedar Springs
>Dallas, TX 75219

>_____
>Thomas J. Whalen