IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| NOFAR MINING B.V. ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANT EMPRESA NACIONAL DE
DIAMANTES DE ANGOLA E.P.'S MOTION TO DISMISS**

Defendant, Empresa Nacional De Diamantes De Angola E.P. ("ENDIAMA"), by undersigned counsel, and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, moves this Court for an order of dismissal on the grounds that this Court lacks subject matter jurisdiction over the matter.

In support of this Motion, ENDIAMA states none of the exceptions to the Foreign Sovereign Immunities Act ("FSIA") applies to the instant matter. Plaintiffs attempt to assert jurisdiction based upon the "direct effect," "commercial activity" and expropriation of property exceptions in Section 28 U.S.C. §1605(a)(2)-(3). Plaintiffs have not alleged, nor can they show that any of these exceptions are applicable.

ENDIAMA has not performed any act or commercial activity in the United States, nor any act that had a direct effect in the United States, relating to the facts alleged in this cause of

action. Moreover, none of the Plaintiffs have any connection to the United States, and any alleged losses they suffered occurred elsewhere. Plaintiffs, which are foreign entities, have failed to establish subject matter jurisdiction over this matter as against ENDIAMA.

In further support of this Motion, Defendant respectfully refers this Court to the attached Memorandum of Points and Authorities and Proposed Order.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

_/s/ Thomas J. Whalen_
Thomas J. Whalen (D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

Counsel for Defendant, Empresa Nacional
  de Diamantes de Angola E.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendant ENDIAMA's Motion to Dismiss** was filed and served electronically, this 1st day of August, 2006, to:

> Steven D. Cundra
> Hall Estill Hardwick Golden Gable & Nelson, PC
> 1120 20th Street, NW
> Suite 700, North Building
> Washington, DC 20036
>
> Stephen F. Malouf
> The Law Offices of Stephen F. Malouf, P.C.
> 3506 Cedar Springs
> Dallas, TX 75219

_____/s/ Laura G. Stover_____
Laura G. Stover