

Reconheço a assinatura _Osvaldo Santos Palado_ e certifico que foi feita na minha presença e a qualidade em que intervêm por ser do meu conhecimento pessoal, tendo poderes para o acto

Luanda, 31 de _____ de 2006

CONTA N.º _____



EMPRESA NACIONAL DE DIAMANTES DE ANGOLA, E.P.
CONSELHO DE ADMINISTRAÇÃO



**PERANTE A CORTE DISTRITAL DOS ESTADOS UNIDOS DA AMÉRICA PARA O DISTRITO DE COLUMBIA**

| | |
|---|---|
| IDAS RESOURCES N.V. CURAÇÃO) | ) |
| PABECO B.V.) | ) |
| ADASTRA MINERALS, INC.) f/k/a AMERICA MINERAL) FIELDS. INC) | ) |
| ESH | ) CASO N.º 1:06-cv-00570- |
| Autores) | ) |
| v. | ) ) ) |
| EMPRESA NACIONAL DE DIAMANTES) DE ANGOLA) | ) |
| Ré | |

Eu, **Manuel Arnaldo de Sousa Calado**, estando devidamente comprometido a dizer a verdade, deponho e declaro o seguinte:

1. Chamo-me **Manuel Arnaldo de Sousa Calado**, sou o Presidente do Conselho de Administração, nomeado por Decreto n.º 104/05, de 5 de Dezembro, da EMPRESA NACIONAL DE DIAMANTES DE ANGOLA, E.P., designada por ENDIAMA, com sede em Luanda, Angola, à Rua Major Kanhangulo n.º 100.

2. A ENDIAMA é uma empresa pública, constituída ao abrigo do Decreto 30-A/97, de 25 de Abril.

3. A ENDIAMA é uma pessoa jurídica de grande dimensão, dotada de personalidade jurídica e de autonomia administrativa e de gestão com património próprio.

4. A ENDIAMA não é nacional de nenhum Estado dos Estados Unidos da América e não tem participação de capitais estrangeiros, tendo o Estado angolano subscrito integralmente o seu fundo de constituição.

5. A ENDIAMA foi constituída ao abrigo das leis angolanas, designadamente, ao abrigo do Decreto 30-A/97, de 25 de Abril – Estatutos da Empresa Nacional de Diamantes de Angola.

6. A ENDIAMA U.E.E. - **Empresa Nacional De Diamantes De Angola, Unidade Económica Estatal**, substituiu a Companhia de Diamantes de Angola, SARL – **DIAMANG, ao abrigo do Decreto n.º 6/81, de 15 de Junho**, após a independência de Angola e em 25 de Abril de 1997, e sob o **Decreto n.º Decreto 30-A/97 foi criada a ENDIAMA, E.P.** que foi concedida a exclusividade dos direitos mineiros de prospecção, pesquisa, reconhecimento, exploração, tratamento e comercialização de diamantes em todo o território nacional incluindo a plataforma continental e zona económica, podendo emitir licenças de exploração em participar em empreendimentos mistos com sociedades estrangeiras de mineração e investimento.

7. Todas as licenças que a ENDIAMA, E.P. têm de ser aprovadas pelo Governo de Angola que é distinto e separado da ENDIAMA, E.P. As referidas Licenças estão submetidas as Leis de Angola.

8. O Contrato de 14 de Junho de 1995, assinado entre a ENDIAMA, E.P. e a IDAS ("Contrato IDAS"), envolveu a prospecção e a exploração apenas em Angola.

9. O Contrato IDAS estava sujeito a lei angolana, tendo a língua portuguesa como o idioma escolhido pelas partes, para todos os documentos e correspondências especiais.

10. Qualquer disputa entre as partes do Contrato IDAS, teria de ser submetido a Arbitragem, conduzida no idioma português em Luanda, Angola, e de acordo com as regras da Comissão das Nações Unidas para o Comercio Internacional "UNCITRAL".

11. O Contrato IDAS foi negociado em 14 de Junho de 1995 e assinado pelo então Director Geral Eng.º Augusto Paulino de Almeida Neto, em Luanda-Angola. A ENDIAMA não solicitou ou prosseguiu negociações contratuais nos Estados Unidos da América.

12. Nenhuma cláusula do Contrato IDAS, seria executada nos Estados Unidos da América.

13. Nenhum empregado ou representante da ENDIAMA, E.P. esteve presente nos Estados Unidos da América, em relação ao Contrato IDAS.

14. A ENDIAMA, E.P. não tem empregados nos Estados Unidos da América.

15. A ENDIAMA, E.P. não é residente dos Estados Unidos da América e não tem domicílio ou estabelecimento naquele local.

16. A ENDIAMA, E.P. não conduz, nem jamais conduziu actividades nos Estados Unidos da América. Na verdade, a ENDIAMA, E.P. nunca se envolveu em transacção ou negócio com qualquer entidade localizada nos Estados Unidos da América.

17. A ENDIAMA, E.P. não conduz ou realiza negócios nos Estados Unidos da América.

18. A ENDIAMA, E.P. não renunciou, quer explícita, quer implicitamente, a sua imunidade jurisdicional para as acções nos Estados Unidos da América.

19. A ENDIAMA, E.P. não executou actos ou actividades comerciais nos Estados Unidos da América ou actos fora do território dos Estados Unidos da América, relacionados com actividades comerciais, que tenham ou tiveram efeito directo nos Estados Unidos da América, no que se refere aos factos alegados na causa de pedir dessa acção judicial.

20. Nenhuma propriedade ou direitos de propriedade em disputa nesta acção estão localizados nos Estados Unidos da América.

21. O Contrato entre a ENDIAMA, E.P. e a Nofar Mining B.V. ("NOFAR") foi negociado em Luanda Angola e em Português ("Contrato NOFAR").

22. O Contrato NOFAR estava sujeito a lei angolana, tendo a língua portuguesa como o idioma escolhido pelas partes para todos os documentos e correspondências oficiais.

23. Qualquer disputa entre as partes do Contrato NOFAR, teria de ser submetido a Arbitragem, conduzida no idioma português em Luanda, Angola, e de acordo com as regras da Comissão das Nações Unidas para o Comercio Internacional "UNCITRAL".

24. O Contrato NOFAR, não envolveu negociações contratuais nos Estados Unidos da América.

25. Nenhuma cláusula do Contrato NOFAR, seria executada nos Estados Unidos da América.

26. Nenhum Contrato assinado pela ENDIAMA, E.P designou um lugar nos Estados Unidos da América, como o local da sua execução onde os pagamentos seriam realizados ou outros actos praticados.

27. A ENDIAMA não teve envolvimento algum com a aquisição da IDAS pela Adestra Mineral, Inc. ("AMI").

Luanda, aos 31 de Julho de 2006.

Empresa Nacional de Diamantes de Angola
O PRESIDENTE

DR. MANUEL ARNALDO DE SOUSA CALADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| Defendant. ) | |

I, Manuel Arnaldo de Souza Calado, being duly sworn, depose and say as follows:

1. My name is Manuel Arnaldo de Souza Calado. I am the President of the Board of Directors, appointed pursuant to Decree n. 104/05, of Empresa Nacional de Diamantes de Angola E.P. – referred to as "ENDIAMA", with headquarters in Luanda, Angola, at Rua Major Kanhangulo, 100.

2. ENDIAMA is a public company, created under the terms of Decree n. 30-A/97, of April 25.

3. ENDIAMA is a legal entity of large dimension, with independent legal existence and managing autonomy, which possesses its own assets.

4. ENDIAMA is not a citizen of any state of the United States and does not have foreign shareholders – the State of Angola is the only subscriber of ENDIAMA's equity capital.

5.     ENDIAMA was created under the laws of Angola ENDIAMA, specifically under the terms of Decree n. 30-A/97, of April 25 – By Laws of Empresa Nacional de Diamantes de Angola.

6.     ENDIAMA UEE – Empresa Nacional de Diamantes de Angola, Unidade Econômica Estatal, replaced the Companhia de Diamantes de Angola, SARL, - DIAMANG, pursuant to Decree 6/81, of June 15, after Angola's Independence and on 25 April 1997, and pursuant to Decree 30-A/97 ENDIAMA EP was established and was granted exclusive rights to mineral prospection, research, acknowledgement, exploitation, treatment and commercialization of diamonds all over the national territory including the continental platform and the economic zone; ENDIAMA was empowered to issue export licenses and to participate in joint ventures with foreign mining and investment companies.

7.     All of the licenses that ENDIAMA grants must be approved by the Angolan government which is separate and distinct from ENDIAMA; those licenses are subject to the laws of Angola.

8.     The June 14, 1995 contract entered into between ENDIAMA and IDAS ("IDAS Agreement") involved prospecting and exploration only in Angola.

9.     The IDAS Agreement was subject to the Angolan law, with Portuguese to be the required language for all documents and official correspondence.

10.    Any dispute between the parties of the IDAS Agreement had to be referred to arbitration which was to be held in Portuguese, in Luanda, Angola, and conducted under the terms of the United Nations Commission on International Commercial Trade.

11.	The IDAS Agreement was negotiated and executed on June 14, 1995, by the then General Officer Augusto Paulino de Almeida Neto, in Luanda, Angola. ENDIAMA did not solicit or pursue contract negotiations in the United States.

12.	No part of the IDAS Agreement was to be performed in the United States.

13.	No employee or agent of ENDIAMA was ever present in the United States in connection with the IDAS Agreement.

14.	ENDIAMA has no employees in the United States.

15.	ENDIAMA is not a resident of the United States and has no place of business there.

16.	ENDIAMA does not and has not engaged in any course of conduct in the United States. In fact, ENDIAMA has never been involved in any transactions or business with any entity located in the United States.

17.	ENDIAMA does not conduct or transact any business in the United States.

18.	ENDIAMA has not waived, either explicitly or by implication, its jurisdictional immunity from suit in the United States.

19.	ENDIAMA has not performed any act or commercial activity in the United States, or any act outside the territory of the United States in connection with commercial activities that have or had a direct effect in the United States, relating to the facts alleged in this cause of action.

20.	No property, or rights to property, in dispute in this claim is located in the United States.

21.	The agreement between ENDIAMA and Nofar Mining B.V. ("NOFAR") was negotiated in Portugese in Luanda, Angola ("NOFAR Agreement").

22. The NOFAR Agreement was subject to the Angolan law, with Portuguese to be the required language for all documents and official correspondence.

23. Any dispute between the parties of the NOFAR Agreement had to be referred to arbitration which was to be held in Portuguese, in Luanda, Angola, and conducted under the terms of the United Nations Commission on International Commercial Trade.

24. The NOFAR Agreement did not involve contract negotiations in the United States.

25. No part of the NOFAR Agreement was to be performed in the United States.

26. No Agreement entered into by ENDIAMA designated a location in the United States as a place of performance where money was to be paid or other acts performed.

27. ENDIAMA had no involvement with Adestra Minerals, Inc.'s ("AMI") purchase of IDAS.

Luanda, July 31, 2006.
Manuel Arnaldo de Souza Calado  (name and signature)

4