IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| NOFAR MINING B.V. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT NOFAR MINING B.V.'S MOTION TO DISMISS**

Defendant, NOFAR Mining B.V. ("NOFAR"), by undersigned counsel, and pursuant to Rule 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure, moves this Court for an order of dismissal on the grounds that this Court lacks subject matter jurisdiction over the case and personal jurisdiction over NOFAR.

In support of this Motion, NOFAR states that NOFAR is a company organized under the laws of the Netherlands, with no contacts in the District of Columbia. Because NOFAR has not purposefully availed itself of the privilege of transacting business in the forum state, personal jurisdiction may not be established under §13-423(a)(1) of the District's long-arm statute. Nor can personal jurisdiction over NOFAR be properly asserted under §13-334(b). Since neither provision supplies a basis for this Court to assert personal jurisdiction over NOFAR, the matter must be dismissed.

Additionally, Plaintiffs base subject matter jurisdiction in this case as to its claims against Defendant NOFAR on 28 U.S.C. 1332(a)(2). Plaintiffs, foreign entities, have failed to make any allegations which would support subject matter jurisdiction over the claims against this foreign company based upon diversity jurisdiction principles.

In further support of this Motion, Defendant respectfully refers this Court to the attached Memorandum of Points and Authorities and Proposed Order.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

_/s/ Thomas J. Whalen_
Thomas J. Whalen (D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

Counsel for Defendant, NOFAR Mining B.V.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendant NOFAR's Motion to Dismiss** was filed and served electronically, this 1st day of August, 2006, to:

>Steven D. Cundra
>Hall Estill Hardwick Golden Gable & Nelson, PC
>1120 20th Street, NW
>Suite 700, North Building
>Washington, DC 20036
>
>Stephen F. Malouf
>The Law Offices of Stephen F. Malouf, P.C.
>3506 Cedar Springs
>Dallas, TX 75219


>_____/s/ Laura G. Stover_____
>Laura G. Stover