IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO | ) |
| PABECO B.V. | ) |
| ADASTRA MINERALS, INC.<br>f/k/a AMERICA MINERAL FIELDS, INC. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06-cv-00570-ESH |
| EMPRESA NACIONAL DE DIAMANTES<br>DE ANGOLA E.P. | ) |
| NOFAR MINING B.V. | ) |
| Defendants. | ) |

**ORDER ON DEFENDANT NOFAR MINING B.V.'S
MOTION TO DISMISS**

This matter came before the Court on Defendant Nofar Mining B.V.'s ("NOFAR") Motion to Dismiss for Lack of Personal Jurisdiction and Lack of Subject Matter Jurisdiction.

Having reviewed the motion and any response thereto, this Court hereby

ORDERS that Defendant's Motion to Dismiss is GRANTED; and it is

ORDERED this ___ day of _____, 2006 that the case be dismissed with prejudice.

_____
United States District Judge

Copies to:

Thomas J. Whalen
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036

Stephen F. Malouf
The Law Offices of Stephen F. Malouf, P.C.
3506 Cedar Springs
Dallas, TX 75219