IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| NOFAR MINING B.V. ) | |
| ) | |
| Defendants. ) | |

I, Redmond Schley, being duly sworn, depose and say as follows:

1. My name is Redmond Schley. I am managing director of Noble Management B.V., a company organized under the laws of The Netherlands, which is the managing director of NOFAR Mining B.V. ("NOFAR") and I am fully familiar with the worldwide business of the company.

2. NOFAR operates as a holding company and mining exploitation company, organized and in operation under the laws of the Netherlands. NOFAR does not now conduct or transact business in the United States and has never done so.

3. NOFAR entered into an agreement with Empresa Nacional de Diamantes de Angola E.P. ("ENDIAMA") on 18 May 2004 which agreement provided a license to conduct mineral operations in Angola ("Agreement"). The Agreement was negotiated and executed in Portuguese in Luanda, Angola.

4. Upon information and belief, ENDIAMA is a wholly owned corporation of the Republic of Angola established to give licenses over Angola's diamond mineral rights.



5. The 18 May 2004 Agreement entered into between ENDIAMA and NOFAR was for mining activities in Angola only.

6. NOFAR did not agree to be subject to the courts of the District of Columbia.

7. The contract is subject to the laws of Angola.

8. No part of the Agreement between NOFAR and ENDIAMA was entered into in the District of Columbia or to be performed in the District of Columbia.

9. No employee or agent of NOFAR was ever present in the District of Columbia in connection with the Agreement.

10. NOFAR does not have an office or other presence in the District of Columbia.

11 NOFAR does not make any products and therefore has not made any sales or performed any services in the District of Columbia.

12. NOFAR has no permanent employees in the District of Columbia.

13. NOFAR is not a resident of the District of Columbia and has no place of business there.

14. NOFAR does not have a registered agent in the District of Columbia.

15. NOFAR does not engage in the conduct of business in the District of Columbia.

16. NOFAR does not advertise or solicit any business in the District of Columbia.

17. Neither NOFAR, nor any of its employees or agents had any contact with any party to this lawsuit in the District of Columbia; nor was any part of this contract made or to be performed within the District of Columbia.

18. NOFAR has never been sued in the District of Columbia, nor agreed to be sued there.



# AFFIDAVIT

BEFORE ME, P.S.C. Windhouwer, Notary Public situated in Rotterdam, The Netherlands personally appeared, R.P. Schley, passport number P406457, who being duly sworn according to law of The Netherlands, deposes and swears that the information contained in the foregoing Declaration is true and correct to the best of his knowledge, information and belief.

R. P. Schley
Noble Management B.V.

Nofar Mining B.V.

SWORN TO and subscribed before me this ___ day of July, 2006.



Gezien voor legalisatie van de handtekening van:
Seen for legalization of the signature of: *mr. R.P. Schley*
Vu pour légalisation de la signature de:
Es wird hiermit beglaubigt dass die Unterschrift von:

door mij, notaris, heden de
by me, civil-law notary, on this day of *27th day of July 2006,*
par moi-même, notaire, aujourd'hui le
von dem unterzeichneten Notar anerkannt ist, heute den



3