IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACAO, <br><br> PABECO B.V., <br><br> ADASTRA MINERALS, INC. <br> f/k/a AMERICA MINERAL FILEDS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EMPRESA NACIONAL DE DIAMANTES <br> DE ANGOLA E.P., <br><br> NOFAR MINING B.V., <br><br> Defendants. | Case No. 1:06-cv-00570-ESH |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiffs, IDAS Resources N.V., Curcao, Pabeco B.V., Adastra Mineral, Inc., by undersigned counsel, move, pursuant to Fed. R. Civ. P. Rule 6(b) to entry of an Order extending the time for Plaintiffs to file their Opposition to the (1) Motion of Empresa National de Diamantes de Angola E.P. to Dismiss and (2) Motion of Nofar Mining B.V. to Dismiss, on or before September 5, 2006. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs and their counsel require additional time to respond to Motions of the Defendants due to scheduling conflicts and overseas travel.

2. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case and defendants and their counsel consent to the requested extension of time.

3. Pursuant to D.D.C. Rule 7(m), counsel for Plaintiffs has conferred with counsel

for the Defendants, and that Defendants consent to relief requested.

    4.    No prior request for an enlargement of time has been made by Plaintiffs.

DATED: August 9, 2006

Respectfully Submitted,

Steve D. Cundra
(D.C. Bar No. 374074)
Hall, Estill, Hardwick, Golden, Gable,
 & Nelson, P.C.
1120 20th Street, N.W.
Suite 700, North Building
Washington, D.C. 22036
Phone: (202) 973-1200
Fax: (202) 973-1212

Stephen F. Malouf
Bar No. TX0017
The Law Offices of Stephen F. Malouf, P.C.
3506 Cedar Springs
Dallas, TX 75219
Phone: (214) 969-7373
Fax: (214) 96907648

*Counsel for Plaintiffs*

Thomas J. Whlalen
(D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellot, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion for Enlargement of Time was filed and served electronically, this 9th day of August 2006:

Thomas J. Whlalen
Laura G. Stover
Eckert Seamans Cherin & Mellot, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006

_____
Steven Cundra