IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACAO, ) <br> ) <br> PABECO B.V., ) <br> ) <br> ADASTRA MINERALS, INC. ) <br> f/k/a AMERICA MINERAL FILEDS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMPRESA NACIONAL DE DIAMANTES ) <br> DE ANGOLA E.P.,. ) <br> ) <br> NOFAR MINING B.V., ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-00570-ESH |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Consent Motion for an Enlargement of Time, it is this _____ day of August, 2006,

ORDERED that the Consent Motion for an Enlargement of Time be, and herby is GRANTED, and it is further,

ORDERED that the new filing date for Plaintiffs IDAS Resources N.V., Curacao, Pabeco B.V., Adastra Mineral, Inc.'s Opposition to Defendants' Motions to Dismiss is September 5, 2006.

It is so ORDERED.

_____
Judge Ellen Segal Huvelle

Copies to: Counsel of Record via ECF