# EXHIBIT 1

**PROJECTO LUREMO-CATOBA**

# CONTRATO

# DE

# PROSPECÇÃO, PESQUISA E RECONHECIMENTO

ENTRE

*ENDIAMA*, E.P

A

*NOFAR MINING* B.V

E A

*TWINS*, LIMITED

ALUVIÃO

**PROJECTO LUREMO-CATOBA**

## PARTES CONTRATANTES

O presente Contrato é celebrado entre a :

EMPRESA NACIONAL DE DIAMANTES DE ANGOLA – ENDIAMA, E.P., com sede na Rua Major Kanhangulo, 100, em Luanda, (adiante designada por "ENDIAMA"), neste acto representada pelo seu Presidente do Conselho de Administração, Senhor Dr. Manuel Arnaldo de Sousa Calado;

e

NOFAR MINING B.V., com sede em Wartermanweg, 100, 3067 Roterdão, Países Baixos (adiante designada por NOFAR), neste acto representada pelo seu bastante procurador Sr. Kramash Mordechai.

e

TWINS LIMITED, com sede nas Ilhas Cook, Pacífico, (adiante designada por TWINS), neste acto representada pelo seu Director Geral, Sr. General António dos Santos França.

## PREÂMBULO

**CONSIDERANDO QUE:**

A ENDIAMA é uma empresa pública de grande dimensão, criada pelo Decreto n.º 6/81, de 15 de Junho, e cujos Estatutos foram aprovados pelo Decreto n.º 30-A/97, de 25 de Abril, tendo como principal actividade a prospecção, pesquisa, reconhecimento, exploração, comercialização e lapidação de diamantes e de mineralizações acessórias, actividade esta que é exercida em todo o território de Angola em regime de exclusividade ou através de associações com parceiros nacionais e estrangeiros.

De acordo com o disposto na Lei n.º 1/92, de 17 de Janeiro, e na Lei n.º 16/94, de 7 de Outubro, os direitos mineiros de prospecção, pesquisa, reconhecimento, exploração e comercialização de diamantes podem ser exercidos directamente pela ENDIAMA ou por empresas de capitais mistos em que a ENDIAMA participe.

A atribuição dos referidos direitos mineiros carece de aprovação pelo Ministério da Geologia e Minas de acordo ao Decreto n.º 36/03, de 27 de Junho de 2003, art.º 2.º.

De acordo com a estratégia delineada pelo Governo para o sector mineiro em geral e para a indústria diamantífera em particular, no desenvolvimento das respectivas actividades deve ser promovida a participação de investidores nacionais e estrangeiros.

ALUVIÃO

1

**PROJECTO LUREMO-CATOBA**

CAPÍTULO I
DEFINIÇÕES E OBJECTO

ARTIGO 1.º
**Definições**

Para efeitos deste Contrato, e salvo se do seu contexto claramente resultar sentido diferente, os termos abaixo indicados terão, sempre que iniciados por letra maiúscula, o significado que a seguir lhes é atribuído:

a) "Amostra Padrão" – significa a amostra representativa da produção de diamantes da Sociedade Mista que vier a ser constituída, excluindo as Pedras Especiais, classificada de acordo com as categorias integradas na Classificação Padrão para Venda por forma a que a Amostra Padrão possa ser considerada como um padrão da forma como a produção da Sociedade Mista que vier a ser constituída poderá ser classificada.

b) "Anexo" ou "Anexos" – significa o(s) documento(s) anexo(s) ao Contrato e que dele faz(em) parte integrante;

c) "Angola" – significa a República de Angola;

d) "Área" – significa a área definida no número 1 do Artigo 7.º e nos Anexos A e B;

e) "Área da Mina" – significa a área delimitada para a Exploração de Jazigos economicamente viáveis, tal como definida no Artigo 32.º;

f) "Área do Contrato" – significa as áreas definidas no numero 1 do Artigo 7.º e nos Anexos A e B;

g) "Associação em Participação ou Associação" – constituída nos termos do Artigo 3.º do presente Contrato;

h) "Comercialização" – significa o conjunto de actos e operações realizados com o objectivo de preparar os diamantes para venda, incluindo a sua classificação, avaliação, negociação e celebração dos respectivos contratos, expedição, exportação e todas as outras actividades acessórias ou complementares;

i) "Contrato" - significa este Contrato, incluindo todos os seus Anexos, assim como qualquer aditamento e alteração que o mesmo vier a sofrer;

j) "Divisas" – significa qualquer moeda estrangeira livremente convertível nos mercados financeiros internacionais;

k) "Estado" – significa o Estado da República de Angola;

l) "Estudo de Viabilidade Técnico-Económico" ou "E.V.T.E." – significa o estudo ou estudos a realizar após a Pesquisa dos Jazigos descobertos, nos termos do Artigo 30.º, os quais se destinam a demonstrar a viabilidade técnica e económica da Exploração dos Jazigos;

ALUVIÃO

**PROJECTO LUREMO-CATOBA**

m) "**Exploração**" – significa o conjunto de operações e actividades realizadas tendo por fim a extracção, carregamento, transporte e tratamento de minério diamantífero;

n) "**Governo**" – significa o Governo da República de Angola;

o) "**Jazigos**" – significa as acumulações naturais de jazigos/depósitos de diamantes ocorridas na Área do Contrato que justifiquem ou não a Pesquisa a fim de determinar se a sua Exploração é técnica e economicamente viável;

p) "**Mina**" – significa a escavação ou abertura efectuada no solo, no local onde se situa um Jazigo de diamantes (ou conjunto de Jazigos de diamantes), com o fim de extracção de diamantes e/ou outros minerais a partir desse Jazigo;

q) "**Minerais Acessórios**" – significa os minerais genética e intimamente ligados aos diamantes num Jazigo e que não possam ser economicamente extraídos de forma selectiva, antes do tratamento;

r) "**Operações**" – significa todas as actividades de qualquer tipo relacionadas com a Prospecção, Pesquisa e Reconhecimento de Jazigos secundários;

s) "**Organismo Competente**" – significa o Ministério da Geologia e Minas ou outra entidade competente que venha a assumir a tutela sobre o sector mineiro;

t) "**Parte**" – significa a ENDIAMA, ou NOFAR, ou TWINS quando referidas individualmente;

u) "**Partes**" – significa a ENDIAMA, a NOFAR, e a TWINS quando referidas em conjunto;

v) "**Pedra Especial**" – significa uma gema de diamante cujo peso exceda o limite máximo estabelecido na Classificação Padrão para Venda (actualmente, 10.80 quilates);

w) "**Pedras Classificadas**" – significa qualquer gema de diamante cujo peso não exceda o limite estabelecido, na Classificação Padrão para Venda (actualmente, 10.80 quilates), assim como todos os diamantes industriais independentemente do seu tamanho;

x) "**Pesquisa**" – significa o conjunto de operações e trabalhos que têm por finalidade o dimensionamento e geometrização dos Jazigos, o estudo das características de mineralização e a avaliação das respectivas reservas;

y) "**Prospecção**" – significa o conjunto de operações a executar mediante métodos geológicos, geoquímicos ou geofísicos, com vista à descoberta e localização de Jazigos no solo, subsolo, no leito dos rios e no fundo do mar territorial e da plataforma continental;

z) Reconhecimento – significa o conjunto de operações constituídas pela execução de trabalhos de índole mineira como sanjas, trincheiras, poços e perfurações que, complementados com trabalhos geológicos, geoquímicos, geofísicos e laboratoriais, têm como objectivo a determinação das características das jazidas minerais.

**PROJECTO LUREMO-CATOBA**

### ARTIGO 2.º
### Objecto do Contrato

1. O objecto do presente Contrato é a constituição de uma Associação em Participação entre as Partes, para o exercício dos direitos mineiros de prospecção, pesquisa e reconhecimento de jazigos secundários de diamantes, na área localizada conforme Croquís de Localização que consta do Anexo A, concedidos à ENDIAMA, para a área da Lunda Norte.

2. Sem prejuízo do estipulado no n.º 1 deste artigo, as Partes deste Contrato terão o direito de preferência na obtenção do Título de Exploração para o exercício de direitos mineiros de exploração de jazigos primários que ocorrem na área do objecto do presente Contrato, desde que a sua intenção seja manifestada e autorizada pelo Conselho de Ministros, em conformidade com a Lei.

3. Caso venha a ter lugar a fase de Exploração, as partes acordam desde já a constituição entre si de uma sociedade comercial para exploração de jazigos descobertos na área referida no n.º 1 do presente Artigo, cabendo a cada uma das partes a participação social prevista no Artigo 4.º do presente Contrato.

### ARTIGO 3.º
### (Natureza Jurídica)

1. A Associação em Participação existirá sob a forma de participação não societária de interesses, sem personalidade jurídica não constituindo um Contrato de sociedade comercial ou civil nem uma conta em participação.

2. Quaisquer actos que produzam efeitos jurídicos para a Associação em Participação, nomeadamente, contratos, deverão ser assinados por todas as Partes.

3. As obrigações decorrentes desses actos assumem a natureza de obrigações conjuntas, excepto quando de outro modo for previsto no presente Contrato ou acordado pelas Partes.

### ARTIGO 4.º
### (Quotas de Participação)

1. As quotas de participação das Associadas para a fase de exploração, caso venha a ter lugar, serão fixadas no respectivo Contrato, sendo garantida as partes, uma quota de participação igual a:

    a) ENDIAMA ———— 47% (quarenta e sete por cento);
    b) NOFAR ———— 40% (quarenta por cento);
    c) TWINS ———— 13% (treze por cento).

ALUVIÃO

4

**PROJECTO LUREMO-CATOBA**

2. Para efeitos das deliberações do Conselho de Associados da Associação em Participação, objecto do presente Contrato, as quotas de participação serão as seguintes:

   a) ENDIAMA ———— 47% (quarenta e sete por cento);
   b) NOFAR ————— 40% (quarenta por cento);
   c) TWINS ————— 13% (treze por cento).

### ARTIGO 5.º
### Propriedade do Bens

1. Os bens adquiridos por uma das Associadas e afectos à Associação permanecerão na propriedade exclusiva da Associada que os adquiriu, com todos os efeitos legais daí advindos, até à sua completa amortização, o que será objecto de definição e regulamentação pelo Conselho de Associados.

2. Tido e qualquer bem que seja conjuntamente adquirido pelas Associadas ficará na compropriedade destas, na proporção dos seus direitos na Associação, enquanto durar esta, sendo em tudo o mais sujeito às regras da compropriedade previstas na Lei.

### ARTIGO 6.º
### Licença de Prospecção

1. Os direitos mineiros inerentes à Licença de Prospecção previsto no Art.º 6.º da Lei n.º 1/92, de 17 de Janeiro, e na Lei n.º 16/94, de 7 de Outubro, consideram-se exercidos pela Associação em Participação após aprovação do presente Contrato pelo Governo.

2. As licenças de Prospecção não são alienáveis, transmissíveis ou negociáveis, salvo prévia autorização do Conselho de Ministros.

3. O recurso a terceiros pelo detentor da licença de prospecção para obtenção de fundos para o investimento, carece de prévia aprovação do organismo competente do Estado Angolano.

### ARTIGO 7.º
### Área do Contrato

1. A Associação exercerá os seus direitos decorrentes do presente Contrato na área descrita no Anexo A, área delimitada a demarcar, nos termos do art.º 5 n.º 5 da Lei n.º 1/92, de 17 de Janeiro, pelo polígono regular formado por vértices cujas coordenadas estão, igualmente, estabelecidas no Anexo A.

2. Salvo no que respeita aos serviços de apoio logístico e administrativo que sejam necessários montar em centros urbanos, todas as operações geológico-mineiras que constituem objecto do presente contrato, as instalações de pesquisa e reconhecimento, bem como respectivos equipamentos, serão mantidos dentro da área referida no número anterior, sem prejuízo das áreas a libertar nos termos da lei.

ALUVIÃO                                                                                                                         5

**PROJECTO LUREMO-CATOBA**

## ARTIGO 8.º
### Minerais Abrangidos

1. Os minerais abrangidos pelo presente Contrato são os diamantes a extrair a partir dos Jazigos Secundários, descobertos na área objecto do Contrato, durante o período de vigência do Contrato, entre a ENDIAMA, a NOFAR e a TWINS.

2. Os diamantes que forem recuperados durante a execução das operações geológicas são propriedade do Estado Angolano, serão registados em boletins apropriados e, após avaliação, serão armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

3. Poderá ser autorizada, pelo Organismo Competente, a comercialização dos diamantes recuperados durante a execução das operações geológicas, quando isso for técnica e economicamente justificável.

4. Quaisquer outros minerais economicamente úteis que forem detectados durante os trabalhos de pesquisa e reconhecimento e não caibam na definição dos minerais acessórios, são excluídos do objecto do presente Contrato, mas deverão ser registados como resultados desses trabalhos e referidos nos relatórios a entregar ás Autoridades competentes e armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

## ARTIGO 9.º
### Exclusividade

A Associação exercerá de modo exclusivo os direitos de Prospecção e Pesquisa sobre a Área do presente Contrato, não podendo ser concedidos direitos idênticos, semelhantes ou concorrentes sobre a Área do Contrato a qualquer outra entidade, sociedade, pessoa singular, associação ou qualquer outra forma de empreendimento.

## ARTIGO 10.º
### Duração do Contrato

Os direitos mineiros referidos no Artigo 6.º são concedidos por um período de três (3) anos, podendo ser prorrogado esse período para um máximo de 5 (cinco) anos, de acordo ao Art.º 5.º n.º 5 da lei n.º 1/92, de 17 de Janeiro.

## CAPÍTULO II
## OBRIGAÇÕES GERAIS

## ARTIGO 11.º
### Obrigações Gerais das Associadas

As Associadas ficam obrigadas a realizar as operações que constituem o objecto do presente Contrato e previstas no Programa de Trabalhos a que se refere o artigo 15.º e outras que concorram para os mesmos fins, em conformidade com as Leis n.º 1/92, 16/94 e 17/94, e a atingir os respectivos objectos identificados neste Contrato, nomeadamente:

    a) mobilizar, todos recursos humanos necessários para as operações, recrutando e empregando trabalhadores, consultores e outro pessoal;

ALUVIÃO

6

**PROJECTO LUREMO-CATOBA**

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo equipamento necessários as operações matendo-os em condições próprias de funcionamento; executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) manter a contabilidade, registos das operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando operações de outrem, legalmente em curso nas mesmas áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as operações, estudos, análises e ensaios bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis n.º 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do art.º 2.º da lei 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das operações geológico-mineiras no prazo de sessenta (90) dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida a força maior, comprovada pelas partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias, uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

7

ALUVIÃO

**PROJECTO LUREMO-CATOBA**

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo equipamento necessários as operações matendo-os em condições próprias de funcionamento; executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) manter a contabilidade, registos das operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando operações de outrem, legalmente em curso nas mesmas áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as operações, estudos, análises e ensaios bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis n.º 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do art.º 2.º da lei 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das operações geológico-mineiras no prazo de noventa (90) dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida a força maior, comprovada pelas partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias, uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

ALUVIÃO

7

**PROJECTO LUREMO-CATOBA**

### ARTIGO 12.º
### Obrigações Gerais da ENDIAMA

A ENDIAMA fica sujeita às seguintes obrigações:

a) fornecer á Associação, os dados de natureza geológica e mineira com interesse para a execução das operações geológico-mineiras, sendo que tais dados deverão ser valorizados por empresa idónea e pagos pela Associação à ENDIAMA antes do inicio da exploração, caso venha a ter lugar;

b) usar os seus melhores esforços no sentido de obter para a Associação as facilidades necessárias para agilizar a importação de bens e consumo necessários, as formalidades para a entrada, circulação em Angola e saída dos especialistas estrangeiros, o licenciamento da utilização de explosivos e rádios de comunicação, bem como outras formalidades necessárias às actividades abrangidas pelo presente Contrato;

c) contribuir para que seja assegurado dentro das limitações da lei, o livre trânsito em Angola do pessoal ao serviço da Associação;

d) assistir a Associação nos procedimentos legais para a obtenção de isenções fiscais para todas as operações relacionadas com o trânsito de bens e serviços, desde que os mesmos sejam permitidos pela legislação em vigor;

e) garantir todo o licenciamento necessário, bem como as aprovações das autoridades competentes, para o total cumprimento das actividades indicadas neste Contrato;

f) proceder de acordo com a lei, à demarcação das áreas necessárias para as instalações destinadas à execução das operações geológico-mineiras;

g) manter as autoridades angolanas informadas do desenvolvimento do projecto;

h) assumir a responsabilidade que lhe cabe no âmbito do exercício conjunto da gestão e administração da Associação e condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme Art.º 36.º do presente Contrato, referentes a administração e gestão do Projecto;

### ARTIGO 13.º
### Obrigações Gerais da NOFAR

A NOFAR fica sujeita às seguintes obrigações:

a) transferir para à Associação, gratuitamente, toda a informação geológica e relativa a Prospecção e Pesquisa que esteja disponível e que, no entender da Associação, possa ter interesse para a execução das Operações.

b) assumir a responsabilidade, sem prejuízo do exercício conjunto da gestão e administração, pela condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme Art.º35.º do presente Contrato, referentes à administração e gestão;

ALUVIÃO

**PROJECTO LUREMO-CATOBA**

    c) realizar por sua conta e risco os investimentos das Operações de Prospecção e Pesquisa nos termos do Artigo 23º.

    d) dar cumprimento aos programas de trabalho aprovados, nos prazos e condições estabelecidos, atingindo os objectivos fixados e mantendo as Operações permanentemente activas, salvo em caso de força maior ou outras vicissitudes previstas no Contrato;

    e) cumprir a lei angolana e, em particular a Lei Laboral e a do Lei do Investimento Privado;

    f) transferir o "know-How" e contribuir activamente para a actualização e formação técnico - profissional dos trabalhadores angolanos, tomando as medidas necessárias e dirigindo acções programadas, adequadas para esse fim, devidamente cronogramadas e orçamentadas, prevendo a substituição gradual do pessoal estrangeiro pelo nacional;

    g) dar sempre que possível preferência aos trabalhadores angolanos no recrutamento do pessoal necessário às operações, quando apresentem qualificações e experiência comparáveis às dos expatriados ou revelem aptidão para serem treinados com vista a substituírem os quadros expatriados, bem como empreender o treinamento "on job" do pessoal angolano inclusive para os cargos de Direcção.

    h) Realizar o pagamento do bónus devido a ENDIAMA, nos termos do art.º 29 do presente contrato.

ARTIGO 14.º
**Obrigações Gerais da TWINS**

A TWINS fica sujeita às seguintes obrigações:

    a) dar o seu contributo válido e activo no desenvolvimento das actividades mineiras;

    b) cooperar e agir de boa fé com a direcção do projecto com vista a garantir o cumprimento das disposições contratuais e o funcionamento regular e eficaz do Projecto;

    c) participar nas deliberações do Conselho de Gerência de forma a que, em conformidade com as regras do Contrato, se tomem finais e vinculativas para os sócios;

    d) participar na discussão para a elaboração dos programas trimestrais, anuais e respectivos orçamentos.

    e) assumir a responsabilidade que lhe cabe no Conselho de Gestão.

**PROJECTO LUREMO-CATOBA**

CAPÍTULO III
PROSPECÇÃO E PESQUISA

Secção I
OPERAÇÕES E IMPLANTAÇÃO

ARTIGO 15.º
Operações

1. As operações geológico compreendem as etapas de Prospecção, Pesquisa e Reconhecimento de jazigos secundários de diamantes.

2. A Associação tem o direito e a obrigação de realizar todas as Operações geológico necessárias, na medida do possível, em conformidade com o programa de trabalhos constante do ANEXO B.

Secção II
Prazo e Libertação de Áreas

ARTIGO 16.º
Prazo

Os direitos de Prospecção, Pesquisa e Reconhecimento são concedidos pelo prazo de 3 (três) anos. Se, no final desse período, a Associação concluir pela existência de uma densidade significativa de jazigos secundários, que justifique a continuação das Operações de Prospecção, Pesquisa e Reconhecimento esta terá direito a que lhe sejam concedidas, prorrogações anuais daquele prazo até ao limite máximo de cinco (5) anos, nos termos da Lei.

ARTIGO 17.º
Libertação de Áreas

1. Caso a Associação, queira prorrogar o prazo inicial deste Contrato, deverá libertar 50% da área do Contrato, conforme o estipulado no Art.º 6.º n.º 2 al. c) da Lei n.º 1/92, de 17 de Janeiro.

2. A libertação de uma área importa a extinção de quaisquer direitos da Associação sobre a mesma, e deverá obrigar a retirada do pessoal, equipamentos e infra-estruturas nela instalados. Excluem-se dessa obrigação as estruturas ou infra-estruturas que possam servir de suporte às Operações que prossigam nas áreas não libertadas, e bem assim aquelas infra-estruturas susceptíveis de utilização comum pela população residente nas áreas libertadas ou cujo desmantelamento se revele especialmente oneroso ou tecnicamente complexo.

3. Caso, posteriormente à libertação de quaisquer áreas ocorra uma alteração dos parâmetros geológicos, económicos ou legais que tornem a exploração dessas áreas rentáveis, o Estado deverá, em igualdade de condições oferecidas, dar preferência à Associação na atribuição de novos direito de Prospecção e Pesquisa sobre as áreas em questão.

**PROJECTO LUREMO-CATOBA**

4. Não obstante o disposto nos números anteriores, a Associação poderá, a todo o tempo, libertar quaisquer áreas que considere destituídas de interesse geológico, entregando-as ao Organismo Competente do Estado, livre de quaisquer ónus, sem prejuízo da obrigação de realização dos investimentos mínimos fixados no Art.º 24.º.

Secção III

**PROGRAMA DE TRABALHOS E INVESTIMENTOS**

ARTIGO 18.º
**Programa de Trabalhos**

A Associação obriga-se a realizar o programa de trabalhos de Prospecção, Pesquisa e Reconhecimento que se encontra descrito no ANEXO B. O Programa deverá ser cumprido de modo integral e atempado, salvo eventuais alterações que vierem a ser acordadas pelo Organismo Competente e a Associação em função da evolução das Operações e dos resultados obtidos.

ARTIGO 19.º
**Implantação**

As operações iniciar-se-ão por uma fase de mobilização e implantação dos meios necessários à actividade, nomeadamente a aquisição, importação, montagem e instalação de equipamentos, infra-estruturas e outras estruturas de apoio físico e logístico, assim como a realização de levantamentos aéreos, planificação das operações, recrutamento de pessoal e outras actividades organizativas.

ARTIGO 20.º
**Custos de Investimento**

1. Com sujeição ao disposto no Artigo 24.º, a NOFAR suportará por sua conta e risco a totalidade dos custos e encargos com as Operações de Prospecção, Pesquisa e Reconhecimento.

2. Todos os custos adequadamente incorridos na realização das referidas Operações, tal como descritos no número seguinte, serão considerados custos de investimento, desde que aprovados pelas Partes.

3. Serão considerados custos de investimento, nomeadamente, os seguintes:

a) Encargos com os trabalhadores e outros colaboradores, Angolanos ou estrangeiros, incluindo salários, subsídios, avenças, despesas de deslocação e representação, alojamento e diárias, seguros, pensões e outros planos de reforma, assistência médica e outras regalias sociais, encargos legais e outros pagamentos que sejam devidos nos termos da lei ou da prática da indústria mineira internacional;

b) aquisição de materiais, produtos, aprovisionamentos e bens de consumo utilizados nas Operações, contabilizando-se o seu custo total e real para a Associação, incluindo despesas de todo o tipo de seguros, fretes, manuseamento entre o ponto de fornecimento e o ponto de destino, desalfandegamento, quaisquer impostos, direitos, taxas e outras imposições, e deduzindo-se quaisquer abatimentos que sejam efectuados;

**PROJECTO LUREMO-CATOBA**

c) aquisição ou aluguer de equipamentos, máquinas e quaisquer outros objectos ou utensílios utilizados nas Operações, contabilizando-se o seu custo total e real para a Concessionária, incluindo despesas de seguro, fretes, manuseamento entre o ponto de fornecimento e o ponto de destino, desalfandegamento, quaisquer impostos, direitos, taxas e outras imposições, e descontando quaisquer abatimentos que sejam efectuados;

d) formação e treino dos trabalhadores afectos às Operações, nos termos do Artigo 40.º, ou de quaisquer outras pessoas, conforme possa ser periodicamente solicitado pelo Organismo Competente e aceite pela Associação;

e) encargos gerais e administrativos relativos à manutenção de escritórios em Angola ou noutro local;

f) aquisição, constituição de direito de superfície ou arrendamento, incluindo a respectiva manutenção, de habitações para alojamento dos trabalhadores e colaboradores, ou de outras pessoas relacionadas com as Operações;

g) aquisição, constituição de direito de superfície ou arrendamento de armazéns, estaleiros, parques, terrenos ou quaisquer outros espaços ou estruturas necessárias às Operações;

h) quaisquer serviços prestados por terceiros relacionados com as Operações, nomeadamente por subcontratados, consultores, peritos, especialistas ou outros técnicos ou agentes, quer na área operacional, técnica, económica, de auditoria, jurídica, quer em qualquer outra;

i) seguros exigidos por lei ou que a Associação considere adequados em função do risco das Operações e de outros tipos de risco comercial, e da prática da indústria mineira internacional;

j) juros e outros encargos financeiros resultantes da contracção de empréstimos ou financiamentos, ou da emissão de garantias para as Operações, aprovados pelas Associadas;

k) donativos, ofertas, prendas ou despesas com eventos sociais desde que sejam de valor razoável e estejam conformes aos usos e costumes aplicáveis;

l) despesas de promoção, comercialização, marketing e publicidade que sejam adequadas às Operações;

m) quaisquer outros custos que se mostrem necessários à adequada e eficaz condução das Operações.

n) Associação compromete-se a manter uma contabilidade permanentemente actualizada e correcta da sua conta de custos e despesas de acordo com o Plano Nacional de Contas em vigor na República de Angola.

### ARTIGO 21.º
### Amostras

1. Enquanto não existirem instalações adequadas em Angola que sejam internacionalmente reconhecidas para a realização da análise ou avaliação de amostras geológicas obtidas durante a Prospecção, Pesquisa e Reconhecimento, a Associação

ALUVIÃO

12