**PROJECTO LUREMO-CATOBA**

d) Ocorrer violação reiterada ou grave das disposições contratuais pela ENDIAMA que torna impossível a continuação da relação contratual entre as Associadas.

3. Sem prejuízo do previsto no Art.º 67º, a iniciativa da rescisão por qualquer das Associadas deve ser comunicada por escrito à outra Associada até trinta dias após a causa invocada como fundamento da rescisão, produzindo estes efeitos depois de passados trinta dias sobre a data da recepção da referida comunicação.

ARTIGO 64.º<br>**Resolução de Diferendos**

1. Os eventuais diferendos que possam surgir entre as Partes signatárias do presente Contrato em matéria de aplicação, interpretação ou integração das disposições do mesmo, ou de qualquer disposição legal, deverão ser resolvidos amigavelmente de comum acordo.

2. Não sendo possível alcançar acordo no prazo de 60 (sessenta) dias após uma parte ter enviado à outra comunicação escrita estabelecendo os termos do diferendo e solicitando à resolução do mesmo, qualquer das partes pode submeter o diferendo a arbitragem.

3. A arbitragem será conduzida de acordo com as Regras de Arbitragem da UNCITRAL em vigor na data da celebração do presente Contrato, salvo na medida em que tenham sido modificadas ou complementadas pelas partes.

4. O tribunal arbitral será composto por três árbitros, um nomeado pelo Demandante, outro pelos Demandados e o terceiro, que desempenhará as funções de árbitro presidente, escolhido de comum acordo pelos árbitros antes nomeados. O Tribunal considera-se constituído na data em que o terceiro árbitro comunicar às Partes por escrito a sua aceitação.

5. Caso os dois árbitros nomeados não chegarem a acordo quanto a nomeação do terceiro arbitro no prazo de 30 (trinta) dias, o terceiro arbitro será nomeado pelo Presidente do Tribunal Provincial de Luanda, a requerimentos de qualquer uma das partes.

6. O tribunal arbitral terá a sua sede jurídica em Luanda – República de Angola.

7. O tribunal arbitral julgará de acordo com o Direito Angolano.

8. As decisões e sentenças do tribunal arbitral são finais e vinculativas, e delas não cabe recurso.

9. A decisão arbitral estabelecerá ainda a forma como cada uma das Partes deve suportar os custos da arbitragem e em que proporção.

ARTIGO 65.º<br>**Entrada em Vigor**

O presente Contrato entra em vigor na data em que se verifique cumulativamente os seguintes factos:

a) Publicação do Decreto do Ministério da Geologia e Minas, que aprove o presente Contrato;
b) Assinatura do presente contrato pelas partes.

ALUVIÃO 28

**PROJECTO LUREMO-CATOBA**

### ARTIGO 66.º
### Revisão

Para além do disposto no Artigo 63.º, este Contrato poderá ser revisto em qualquer momento mediante acordo escrito entre as Partes.

### ARTIGO 67.º
### (Disposições Nulas, Anuláveis ou Inválidas)

Se qualquer disposição deste Contrato violar a lei, regulamento, postura ou similar e, por essa razão, o presente Contrato de Associação se torne parcialmente nulo, anulável ou inválido, o mesmo Contrato considerar-se-á reduzido ao conjunto dos artigos válidos, permanecendo em vigor sem as disposições viciadas se, desse modo, for ainda possível a execução do objecto do presente Contrato e a execução dos objectivos pretendidos com o mesmo.

## CAPÍTULO X
## DISPOSIÇÕES FINAIS

### ARTIGO 68.º
### Comunicações

1. As notificações ou comunicações entre as Partes, a Associação no âmbito do presente Contrato só se consideram validamente realizadas se forem efectuadas por escrito, e entregues pessoalmente ou enviadas por correio, correio electrónico (e-mail), telecópia ou telex para os seguintes endereços:

**ENDIAMA**
Rua: Major Kanhangulo n.º 100 Edifício Endiama
Telex: 3068/3046
Telefax: 337276/336983
e-mail – endiama@endiama-angola.com/ www.endiama-angola.com
Luanda – Angola

**NOFAR**
Rua: Watermanweg 100, 3067 GG Roterdão
Telef:332439
Telefax:+871-762-599252
e-mail: mkramash@netvision.net.il

Países Baixos

**TWINS**
Rua: Anz House, Main Road, Avarua, Rarotonga
Telef: 2022612841
e-mail: rcabelly@crinternational.com
Ilhas Cook

ALUVIÃO

29

**PROJECTO LUREMO-CATOBA**

2. Qualquer alteração aos endereços acima indicados deverá ser prontamente comunicada por escrito às demais entidades.

ARTIGO 69.º
**Anexos**

Fazem parte integrante do presente Contrato os seguintes Anexos:

a) Anexo A – Mapas da Áreas do Contrato
b) ANEXO B – Programa de Trabalhos
c) ANEXO C – Princípios Gerais Sobre a Política de Recursos Humanos
d) ANEXO D – Princípios Gerais Sobre a Protecção do Ambiente
e) ANEXO E – Princípios Gerais Sobre Acções de Carácter Social


EM FÉ DO QUE, as Partes celebraram o presente Contrato, em Luanda, em _18_ de Maio de 2004.

**PELA ENDIAMA**

_____
DR. MANUEL ARNALDO DE SOUSA CALADO

**PELA NOFAR**

_____
SR. KRAMASH MORDECHAI

**PELA TWINS**

_____
SR. GENERAL ANTÓNIO DOS SANTOS FRANÇA

ALUVIÃO

30

# ANEXO A

# MAPA DA ÁREA DO CONTRATO




# Croquis de Localização

## Projecto Luremo
### "Prospecção"



**Escala - 1 : 1.500.000**

8  0  8  16  Kilometers



COORDENADAS DA NOVA CONCESSÃO DA IDAS - PROSPECÇÃO

| VÉRTICE | LATITUDE | | | LONGITUDE | | |
|---|---|---|---|---|---|---|
| | Graus | Min | Seg | Graus | Min | Seg |
| K | 8 | 6 | 0 | 17 | 20 | 0 |
| L | 8 | 32 | 30 | 17 | 30 | 0 |
| M | 8 | 32 | 30 | 17 | 59 | 12 |
| N | 8 | 21 | 18 | 17 | 58 | 30 |
| O | 8 | 6 | 30 | 17 | 48 | 0 |
| P | 8 | 1 | 30 | 17 | 29 | 0 |

Projecção: U.T.M.
Elipsoide: CLARKE 1880
Datum: CAMACUPA
Elaborado por: D.I.G. - Sidiama
Data: 15/02/2001

☐ IDAS PROSPECÇÃO    Área: 2.923 Km2

# ANEXO B

# PROGRAMA DE TRABALHO

# ANEXO C

# PRINCIPIOS GERAIS SOBRE A POLITICA DE RECUSROS HUMANOS

## PRINCÍPIOS GERAIS SOBRE A POLÍTICA
## DE RECURSOS HUMANOS

A Associação adoptará os princípios gerais sobre a política de Recursos Humanos que são definidos da seguinte forma:

1. A Associação deverá assegurar a planificação e realização de acções de formação profissional dos trabalhadores efectivos a distintos níveis, visando a sua formação e capacitação técnico-profissional para que de forma eficiente possam corresponder às exigências do processo produtivo e da inovação tecnológica;

2. O Programa de Formação Profissional deverá ser aprovado pelo Conselho de Associados e contemplará vários tipos de acções de formação ou treinamento, tais como, o treinamento "on job", cursos de formação ou superação em estabelecimentos de ensino no país ou no estrangeiro. O referido programa deverá prever o tipo e número de beneficiários, os tipos de acções de formação/treinamento e seus respectivos custos, bem como o cronograma estabelecido;

3. A Associação deverá substituir gradualmente a força de trabalho expatriada por angolanos qualificados e competentes, de acordo aos requisitos das actividades em que participam ou das funções que desempenham, promovendo acções de formação e capacitação técnico-profissional que se acharem pertinentes;

4. A substituição do pessoal expatriado pelo nacional terá lugar à luz dos critérios internacionalmente aceites sobre o Sistema de carreiras profissionais, e sem incidências negativas nos níveis de produtividade do Projecto;

5. De acordo com as necessidades concretas e os requisitos inerentes ao exercício das variadas funções no Projecto, a Associação deverá seleccionar e empregar pessoal qualificado angolano, não somente nas suas operações geológico-mineiras, mas também em cargos de gestão;

6. A Associação deverá dar preferência ao recrutamento de trabalhadores da ENDIAMA que possuam a qualificação profissional requerida e/ou daqueles que residam na vizinhança das áreas das operações mineiras do Projecto;

7. A Associação deverá elaborar e aplicar um sistema justo e realista de remuneração, aonde o trabalhador angolano seja remunerado, de igual forma que o expatriado relativamente ao exercício de funções iguais;

8. A Associação deverá aplicar um sistema justo de seguros para os trabalhadores angolanos, tendo em conta as capacidades financeiras do Projecto e a legislação aplicável no País.

# ANEXO D

# PRINCIPIOS GERAIS SOBRE PROTECÇÃO DO AMBIENTE

## PRINCÍPIOS GERAIS SOBRE A RECUPERAÇÃO
## OU REPOSIÇÃO DO MEIO AMBIENTE

A Associação adoptará os princípios gerais sobre a defesa, recuperação ou reposição do meio ambiente que são definidos da seguinte forma:

1. A Associação definirá e implementará a sua política de defesa do Ambiente de acordo com a Lei de Base do Ambiente (Lei nº.5/98, de 19 de Junho) e demais orientações estabelecidas no sector mineiro sobre o assunto;

2. Com vista a observar as disposições legais e superiormente estabelecidas sobre a defesa do Ambiente, os Estudos de Viabilidade Técnica e Económica "E.V.T.E" elaborados, devem ser complementados com o Estudo do Impacto Ambiental do Projecto;

3. A Associação colocar-se-á a disposição das entidades competentes para a fiscalização relativa à implementação da legislação em vigor e demais orientações estabelecidas no sector mineiro sobre o assunto;

4. A Associação deverá assegurar o planeamento das actividades geológico-mineiras e de exploração de tal modo que se tenha em consideração os efeitos destas actividades no ecossistema, o impacto ambiental tanto do ponto de vista imediato, quanto a longo prazo;

5. De entre os efeitos da actividade mineira, a Associação deverá prestar especial atenção:

    a) A remoção do estéril deverá ser encaminhada para locais apropriados, permitindo que após a exploração de cada zona mineira se possa refazer a camada de vegetação anteriormente existente naquelas áreas;

    b) Os rejeitados provenientes das lavarias deverão ser colocados em áreas previamente exploradas; Todavia, o rejeitado das lavarias de meio denso poderão ser usados na construção e/ ou manutenção de estradas, reduzindo os custos de produção neste âmbito, bem como evitando a deposição e manutenção de enormes volumes de rejeitados o que pode afectar a redes de drenagem natural em determinada área;

    c) Os desvios de rios, bem como o corte de árvores deverão ser executados de maneira a não obstruir a drenagem natural, evitar os fenómenos de erosão pluvial, bem como a reposição das espécies vegetais (rearborização);

6. Relativamente a restauração do meio ambiente degradado, a Associação deverá desenvolver várias acções, entre as quais destacam-se as seguintes:
    a) arborização das áreas degradadas;
    b) devolução dos trocos dos rios nos leitos originais;
    c) restauração dos solos férteis;
    d) modelar a arquitectura paisagística;

    e) destruição das antigas infra-estruturas de apoio caso as mesmas não possuam aplicabilidade noutras actividades;

    f) remoção de todos equipamentos e engenhos avariados na área do projecto, etc.

7. A deposição de lixos domésticos e industriais deverá ser feita em conformidade com as práticas internacionalmente aceites, isto é, introduzindo procedimentos para o controlo, tratamento e deposição de todo tipo de lixos existentes (sistema selectivo de colecta de lixos, aterros, etc.);

8. O processo de restauração do meio ambiente degradado deverá ser programado, cronogramados e orçamentado;

9. A Associação colocar-se-á a disposição das entidades competentes do Estado, bem como das equipas especializadas da ENDIAMA para o devido controlo e fiscalização, com vista a se avaliar o grau de cumprimento da legislação em vigor e demais orientações estabelecidas sobre a defesa ambiental, bem como identificar possíveis irregularidades ou danos ao meio ambiente, susceptíveis de perigar a vida das populações locais e criar desequilibrio dos ecossistemas da região.

# ANEXO E

# PRINCIPIOS GERAIS SOBRE ACÇÕES E CARACTER SOCIAL

## PRINCÍPIOS GERAIS SOBRE AS ACÇÕES
## DE CARÁCTER SOCIAL

A Associação adoptará os princípios gerais sobre as acções de carácter social que são definidos da seguinte forma:

1. A Associação definirá e implementará a sua política de apoio social às comunidades locais das áreas mineiras onde opera o projecto, comparticipando, deste modo, nos esforços do Governo, autoridades administrativas locais e entidades tradicionais para o desenvolvimento sociocultural das populações;

2. A Associação, através do seu órgão de gestão, deverá aprovar e implementar um programa de acções de carácter social, tendo em consideração a necessidade da sua contribuição para o desenvolvimento comunitário, as capacidades financeiras do Projecto, bem como a vida real e as necessidades mais prementes dos trabalhadores do Projecto, seus parentes mais próximos e a população local;

3. O Programa de acções sociais deverá estabelecer prioridades na actuação da Associação, pelo que atenção especial, deverá ser prestada para:

    a) Criação ou reabilitação de empreendimentos sociais e culturais, tais como, escolas, postos médicos, fontenários, museus, centros de lazer e habitações;
    b) Comparticipação nos programas de combate e/ou prevenção contra a poliomielite, malária, sida, etc.

4. A Associação deverá consolidar as suas relações de colaboração e de intercâmbio com as autoridades administrativas, as entidades tradicionais, agentes económicos e a população em geral para o bom êxito das actividades socioculturais;

5. A Associação deverá em conjunto com as autoridades locais e os beneficiários do apoio social, criar mecanismos de controle e de preservação dos empreendimentos construídos ou reabilitados, de tal modo que tenha lugar e se consolide o impacto social desejado;

6. Os custos e despesas relacionados com as acções de carácter social deverão ser considerados para todos efeitos como custos da Associação e serem tratados de acordo ao estipulado no presente Contrato (Acordo). Por conseguinte, o Programa de acções sociais deverá ser orçamentado e cronogramado;

7. A Associação deverá colocar-se à disposição das entidades competentes do Estado e da ENDIAMA, para efeitos de fiscalização das acções, fundamentalmente, obras de impacto social nas zonas mineiras.

# EXHIBIT 2

pavimentos para duas moradias sito em Luanda, Rua Cónego Manuel das Neves, n.ᵒˢ 65/67, inscrito na Matriz Predial da Área Fiscal do 3.º Bairro, sob o n.º 281, a favor de António Domingos Barata e João Nunes Barata, descrito e inscrito na Conservatória do Registo Predial da Comarca de Luanda, sob o n.º 8302, a folhas 188, verso, do livro B-27 e folhas 105, do livro G-29, sob o n.º 27 888, a favor de Alice Cordeiro Silvestre.

2.º — Proceda a Conservatória competente à inscrição a favor do Estado do prédio urbano ora confiscado, livre de quaisquer ónus ou encargos.

Publique-se.

Luanda, aos 21 de Setembro de 2004.

O Ministro da Justiça, *Paulo Tjipilica.*

O Ministro do Urbanismo e Ambiente, *Virgílio Ferreira de Fontes Pereira.*

## MINISTÉRIOS DA EDUCAÇÃO E DA CULTURA

**Despacho conjunto n.º 212/04**
de 21 de Setembro

Havendo a necessidade de se proceder à avaliação da implementação da Resolução n.º 3/87, de 23 de Maio;

Nos termos do n.º 3 do artigo 114.º da Lei Constitucional, determina-se:

1. É constituída a Comissão de Avaliação dos Resultados da Aplicação dos Alfabetos de seis línguas nacionais aprovados pela Resolução n.º 3/87, de 23 de Maio, no ensino, constituída por:

   a) David Leonardo Chivela, Director do Instituto Nacional de Investigação e Desenvolvimento da Educação — coordenador;
   b) Amélia Arlete Dias Mingas, Directora Geral do Instituto Nacional de Línguas — coordenadora-adjunta;
   c) Domingas Lourenço Cristóvão Victorino, Directora do Gabinete Jurídico do Ministério da Cultura;
   d) António João, chefe de Departamento da D.N.E.G. do Ministério da Educação;
   e) António Chamuongo, técnico do INIDE.

2. A comissão ora constituída deverá apresentar o relatório da avaliação no prazo máximo de 30 dias.

Publique-se.

Luanda, aos 20 de Julho de 2004.

O Ministro da Educação, *António Burity da Silva Neto.*

O Ministro da Cultura, *Boaventura da Silva Cardoso.*

## MINISTÉRIO DA GEOLOGIA E MINAS

**Decreto executivo n.º 106/04**
de 21 de Setembro

Considerando que a orientação do Governo torna possível a participação dos investidores nacionais e estrangeiros no desenvolvimento da indústria extractiva de diamantes, no quadro da nova política de atribuição de direitos mineiros de prospecção e exploração;

A ENDIAMA-E.P. tem o interesse em participar em projectos que contribuam para a produção e valorização dos recursos diamantíferos, para o desenvolvimento económico-social do País;

A Nofar Mining, B.V. possui capacidade técnica e financeira e está interessada na realização de acções com vista a desenvolver programas de prospecção, avaliação e exploração de diamantes;

A Twins Limited possui capacidade de agenciamento de recursos financeiros para execução dos programas de prospecção, pesquisa e reconhecimento de jazigos de diamantes.

Nos termos do artigo 2.º do Decreto n.º 36/03, de 27 de Junho, do Conselho de Ministros, o Ministro da Geologia e Minas decreta o seguinte:

Artigo 1.º — É autorizada a constituição da associação em participação entre a ENDIAMA-E.P., Nofar Mining, B.V. e a Twins Limited.

Art. 2.º — É aprovado o Contrato de Prospecção, Pesquisa e Reconhecimento de Diamantes entre a ENDIAMA-E.P., Nofar Mining, B.V. e a Twins Limited.

Art. 3.º — São concedidos à ENDIAMA-E.P. os direitos mineiros de prospecção, pesquisa e reconhecimento na Área definida no Contrato de Prospecção, Pesquisa e Reconhecimento representada no mapa constante do Anexo B ao presente decreto executivo.