I SÉRIE — N.° 76 — DE 21 DE SETEMBRO DE 2004    1773



1786             DIÁRIO DA REPÚBLICA



DE : DEPTO. DESPRTOS DNIHMINDEN    N° DE FAX :00244222333428    31 MAR. 2006 15:09    P5
Case 1:06-cv-00570-ESH    Document 15-5    Filed 09/05/2006    Page 3 of 8

1756                                                                                                    DIÁRIO DA REPÚBLICA

Art. 4.º — Este decreto executivo entra em vigor na data da sua publicação.

Publique-se.

Luanda, aos 21 de Setembro de 2004.

O Ministro, *Manuel António Africano.*

---

**PROJECTO LUREMO-CATOBA**

**Partes contratantes**

O presente Contrato é celebrado entre a Empresa Nacional de Diamantes de Angola – ENDIAMA, E.P., com sede na Rua Major Kanhangulo, 100, em Luanda, (adiante designada por «ENDIAMA»), neste acto representada pelo seu Presidente do Conselho de Administração, Manuel Arnaldo de Sousa Calado e Nofar Mining, B.V., com sede em Wartermanweg, 100, 3067, Roterdão, Países Baixos (adiante designada por «NOFAR»), neste acto representada pelo seu bastante procurador Kramash Mordechai e Twins Limited, com sede nas Ilhas Cook, Pacífico, (adiante designada por «TWINS»), neste acto representada pelo seu director geral, António dos Santos França.

**Preâmbulo**

Considerando que a ENDIAMA é uma empresa pública de grande dimensão, criada pelo Decreto n.º 6/81, de 15 de Junho e cujo estatuto foi aprovado pelo Decreto n.º 30-A/97, de 25 de Abril, tendo como principal actividade a prospecção, pesquisa, reconhecimento, exploração, comercialização e lapidação de diamantes e de mineralizações acessórias, actividade esta que é exercida em todo o território de Angola em regime de exclusividade ou através de associações com parceiros nacionais e estrangeiros.

De acordo com o disposto na Lei n.º 1/92, de 17 de Janeiro e na Lei n.º 16/94, de 7 de Outubro, os direitos mineiros de prospecção, pesquisa, reconhecimento, exploração e comercialização de diamantes podem ser exercidos directamente pela ENDIAMA ou por empresas de capitais mistos em que a ENDIAMA participe.

A atribuição dos referidos direitos mineiros carece de aprovação pelo Ministério da Geologia e Minas de acordo ao artigo 2.º do Decreto n.º 36/03, de 27 de Junho.

De acordo com a estratégia delineada pelo Governo para o sector mineiro em geral e para a indústria diamantífera em particular, no desenvolvimento das respectivas actividades deve ser promovida a participação de investidores nacionais e estrangeiros.

**CAPÍTULO I**
**Definições e Objecto**

ARTIGO 1.º
(Definições)

Para efeitos deste Contrato e salvo se do seu contexto claramente resultar sentido diferente, os termos abaixo indicados terão, sempre que iniciados por letra maiúscula, o significado que a seguir lhes é atribuído:

a) «*Amostra-Padrão*» – significa a amostra representativa da produção de diamantes da sociedade mista que vier a ser constituída, excluindo as Pedras Especiais, classificada de acordo com as categorias integradas na Classificação-Padrão para venda por forma a que a Amostra-Padrão possa ser considerada como um padrão da forma como a produção da sociedade mista que vier a ser constituída poderá ser classificada;

b) «*Anexo ou Anexos*» — significa o(s) documento(s) Anexo(s) ao Contrato e que dele faz(em) parte integrante;

c) «*Angola*» — significa a República de Angola;

d) «*Área*» – significa a Área definida no n.º 1 do artigo 7.º e nos Anexos A e B;

e) «*Área da Mina*» — significa a Área delimitada para a Exploração de Jazigos economicamente viáveis, tal como definida no artigo 32.º;

f) «*Área do Contrato*» – significa as Áreas definidas no n.º 1 do artigo 7.º e nos Anexos A e B;

g) «*Associação em Participação ou Associação*» — constituída nos termos do artigo 3.º do presente Contrato;

h) «*Comercialização*» — significa o conjunto de actos e Operações realizados com o objectivo de preparar os diamantes para venda, incluindo a sua classificação, avaliação, negociação e celebração dos respectivos contratos, expedição, exportação e todas as outras actividades acessórias ou complementares;

i) «*Contrato*» — significa este Contrato, incluindo todos os seus Anexos, assim como qualquer aditamento e alteração que o mesmo vier a sofrer;

j) «*Divisas*» — significa qualquer moeda estrangeira livremente convertível nos mercados financeiros internacionais;

k) «*Estado*» — significa o Estado da República de Angola;

*l)* «*Estudo de Viabilidade Técnico-Económica ou E.V.T.E.*» — significa o estudo ou estudos a realizar após a Pesquisa dos Jazigos descobertos, nos termos do artigo 30.º, os quais se destinam a demonstrar a viabilidade técnica e económica da Exploração dos Jazigos;

*m)* «*Exploração*» — significa o conjunto de Operações e actividades realizadas tendo por fim a extracção, carregamento, transporte e tratamento de minério diamantífero;

*n)* «*Governo*» — significa o Governo da República de Angola;

*o)* «*Jazigos*» — significa as acumulações naturais de Jazigos/depósitos de diamantes ocorridas na Área do Contrato que justifiquem ou não a Pesquisa a fim de determinar se a sua Exploração é técnica e economicamente viável;

*p)* «*Mina*» — significa a escavação ou abertura efectuada no solo, no local onde se situa um Jazigo de diamantes (ou conjunto de Jazigos de diamantes), com o fim de extracção de diamantes e/ou outros minerais a partir desse Jazigo;

*q)* «*Minerais Acessórios*» — significa os minerais genética e intimamente ligados aos diamantes num Jazigo e que não possam ser economicamente extraídos de forma selectiva, antes do tratamento;

*r)* «*Operações*» — significa todas as actividades de qualquer tipo relacionadas com a Prospecção, Pesquisa e Reconhecimento de Jazigos secundários;

*s)* «*Organismo Competente*» — significa o Ministério da Geologia e Minas ou outra entidade competente que venha a assumir a tutela sobre o sector mineiro;

*t)* «*Parte*» — significa a ENDIAMA, ou NOFAR, ou TWINS quando referidas individualmente;

*u)* «*Partes*» — significa a ENDIAMA, a NOFAR e a TWINS quando referidas em conjunto;

*v)* «*Pedra Especial*» — significa uma gema de diamante cujo peso exceda o limite máximo estabelecido na Classificação-Padrão para venda (actualmente 10.80 quilates);

*w)* «*Pedras Classificadas*» — significa qualquer gema de diamante cujo peso não exceda o limite estabelecido na Classificação-Padrão para venda (actualmente 10.80 quilates), assim como todos os diamantes industriais independentemente do seu tamanho;

*x)* «*Pesquisa*» — significa o conjunto de Operações e trabalhos que têm por finalidade o dimensionamento e geometrização dos Jazigos, o estudo das características de mineralização e a avaliação das respectivas reservas;

*y)* «*Prospecção*» — significa o conjunto de Operações a executar mediante métodos geológicos, geoquímicos ou geofísicos, com vista à descoberta e localização de Jazigos no solo, subsolo, no leito dos rios e no fundo do mar territorial e da plataforma continental;

*z)* «*Reconhecimento*» — significa o conjunto de Operações constituídas pela execução de trabalhos de índole mineira como sanjas, trincheiras, poços e perfurações que complementados com trabalhos geológicos, geoquímicos, geofísicos e laboratoriais, têm como objectivo a determinação das características das jazidas minerais.

### ARTIGO 2.º
(Objecto do Contrato)

1. O objecto do presente Contrato é a constituição de uma Associação em Participação entre as Partes, para o exercício dos direitos mineiros de Prospecção, Pesquisa e Reconhecimento de Jazigos secundários de diamantes, na Área localizada conforme croquis de localização que consta do Anexo A, concedidos à ENDIAMA, para a Área da Lunda-Norte.

2. Sem prejuízo do estipulado no n.º 1 deste artigo, as Partes deste Contrato terão o direito de preferência na obtenção do Título de Exploração para o exercício de direitos mineiros de Exploração de Jazigos primários que ocorrem na Área do objecto do presente Contrato, desde que a sua intenção seja manifestada e autorizada pelo Conselho de Ministros, em conformidade com a lei.

3. Caso venha a ter lugar a fase de Exploração, as Partes acordam desde já a constituição entre si de uma sociedade comercial para Exploração de Jazigos descobertos na Área referida no n.º 1 do presente artigo, cabendo a cada uma das Partes a participação social prevista no artigo 4.º do presente Contrato.

### ARTIGO 3.º
(Natureza jurídica)

1. A Associação em Participação existirá sob a forma de participação não societária de interesses, sem personalidade jurídica não constituindo um Contrato de sociedade comercial ou civil nem uma conta em participação.

2. Quaisquer actos que produzam efeitos jurídicos para a Associação em Participação, nomeadamente, contratos, deverão ser assinados por todas as Partes.

3. As obrigações decorrentes desses actos assumem a natureza de obrigações conjuntas, excepto quando de outro modo for previsto no presente Contrato ou acordado pelas Partes.

1758                                                                                                                              DIÁRIO DA REPÚBLICA

ARTIGO 4.º
(Quotas de participação)

1. As quotas de participação das Associadas para a fase de Exploração, caso venha a ter lugar, serão fixadas no respectivo Contrato, sendo garantida as Partes, uma quota de participação igual a:

a) ENDIAMA 47%;
b) NOFAR 40%;
c) TWINS 13%.

2. Para efeitos das deliberações do Conselho de Associados da Associação em Participação, objecto do presente Contrato, as quotas de participação serão as seguintes:

a) ENDIAMA 47%;
b) NOFAR 40%;
c) TWINS 13%.

ARTIGO 5.º
(Propriedade dos bens)

1. Os bens adquiridos por uma das Associadas e afectos à Associação permanecerão na propriedade exclusiva da Associada que os adquiriu, com todos os efeitos legais daí advindos, até à sua completa amortização, o que será objecto de definição e regulamentação pelo Conselho de Associados.

2. Tido qualquer bem que seja conjuntamente adquirido pelas Associadas ficará na compropriedade destas, na proporção dos seus direitos na Associação, enquanto durar esta, sendo em tudo o mais sujeito às regras da compropriedade previstas na lei.

ARTIGO 6.º
(Licença de Prospecção)

1. Os direitos mineiros inerentes à Licença de Prospecção previsto no artigo 6.º da Lei n.º 1/92, de 17 de Janeiro e na Lei n.º 16/94, de 7 de Outubro, consideram-se exercidos pela Associação em Participação após aprovação do presente Contrato pelo Governo.

2. As Licenças de Prospecção não são alienáveis, transmissíveis ou negociáveis, salvo prévia autorização do Conselho de Ministros.

3. O recurso a terceiros pelo detentor da Licença de Prospecção para obtenção de fundos para o investimento, carece de prévia aprovação do Organismo Competente do Estado Angolano.

ARTIGO 7.º
(Área do Contrato)

1. A Associação exercerá os seus direitos decorrentes do presente Contrato na Área descrita no Anexo A, Área delimitada a demarcar, nos termos do n.º 5 do artigo 5.º da Lei n.º 1/92, de 17 de Janeiro, pelo polígono regular formado por vértices cujas coordenadas estão, igualmente, estabelecidas no Anexo A.

2. Salvo no que respeita aos serviços de apoio logístico e administrativo que sejam necessários montar em centros urbanos, todas as Operações Geológico-Mineiras que constituem objecto do presente Contrato, as instalações de Pesquisa e Reconhecimento, bem como respectivos equipamentos, serão mantidos dentro da Área referida no número anterior, sem prejuízo das áreas a libertar nos termos da lei.

ARTIGO 8.º
(Minerais abrangidos)

1. Os minerais abrangidos pelo presente Contrato são os diamantes a extrair a partir dos Jazigos Secundários, descobertos na Área de objecto do Contrato, durante o período de vigência do Contrato, entre a ENDIAMA, a NOFAR e a TWINS.

2. Os diamantes que forem recuperados durante a execução das Operações Geológicas são propriedade do Estado Angolano, serão registados em boletins apropriados e, após avaliação, serão armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

3. Poderá ser autorizada, pelo Organismo Competente, a comercialização dos diamantes recuperados durante a execução das Operações Geológicas, quando isso for técnica e economicamente justificável.

4. Quaisquer outros minerais economicamente úteis que forem detectados durante os trabalhos de Pesquisa e Reconhecimento e não caibam na definição dos Minerais Acessórios, são excluídos do objecto do presente Contrato, mas deverão ser registados como resultados desses trabalhos e referidos nos relatórios a entregar às autoridades competentes e armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

ARTIGO 9.º
(Exclusividade)

A Associação exercerá de modo exclusivo os direitos de Prospecção e Pesquisa sobre a Área do presente Contrato, não podendo ser concedidos direitos idênticos, semelhantes ou concorrentes sobre a Área do Contrato a qualquer outra entidade, sociedade, pessoa singular, associação ou qualquer outra forma de empreendimento.

ARTIGO 10.º
(Duração do Contrato)

Os direitos mineiros referidos no artigo 6.º são concedidos por um período de três anos, podendo ser prorrogado esse período para um máximo de cinco anos, de acordo ao n.º 5 do artigo 5.º da Lei n.º 1/92, de 17 de Janeiro.

DE :DEPTO. DESPRTOS DNIH/MINDEN    N° DE FAX :00244222333428    31 MAR. 2006 15:10    P8
Case 1:06-cv-00570-ESH    Document 15-5    Filed 09/05/2006    Page 6 of 8

I SÉRIE — N.º 76 — DE 21 DE SETEMBRO DE 2004    1759

## CAPÍTULO II
### Obrigações Gerais

#### ARTIGO 11.º
(Obrigações gerais das Associadas)

As Associadas ficam obrigadas a realizar as Operações que constituem o objecto do presente Contrato e previstas no programa de trabalhos a que se refere o artigo 15.º e outras que concorram para os mesmos fins, em conformidade com as Leis n.ºs 1/92, 16/94 e 17/94 e a atingir os respectivos objectos identificados neste Contrato, nomeadamente:

a) mobilizar todos os recursos humanos necessários para as Operações, recrutando e empregando trabalhadores, consultores e outro pessoal;

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo o equipamento necessário às Operações mantendo-os em condições próprias de funcionamento, executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) manter a contabilidade, registos das Operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as Operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de Amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das Áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando Operações de outrem, legalmente em curso nas mesmas Áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as Operações, estudos, análises e ensaios, bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis n.ºs 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do artigo 2.º da Lei n.º 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das Operações Geológico-Mineiras no prazo de 90 dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida à força maior, comprovada pelas Partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

#### ARTIGO 12.º
(Obrigações gerais da ENDIAMA)

A ENDIAMA fica sujeita às seguintes obrigações:

a) fornecer à Associação os dados de natureza geológica e mineira com interesse para a execução das Operações Geológico-Mineiras, sendo que tais dados deverão ser valorizados por empresa idónea e pagos pela Associação à ENDIAMA antes do início da Exploração, caso venha a ter lugar;

b) usar os seus melhores esforços no sentido de obter para a Associação as facilidades necessárias para agilizar a importação de bens e consumo necessários, as formalidades para a entrada, circulação em Angola e saída dos especialistas estrangeiros, o licenciamento da utilização de explosivos e rádios de comunicação, bem como outras formalidades necessárias às actividades abrangidas pelo presente Contrato;

c) contribuir para que seja assegurado dentro das limitações da lei, o livre trânsito em Angola do pessoal ao serviço da Associação;

d) assistir a Associação nos procedimentos legais para a obtenção de isenções fiscais para todas as Operações relacionadas com o trânsito de bens e serviços, desde que os mesmos sejam permitidos pela legislação em vigor;

e) garantir todo o licenciamento necessário, bem como as aprovações das autoridades compe-

DE :DEPTO./DESPRTOS/DNIH/MINDEN    N° DE FAX :00244222333428    31 MAR. 2006 15:11    P9
Case 1:06-cv-00570-ESH    Document 15-5    Filed 09/05/2006    Page 7 of 8

1760                                                                    DIÁRIO DA REPÚBLICA

tentes, para o total cumprimento das actividades indicadas neste Contrato;

f) proceder, de acordo com a lei, à demarcação das Áreas necessárias para as instalações destinadas à execução das Operações Geológico-Mineiras;

g) manter as autoridades angolanas informadas do desenvolvimento do projecto;

h) assumir a responsabilidade que lhe cabe no âmbito do exercício conjunto da gestão e administração da Associação e condução das Operações a utilizar no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme artigo 36.° do presente Contrato, referentes à administração e gestão do projecto.

ARTIGO 13.°
(Obrigações gerais da NOFAR)

A NOFAR fica sujeita às seguintes obrigações:

a) transferir para a Associação, gratuitamente, toda a informação geológica e relativa à Prospecção e Pesquisa que esteja disponível e que, no entender da Associação, possa ter interesse para a execução das Operações;

b) assumir a responsabilidade, sem prejuízo do exercício conjunto da gestão e administração, pela condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme artigo 35.° do presente Contrato, referentes à administração e gestão;

c) realizar por sua conta e risco os investimentos das Operações de Prospecção e Pesquisa nos termos do artigo 23.°;

d) dar cumprimento aos programas de trabalho aprovados, nos prazos e condições estabelecidos, atingindo os objectivos fixados e mantendo as Operações permanentemente activas, salvo em caso de força maior ou outras vicissitudes previstas no Contrato;

e) cumprir a lei angolana e, em particular, a Lei Laboral e a Lei do Investimento Privado;

f) transferir o «know-how» e contribuir activamente para a actualização e formação técnico-profissional dos trabalhadores angolanos, tomando as medidas necessárias e dirigindo acções programadas, adequadas para esse fim, devidamente cronogramadas e orçamentadas, prevendo a substituição gradual do pessoal estrangeiro pelo nacional;

g) dar sempre que possível preferência aos trabalhadores angolanos no recrutamento do pessoal necessário às Operações, quando apresentem qualificações e experiência comparáveis as dos expatriados ou revelem aptidão para serem treinados com vista a substituírem os quadros expatriados, bem como empreender o treinamento «on job» do pessoal angolano inclusive para os cargos de Direcção;

h) realizar o pagamento do bónus devido a ENDIAMA, nos termos do artigo 29.° do presente Contrato.

ARTIGO 14.°
(Obrigações gerais da TWINS)

A TWINS fica sujeita às seguintes obrigações:

a) dar o seu contributo válido e activo no desenvolvimento das actividades mineiras;

b) cooperar e agir de boa fé com a direcção do projecto com vista a garantir o cumprimento das disposições contratuais e o funcionamento regular e eficaz do projecto;

c) participar nas deliberações do Conselho de Gerência de forma a que, em conformidade com as regras do Contrato, se tornem finais e vinculativas para os sócios;

d) participar na discussão para a elaboração dos programas trimestrais, anuais e respectivos orçamentos;

e) assumir a responsabilidade que lhe cabe no Conselho de Gestão.

CAPÍTULO III
Prospecção e Pesquisa

SECÇÃO I
Operações e Implantação

ARTIGO 15.°
(Operações)

1. As Operações Geológicas compreendem as etapas de Prospecção, Pesquisa e Reconhecimento de Jazigos secundários de diamantes.

2. A Associação tem o direito e a obrigação de realizar todas as Operações Geológicas necessárias, na medida do possível, em conformidade com o programa de trabalhos constante do Anexo B.

SECÇÃO II
Prazo e Libertação de Áreas

ARTIGO 16.°
(Prazo)

Os direitos de Prospecção, Pesquisa e Reconhecimento são concedidos pelo prazo de três anos. Se, no final desse período, a Associação concluir pela existência de uma den-

DE : DEPTO. <DESPRTOS/DNIH/MINDEN    N° DE FAX :00244222333428    31. MAR. 2006 15:11    P10
Case 1:06-cv-00570-ESH    Document 15-5    Filed 09/05/2006    Page 8 of 8

1772                                                                                        DIÁRIO DA REPÚBLICA

9. A decisão arbitral estabelecerá ainda a forma como cada uma das Partes deve suportar os custos da arbitragem e em que proporção.

ARTIGO 65.º
(Entrada em vigor)

O presente Contrato entra em vigor na data em que se verifique cumulativamente os seguintes factos:

*a)* publicação do decreto do Ministério da Geologia e Minas, que aprove o presente Contrato;
*b)* assinatura do presente Contrato pelas Partes.

ARTIGO 66.º
(Revisão)

Para além do disposto no artigo 63.º, este Contrato poderá ser revisto em qualquer momento mediante acordo escrito entre as Partes.

ARTIGO 67.º
(Disposições nulas, anuláveis ou inválidas)

Se qualquer disposição deste Contrato violar a lei, regulamento, postura ou similar e, por essa razão o presente Contrato de Associação se torne parcialmente nulo, anulável ou inválido, o mesmo Contrato considerar-se-á reduzido ao conjunto dos artigos válidos, permanecendo em vigor sem as disposições viciadas se, desse modo, for ainda possível a execução do objecto do presente Contrato e a execução dos objectivos pretendidos com o mesmo.

CAPÍTULO X
Disposições Finais

ARTIGO 68.º
(Comunicações)

1. As notificações ou comunicações entre as Partes, a Associação no âmbito do presente Contrato só se consideram validamente realizadas se forem efectuadas por escrito e entregues pessoalmente ou enviadas por correio, correio electrónico (e-mail), telecópia ou telex para os seguintes endereços:

ENDIAMA:

Rua: Major Kanhangulo, n.º 100, Edifício ENDIAMA;
Telex: 3068/3046;
Telefax: 337 276/336 983;
e-mail endiama@endiama-angola.com/www.endiama-angola.com;
Luanda – Angola.

NOFAR:

Rua: Wartermanweg 100, 3067 GG Roterdão;
Telef: 332 439;
Telefax: +871-762-599252;
e-mail: mkramash@nctvision.net.il;
Países Baixos.

TWINS:

Rua: Anz House, Main Road, Avarua, Rarotonga;
Telef: 2022612841;
e-mail: rcabelly@crinternational.com;
Ilhas Cook.

2. Qualquer alteração aos endereços acima indicados deverá ser prontamente comunicada por escrito às demais entidades.

ARTIGO 69.º
(Anexos)

Fazem parte integrante do presente Contrato os seguintes Anexos:

*a)* ANEXO A – Mapas da Área do Contrato;

*b)* ANEXO B – Programa de Trabalhos;

*c)* ANEXO C – Princípios Gerais Sobre a Política de Recursos Humanos;

*d)* ANEXO D – Princípios Gerais Sobre a Protecção do Ambiente;

*e)* ANEXO E – Princípios Gerais Sobre Acções de Carácter Social.

Em fé do que, as Partes celebraram o presente Contrato, em Luanda, em 18 de Maio de 2004.

Pela ENDIAMA, *Manuel Arnaldo de Sousa Calado.*

Pela NOFAR, *Kramash Mordechai.*

Pela TWINS, *António dos Santos França.*