# EXHIBIT 1

**SEC Info**   Home   Search   My Interests   Help   Sign In   *Please **Sign In***

# Lazare Kaplan International Inc · 10-K405 · For 5/31/99

## Filed On 8/27/99 · SEC File 1-07848 · Accession Number 950117-99-1836

| | Find | | in | this filing. | Show | docs searched | and | every "hit". |

Help...  **Wildcards:** **?** (any letter), **\*** (many). **Logic:** for Docs: **&** (and), **|** (or); for Text: (anywhere), **"(&)"** (near).

| As Of | Filer | Filing | On/For/As | Docs:Pgs | Issuer |
|-------|-------|--------|-----------|----------|--------|
| 8/27/99 | Lazare Kaplan International Inc | 10-K405 | 5/31/99 | 7:95 | |

---

### Annual Report -- [X] Reg. S-K Item 405 · Form 10-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|------------------|-------------|-------|------|
| 1: 10-K405 | Lazare Kaplan International Inc. | 19 | 124K |
| 2: EX-10 | Exhibit 10(N) | 8 | 34K |
| 3: EX-10 | Exhibit 10(O) | 34 | 130K |
| 4: EX-13 | Annual or Quarterly Report to Security Holders | 31 | 182K |
| 5: EX-21 | Subsidiaries of the Registrant | 1 | 4K |
| 6: EX-23 | Consent of Experts or Counsel | 1 | 7K |
| 7: EX-27 | Financial Data Schedule | 1 | 7K |

---

### 10-K405 · Lazare Kaplan International Inc.
### Document Table of Contents

***Page***              (*sequential*)                              (*alphabetic*)                    Top

1   1st Page
2   Item 1. Description of Business
"   The Company
4   Cutting and Polishing
9   Item 2. Properties
10  Item 3. Legal Proceedings
11  Item 4. Submission of Matters to a Vote of Security Holders
"   Item 5. Market for Registrant's Common Equity and Related Stockholder Matters
12  Item 6. Selected Financial Data
"   Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations
"   Item 7A. Quantitative and Qualitative Disclosure About Market Risk
"   Item 8. Financial Statements and Supplementary Data
"   Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosures
13  Item 14. Exhibits, Financial Statement Schedules, and Reports on Form 8-K
15  Item 14. Exhibits, Financial Statement Schedules, and Reports on Form 8-K (continued)

- Alternative Formats (RTF, XML, et al.)
- Changes in and Disagreements with Accountants on Accounting and Financial Disclosures
- Company, The
- Cutting and Polishing
- Description of Business
- Exhibits, Financial Statement Schedules, and Reports on Form 8-K
- Exhibits, Financial Statement Schedules, and Reports on Form 8-K (continued)
- Financial Statements and Supplementary Data
- Legal Proceedings
- Management's Discussion and Analysis of Financial Condition and Results of Operations
- Market for Registrant's Common Equity and Related Stockholder Matters
- Properties
- Quantitative and Qualitative Disclosure About Market Risk
- Selected Financial Data
- Submission of Matters to a Vote of Security Holders
- The Company

| 10-K405 | 1st Page of 19 | TOC | Top | Previous | Next | Bottom | Just 1st |

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

[X]    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
       EXCHANGE ACT OF 1934**

       For the fiscal year ended                    MAY 31, 1999

                                  OR

[ ]    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES**
       EXCHANGE ACT OF 1934  For the transition period
       from _____  to _____

                       Commission file number 1-7848

                  **LAZARE KAPLAN INTERNATIONAL INC.**
                  (Exact name of registrant as specified in its charter)

                                                      · *Download Table*

       **DELAWARE**                                 13-2728690
(State or other jurisdiction of                   (IRS Employer
incorporation or organization)                    Identification No.)

       **529 FIFTH AVENUE, NEW YORK, NY**              10017
       (Address of principal executive offices)    (Zip Code)

Registrant's telephone number, including area code (212) 972-9700

Securities registered pursuant to Section 12(b) of the Act:

                                                      · *Download Table*

| Title of each class | Name of each exchange on which registered |
| ------------------- | ----------------------------------------- |
| COMMON STOCK ($1 PAR VALUE) | AMERICAN STOCK EXCHANGE |
| PREFERRED SHARE PURCHASE RIGHTS | AMERICAN STOCK EXCHANGE |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes **X**  No
                                                      --    --

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [**X**]

As of July 30, 1999, 8,368,343 of the registrant's common stock were outstanding, and the aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant, computed by reference to the closing price for the registrant's common equity on the American Stock Exchange at that date was $41,869,549.

### DOCUMENTS INCORPORATED BY REFERENCE

1999 definitive proxy statement to be filed with the Commission - incorporated by reference into Part III.

1999 Annual Report to Stockholders for the fiscal year ended May 31, 1999 to be filed with the Commission-incorporated by reference into Parts II and IV.

Part I

## Item 1. Description of Business

### The Company

Lazare Kaplan International Inc. (*"the Company"*) was incorporated in 1972 under the laws of the state of Delaware as the successor to a business which was founded by Mr. Lazare Kaplan in 1903. The Company is engaged in the cutting, polishing and selling of ideally proportioned diamonds which it markets internationally under the brand name *"Lazare Diamonds'r'"*. Ideally proportioned diamonds are distinguished from non-ideal cut (*"commercial"*) diamonds by the symmetrical relationship of their facets, which maximizes brilliance, sparkle and fire. Due to these characteristics, Lazare Diamonds command a premium in the marketplace. The Company believes there are only a few other companies worldwide engaged primarily in the production of ideally proportioned diamonds and that it is the largest U.S. producer of ideal cut diamonds through its facility in Puerto Rico. In addition, at its facilities in Moscow, the Company cuts and polishes commercial diamonds which it markets to wholesalers, distributors and, to a growing extent, through retail jewelers. All rough stones purchased by the Company are either selected for manufacturing or resold as rough diamonds in the marketplace. The Company believes that the combination of its cutting and polishing operations and its trading operations enables the Company to purchase larger quantities of rough diamonds from which it may select those rough diamonds best suited for the Company's current needs.

The Company's marketing strategy in the selling of Lazare Diamonds is directed primarily toward quality conscious consumers throughout the United States, South America, the Far East and Europe. The Company focuses its distribution efforts for Lazare Diamonds on selectivity with a view towards helping retailers who carry the product maintain a competitive advantage. Lazare Diamonds can be found at some of the most prestigious jewelry stores around the world, including those with international reputations and those known only in their communities as being the highest quality retail jewelers. This strategy helps ensure that the Company's product is presented in an environment consistent with its superior quality and image. The Company also sells to certain jewelry manufacturers and diamond wholesalers. The Company has developed

a comprehensive grading system which, when coupled with the *"ideal cut"* standard, allows jewelers to order inventory by category rather than through the more cumbersome process of visual selection. In addition, the Company designs, manufactures (through independent contractors) and sells a line of high quality jewelry which features Lazare Diamonds.

An important element of the Company's strategy is the promotion of the Lazare Diamond brand name. Every Lazare Diamond bears a laser inscription on its outer perimeter, invisible to the naked eye, containing the Lazare Kaplan logo and an identification number unique to the stone. The laser signature also allows consumers to register their Lazare Diamonds with the Company under its program, The Lazare Diamond Registry'r', thereby providing proof of ownership in case of loss or theft.

One of the Company's important suppliers of rough diamonds is the Diamond Trading Company (*"DTC"*), an affiliate of De Beers Centenary AG, a Swiss company (*"DeBeers"*). Based on published reports, the Company believes that the DTC controls approximately 60% of the value of world rough diamond output. The Company has been a client of the DTC for more than 60 years. In order to diversify its sources of rough diamond supply, however, the Company has broadened its purchasing capabilities throughout Africa and has an office in Antwerp to supplement its rough diamond needs by secondary market purchases. The Company also has expanded its operations and entered into relationships with other primary source suppliers. The Company believes that its success in maintaining quantities and qualities of polished inventory that best meet its customers' needs is achieved through its ability to fully integrate its diverse rough diamond sources.

The Company currently has three manufacturing facilities. The Company's domestic

2

| 10-K405 | 3rd Page of 19 | TOC | 1st | Previous | Next | Bottom | Just 3rd |

manufacturing operation, located in Puerto Rico, is believed by the Company to be the largest diamond cutting facility in the United States. The Company believes its work force in Puerto Rico is the most highly skilled in the world producing ideal cut diamonds. This facility generally produces polished diamonds having weights of 1/5 of a carat and greater. The Company also has two manufacturing facilities in Russia. These facilities are conducted pursuant to agreements with AK Almazi Rossii Sakha (ALROSA) of Russia. The Company's first Russian factory in Moscow, which was equipped and staffed during fiscal year 1997, is operating near its full anticipated manufacturing capacity. The Company's other Russian facility, located in Barnaul, was equipped and staffed at the end of fiscal year 1999. The Company's manufacturing operation which was conducted in cooperation with the Russian Government agency responsible for diamond exports and the Russian national stockpile has suspended production.

Diamond Supply

The Company's overall revenues are dependent upon the availability of rough diamonds, the world's known sources of which are highly concentrated. Based upon published reports, the Company believes that Angola, Australia, Botswana, Brazil, Ghana, Guinea, Ivory Coast, Namibia, Republic of the Congo, Russia, Sierra Leone and South Africa account for more than 90% of present world rough gem diamond production. In addition, diamond production in Canada commenced during late calendar year 1998, and, according to published reports, is expected to reach $500 million annually. The Central Selling Organization ("CSO"), which is affiliated with De Beers, is the primary world-wide marketing mechanism of the rough diamond industry. The CSO seeks to maintain an orderly and stable market for diamonds by regulating the quantity and selection of rough diamonds that reach the market. This is achieved either by directly owning diamond mines, entering into multi-year purchase agreements with host governments, or by purchasing rough diamonds in the secondary market. Sales for the CSO are made in London by the DTC to a select group of clients ("sightholders") which, according to published reports, number approximately 160, including the Company. Based upon published reports, the Company believes that approximately 60% of the world diamond output is purchased for resale by the DTC and its affiliated companies. In order to maintain their purchasing relationship, the DTC's clients have traditionally been expected to purchase all of the diamonds offered to them by the DTC. Companies that are not sightholders

must either purchase their requirements from sightholders or seek access to that portion of the world supply not marketed by the DTC.

The DTC has been and continues to be an important supplier of rough diamonds to the Company. The DTC periodically invites its clients to submit their requirements as to the amount and type of stones they wish to purchase. Employees of the Company attend offerings of rough diamonds ("*sights*") held by the DTC periodically during the year in London. At sights, the Company purchases, at the DTC's stated price, an assortment of rough diamonds known as a "*series*", the composition of which attempts to take into account the qualitative and quantitative requirements of the Company based on requests submitted to the DTC by the Company. The Company has been a sightholder for more than 60 years. The loss of its status as a sightholder could have a material adverse effect on the Company.

In order to diversify its sources of supply, the Company has entered into arrangements with other primary source suppliers and manufacturers. The Company also has established an office in Antwerp to supplement its rough and polished diamond needs by making purchases in the secondary market.

In December 1994, the Company reached an agreement with the Empresa Nacional de Diamantes de Angola ("*Endiama*"), Angola's national diamond mining company, pursuant to which the Company was granted a license to purchase rough diamonds from local Angolan miners and export such rough diamonds for resale. At the time, this was one of three such licenses granted by Endiama. The Company believes that, since this time, Endiama has issued two additional licenses. The agreement entitles the Company to establish buying offices throughout Angola, the first of which was set up during 1995 in Luanda, the capital of Angola. The Company currently has five buying offices located

3

| 10-K405 | 4th Page of 19 | TOC | 1st | Previous | Next | Bottom | Just 4th |

in Angola, including the office in Luanda. The agreement has a term of five years ending on December 31, 1999. The Company has not yet determined whether or not to seek to renew this agreement. Any renewal will, among other things, be dependent upon stability in Angola, market conditions, profitability, if any, of the Company's Angolan operations and the Company's ability to negotiate acceptable terms and conditions. As a result of the intensification of hostilities and a restructuring of the Company's operations in Angola, the Company's purchase of Angolan rough diamonds during the latter part of Fiscal 1999 were significantly reduced.

In March 1999, the Company announced that a newly formed, wholly-owned subsidiary, Pegasus Overseas Ltd. ("POL") had entered into an exclusive ten-year agreement with a wholly-owned subsidiary of General Electric Company ("GE") under which POL will market natural diamonds that have undergone a new GE process that enhances certain characteristics of select, natural gemstone diamonds. The process is an additional step which complements the many steps to which a diamond is customarily subjected in the course of being extracted, processed with mechanical and chemical operations and then cut and polished. The process is permanent and irreversible and it does not involve treatments such as irradiation, laser drilling, surface coating or fracture filling and is conducted before the final cutting and polishing by the Company. The process is designed to improve the color, brilliance and brightness of qualifying diamonds without reducing their all-natural content. The process, which was developed and is owned by GE, will be used only on a select, limited range of natural diamonds with qualifying colors, sizes and clarities for both round and fancy cuts. The estimated number of gemstones with characteristics suitable for this process is a small fraction of the overall diamond market. POL will sell only diamonds that have undergone the new GE process. Each diamond sold by POL will be laser inscribed with the brand name "GE POL." POL began offering these diamonds to distributors around the world in late May 1999.

The Company believes that it has good relations with its suppliers, that its trade reputation and established customer base will continue to assure access to primary sources of diamonds and that its sources of supply are sufficient to enable the Company to meet its present and foreseeable needs. However, the Company's sources of supply could be affected by political and economic developments in producing countries over which the Company has no

control. While the Company believes that alternative sources of supply may be
available, any significant disruption of the Company's access to its primary
source suppliers could have a material adverse effect on its ability to purchase
rough diamonds.

     The Company has rough diamond supply arrangements in Russia for the
cutting and polishing of diamonds in Russia. See "*Cutting and Polishing*".

**Cutting and Polishing**

     The Company and its subsidiaries currently have three primary cutting
and polishing operations, two located in Russia (of which one is in Moscow and
one is in Barnaul) and one located in Puerto Rico.

     The Company's first factory in Russia was announced in July 1996 when
the Company reached an agreement (the "*ALROSA I Agreement*"), for a term of ten
years, with AK Almazi Rossii Sakha (ALROSA) of Russia for the cutting, polishing
and marketing of large rough gem diamonds. According to published reports,
ALROSA is the largest producer of rough diamonds in Russia with annual
production in excess of $1.4 billion, accounting for over 20% of the world's
supply of diamonds. Under the terms of the ALROSA I Agreement, the Company has
equipped a diamond cutting factory which was completed in February 1997 within
the ALROSA facility in Moscow. This facility is staffed by Russian technicians
and managed and supervised by Company personnel. Under the ALROSA I Agreement,
ALROSA has agreed to supply a minimum of $45 million per year (at rough diamond
cost) of large rough gem diamonds selected by the Company as being suitable for
processing in this facility. The Company received its first shipment of polished
stones produced at this facility during November 1997. During fiscal year 1999,
this facility produced in excess of $45 million of polished stones. In March
1999 (in

4

furtherance of a Memorandum of Understanding signed by the Export-Import Bank of the United States ("*Eximbank*"), ALROSA and the Company) the Company and ALROSA entered into a second agreement (the "*ALROSA II Agreement*") to expand their relationship in the cutting, polishing and marketing of rough gem diamonds. Under the terms of the ALROSA II Agreement, the Company and ALROSA agreed to refurbish two additional diamond cutting facilities (one of which is not yet operational). These facilities are staffed by Russian technicians and jointly managed and supervised by the Company and ALROSA personnel. ALROSA has agreed to supply a minimum of $100 million per year (at rough diamond cost) for ten years of rough gem diamonds selected by the Company as being suitable for processing in these facilities. The Company received its first test shipment of polished stones produced at these facilities during the fourth quarter of fiscal 1999. These facilities, once they are all fully operational, have the capacity to cut and polish in excess of $150 to 200 million (at rough diamond cost) per year of rough gem diamonds. Under both the ALROSA I and the ALROSA II agreements, the Company sells the resulting polished diamonds through its worldwide distribution network. The proceeds from the sale of these polished diamonds, after reimbursement of costs incurred by each of the parties, generally will be shared equally with ALROSA. These agreements do not require the Company to advance funds for the purchase of rough diamonds. The ALROSA I Agreement served as a long-term off-take arrangement to secure the repayment of $62 million of financing which ALROSA received from a United States commercial bank and to be guaranteed by Eximbank for the purchase by ALROSA of U.S. manufactured mining equipment. This equipment will be used by ALROSA to increase production in its diamond mines. Eximbank has stated that this agreement was the first transaction approved under Eximbank's General Project Incentive Agreement with the Ministry of Finance and the Central Bank of the Russian Federation signed in December 1993. The ALROSA II Agreement will enable ALROSA to receive additional loan guarantees from Eximbank of an additional several hundred million dollars. These guaranties will allow ALROSA to continue purchasing U.S. manufactured mining equipment, expand mining productions and refurbish operations at currently non-functioning Russian diamond cutting factories.

The Company had another facility located in Moscow which was conducted in cooperation with the Russian Government organization responsible for diamond policy and the Russian national stockpile. Production from this facility has been suspended and there have been no diamonds exported from this facility since

the beginning of calendar year 1997, including those that are already polished by the Company and awaiting export. The Company believes that it will recapture lost sales once these polished diamonds are exported.

The Company believes that its factory in Puerto Rico is the largest cutting and polishing facility in the United States. Each rough diamond received in Puerto Rico is evaluated against strict management standards designed to maximize its potential economic contribution to the Company. Expert technicians, assisted by proprietary computer software, determine whether to cut the rough diamond to ideal or commercial proportions or resell the rough diamond. The shape of the rough diamond, its color, clarity, size, potential profitability and salability are among the criteria used in making such determinations. The Company's production workers are compensated principally on a piece rate basis. The Company has an incentive program that rewards its factory managers and supervisors for maximizing the manufactured results based on the following criteria: gross margin, yield (rough weight to polished weight conversion) and efficiency.

Rough diamonds selected for cutting are analyzed and where desirable are sorted for sawing or cleaving to achieve the desired shape and to eliminate imperfections. They are then cut and polished into finished gems. Each finished ideal cut diamond (weighing .18 carats and larger) which is marketed as a Lazare Diamond is then inscribed with the Lazare Kaplan logo and its own identification number by the Company's patented laser inscription process. All of these operations are performed by the Company's employees. The Company believes its work force in Puerto Rico is the most highly skilled in the diamond industry. The Company has undertaken a worker training program at its facility in Puerto Rico to ensure a constant flow of skilled labor to satisfy its needs for further growth.

5

| 10-K405 | 6th Page of 19 | TOC | 1st | Previous | Next | Bottom | Just 6th |

The Company believes that it is recognized in the diamond industry for the high quality and brilliance of the gems it cuts and that it also enjoys a reputation as an imaginative and innovative cutter of large and difficult diamonds.

Pricing

Rough Diamond Prices

Through its control of approximately 60% of the value of the world diamond output, the DTC can exert significant control over the pricing of rough and polished diamonds to maintain an orderly market by adjusting rough diamond supplies in the marketplace. Rough diamond prices established by the DTC have been characterized historically by steady increases over the long term; however, prices in the secondary market have experienced a greater degree of volatility, particularly during the late 1970's. Traditionally, the Company has been able to pass along such price increases to its customers. From time to time, however, the Company has absorbed these price increases in the short term to maintain an orderly pricing relationship with its customers. This has, in the past, caused temporary adverse effects on the Company's earnings. However, a large rapid increase in rough diamond prices could materially adversely affect the Company's revenue and operating margins if the increased cost of rough diamonds could not be passed along to its customers in a timely manner.

According to published reports, during 1995 there was an emergence of a two-tier market for rough diamonds. The first tier is comprised of better quality rough diamonds, for which the DTC continues to maintain an orderly market. The Company conducts its cutting and polishing operations almost exclusively in this segment of the market. The second tier is comprised of small, less expensive, imperfect rough diamonds. The prices for these diamonds are determined principally by supply and demand. Consequently, there has been considerable volatility in the prices of less expensive diamonds since 1995. Because the Company focuses primarily on better quality rough diamonds, this volatility has not had a significant effect on the Company.

Polished Diamond Prices

Over the past 60 years, increases in the price of rough diamonds have generally resulted in a corresponding increase in the price of polished diamonds. However, during periods of economic uncertainty, there may be a time lag before the Company is able to increase polished diamond prices. During the period of high inflation in the late 1970's, investors speculated in hard assets, driving polished diamond prices to exceptionally high levels which in turn caused significant increases in the cost of rough diamonds. However, the moderation of inflation during the early 1980's resulted in a sudden and massive shift of investments from hard assets to financial instruments, resulting in dramatic price declines for polished diamonds which caused a market liquidity crisis as prices of some categories of polished diamonds fell below the inventory costs of such diamonds. Since this period in the early 1980's, the Company believes the pricing of polished diamonds has returned to its historical pattern of responding to increases in the pricing of rough diamonds. However, there can be no assurance that volatility in the price of polished diamonds could not occur again. Any rapid decrease in the price of polished diamonds could have a material adverse effect on the Company in terms of inventory reserves, lower sales and lower margins.

The Company has broadened its sales base and implemented strict inventory, pricing and purchasing controls which it believes could lessen the impact of fluctuations in the price of rough and polished diamonds. These include computerized rough diamond evaluation programs, automatic economic order quantity models and inventory utilization programs.

6

Marketing, Sales and Distribution

Marketing Strategy

The Company's sales strategy is directed primarily toward quality conscious consumers throughout the United States, South America, the Far East and Europe. The Company focuses its distribution efforts for Lazare Diamonds on selectivity with a view to helping retailers who carry the product maintain a competitive advantage. Lazare Diamonds can be found at some of the most prestigious jewelry stores around the world, including both those with international reputations and those recognized only in their local communities as being the highest quality retail jewelers. This strategy helps ensure that the Company's product is presented in an environment consistent with its superior quality and image.

The Company also sells to certain jewelry manufacturers and diamond wholesalers. The Company has developed a comprehensive grading system for its diamonds which, when coupled with the "ideal cut" standard, allows jewelers to order inventory by category rather than through the more cumbersome process of visual selection. In addition, the Company designs, manufactures (through independent contractors) and sells a line of high quality jewelry that features Lazare Diamonds.

A key element of the Company's strategy is the promotion of the Lazare Diamond brand name directly to consumers. The Company is able to market its diamonds under a brand name to retailers because (a) the ideal cut differentiates the Company's diamonds from commercial diamonds in the marketplace and (b) each Lazare Diamond is inscribed with the Company's logo and identification number using the Company's patented laser inscription process, thus authenticating the diamonds. The Company holds a domestic patent, which expires in 2000, and various international patents for this process. In addition, on August 3, 1999, a U.S. patent was issued to the Company for a new and improved laser inscription process. The Company also has international patents-pending for this process.

The Company's decision to pursue the brand name strategy is reinforced by two factors - a rising trend among informed consumers to purchase quality,

brand name products, and the need among upscale jewelers to set themselves apart in an increasingly competitive market by carrying and promoting a highly differentiated product.

Building awareness and acceptance of the Lazare Diamond brand name is accomplished through a comprehensive marketing program which includes sales training, cooperative advertising, sales promotion and public relations. A wide assortment of sales promotion materials has been designed to facilitate jewelers' sales of the Company's diamonds and fine jewelry line to consumers. Public relations events are offered which help build traffic in retail stores. The Company believes these marketing programs have been and will continue to be instrumental in increasing sales. The Company has no current plans to sell its diamonds directly to consumers and intends to continue concentrating its marketing efforts towards the quality retail jeweler.

The Lazare Diamond Registry program has been established by the Company to enable consumers to register their Lazare Diamonds with the Company using the laser inscribed identification number, thereby providing proof of ownership in case of loss or theft.

Sales and Distribution

While the purchase and sale of rough diamonds is concentrated among relatively few parties, industry wide retailing of polished diamonds occurs through over 40,000 jewelry stores in the United States, over 25,000 retailers in Japan and over 60,000 retail stores in Europe. The Company's sales efforts for its polished diamonds are directed primarily toward the fine quality segment of these retailers

7

(the majority of which are independently owned and operated), wholesalers and distributors and, to a lesser extent, to jewelry manufacturers. Full time regional sales representatives located throughout the United States, Hong Kong and Europe, are compensated on a commission basis and handle sales throughout their respective territories.

The Company's U.S. sales force is supported by a New York based telemarketing department. Sales to certain of the Company's largest accounts are handled by headquarters personnel. Most of the Company's major accounts are customers of long standing.

The Company has been actively working to expand its foreign business activities, particularly in the Far East countries of Japan, Hong Kong, Singapore, Taiwan, Korea and Malaysia and recently throughout South America.

After working with its former distributor of over 25 years, in 1999, the Company changed the nature of its distribution in Japan by assuming control of distribution of its products and opening its own office. In this way, the Company has realigned its position with its retail and wholesale customers and shortened its channels of distribution. In addition, this realignment has enabled the Company, without interruption, to assume control of the expansion and maintenance of the Lazare Diamond brand name in Japan. As part of the realignment, the Company retained experienced Japanese staff, giving it immediate and direct access to important customers as well as in depth industry knowledge. The Company believes that this realignment was necessary in order to compete effectively in Japan (the world's second largest market for diamonds and diamond jewelry) in the years to come. The Company continues to maintain its relationship with Seiko Corporation ("Seiko"), one of the world's largest watchmakers. It is anticipated that Seiko will ultimately supply Lazare Diamonds to 300-400 retailers in Japan. Seiko is generally recognized as a leader in consumer brand marketing and has a well developed network of contacts and retailers.

The Company uses a comprehensive sorting and inventory classification system for grading color and clarity of its ideal cut polished diamonds. This system, combined with the fact that the Company's stones are uniformly cut to ideal proportions, reduces and in some cases eliminates the need for customers

to view diamonds before placing orders. The system enables customers to
standardize their inventories, order by mail or telephone and minimize their
inventory investment.

     The percentages of the Company's total domestic and foreign net sales
to its customers, which include a combination of both rough diamonds and
polished diamonds sales taken together, for the past three fiscal years are set
forth below:

· *Download Table*

|                                    | Years ended May 31, | | |
| --- | --- | --- | --- |
|                                    | *1999* | *1998* | *1997* |
|                                    | ---- | ---- | ---- |
| Percentage of Net Sales to Customers | | | |
| United States                      | 31% | 28% | 22% |
| Far East                           | 8% | 7% | 9% |
| Europe, Israel & other             | 61% | 65% | 69% |
|                                    | ---- | ----- | ---- |
|                                    | 100% | 100% | 100% |
|                                    | ==== | ==== | ==== |

     The world's rough diamond trading markets are primarily located in
Belgium and Israel; therefore, the majority of the Company's rough diamond sales
have been transacted with foreign customers. In 1999 and 1998, due to an
increase in demand in the United States combined with weaker markets in the Far
East, the Company sold a greater percentage of its polished diamonds
domestically than it had in prior years. In addition, the Company's sales to
customers in Europe, Israel & other, which consisted primarily of rough
diamonds, were lower as a percentage of total sales in 1999 as compared to 1998
due to the greater rate of increase in polished diamond sales in the U.S. in
1999 as compared to the prior years,

8

The Company believes that due to the possible international resale of
diamonds by its customers, the above percentages may not represent the final
location of retail sales of its product. All of the Company's foreign sales,
other than those made in Japan, are denominated in United States dollars. Where
possible, the Company hedges its sales transactions in Japan to minimize the
impact of any foreign currency exposure on its foreign revenue. The
profitability of foreign sales of either polished or rough diamonds is
consistent with that of domestic sales of similar merchandise.

Competition

     The polished and rough diamond business is highly competitive. While
the Company believes that it has achieved a reputation as a leading cutter and
distributor of high quality diamonds, it faces competition in sales to its
customers in the United States and abroad from many other suppliers. In
addition, the Company sells rough diamonds in the competitive world market. A
substantial number of cutters and polishers and traders, some of which the
Company believes to be larger or to have greater financial resources than the
Company, sell diamonds of all qualities to the Company's customers.

     The Company believes there are significant barriers to entry by
potential competitors into the business of manufacturing ideally proportioned
diamonds. Among the most important of these barriers are the need for
significant working capital to purchase rough diamonds and hold polished
inventory, the long-term relationships required to have access to adequate
supplies of rough diamonds, the limited number of persons with the skills
necessary to consistently cut significant amounts of ideally proportioned
diamonds, the difficulty in obtaining access to upscale channels of
distribution, the importance of public recognition of an established brand name
and the establishment of computer systems to report on and monitor the
manufacturing and distribution network.

Employees

     At July 31, 1999, the Company had 191 full-time employees and 7
regional sales representatives. The Company maintains an apprenticeship program
at its facility in Puerto Rico, through which it trains its cutters, who are