Chapter V
Security

Art. 26.  The parties agree that the security procedures and guidelines to be implemented in the course of the administration of the buying offices, the purchasing of diamonds and the transport of the same, as well as the transport of cash shall be governed by the requirements of the company or companies providing insurance for the cash and diamonds at any given time.

<PAGE>

Art. 27.  All such procedures and guidelines shall be approved and/or modified by the Technical Commission as required by the company or companies providing insurance for the cash and diamonds any given time.

Chapter VI
Training

Art. 28.  All SODIAM employees seconded to the project shall receive on-the-job training in the disciplines in which they will be employed.

Art. 29.  Some will be selected to specialize in diamond evaluation or diamond cutting overseas in Belgium, Puerto Rico or elsewhere, in LKI installations, in programs designed for their level of ability and specialized area of interest, or in certificate level trade courses.

Art. 30.  Annually, SODIAM will present to LKI its training program for its workers seconded to the project for LKI's review, recommendation, approval and execution.

Chapter VII
LKI's Intervention

Art. 31.   To the extent permitted by law, if SODIAM, for any reason, is unable
           to perform any of its obligations under the Agreement or the Annex,
           LKI shall have the right to undertake these obligations by itself.


Chapter VIII
Copies

Art. 32.   The present Annex is made in two (2) copies in Portuguese of equal
           force, and value constituting an integral part of the Technical [
                   ] Assistance Contract signed on April 29, 2004.



Signed in Luanda on _____, _____, 2004


For SODIAM:  Manuel Arnaldo de Sousa Calado

For: LKI:  George W. Sherrell IV



</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-10
<SEQUENCE>5
<FILENAME>ex10-w.txt
<DESCRIPTION>EXHIBIT 10 (W)
<TEXT>

<Page>

# EXHIBIT 3

## HS 71 - NAT ETC PEARLS, PREC ETC STONES, PR MET ETC; COIN  - 2005
## Imports from Angola

Provided by the Office of Trade and Industry Information (OTII), Manufacturing and Services, International Trade Administration, U.S. Department of Commerce.

### numbers are in thousands ($ USD)

| Item | 2003 | 2004 | 2005 |
|---|---|---|---|
| **Total** | 20,664 | 32,596 | 57,639 |
| 7102--DIAMONDS, WORKED OR NOT, NOT MOUNTED OR SET | 20,639 | 32,596 | 57,639 |
| 7103--PRECIOUS NESOI & SEMIPREC STONES, NOT STRUNG ETC | 0 | 0 | 0 |
| 7116--ARTICLES OF NAT OR CULT PEARLS, PREC/SEMPRC STONES | 26 | 0 | 0 |

# EXHIBIT 4



ENDIAMA
Luanda
Republic of Angola

ATT. Chairman of the Board of Directors
Mr. J. Dias

Date : 22nd of March 1998

Dear Sir,

We herewith like to address your good selves with the two following subjects :

**The areas in dispute**

With respect to this subject we refer to our meeting at your office of 23rd of February 1998 when you informed us about the decision made by the Council of Ministers and published in the Diario da Republica dated December 12th 1997.
At the meeting you mentioned that the dispute has been taken out of the hands of Endiama and that Endiama had to follow the decision as made by the Council of Ministers.
We informed you then that we had to start court proceedings in Angola in order to defend our rights and you agreed to that.
However after internal discussions with the shareholders of the company, inclusive America Mineral Fields, it was decided that we prefer to find an amicable solution for the dispute. For this reason we wish to discuss with you as soon as possible whether an amicable solution can be found along the following lines :

1.  The area in dispute will be divided between Odebrecht and Idas on a basis whereby the area south of 8 degrees 30 minutes including the Catoba mining area will remain with SDM whilst north of that line will remain with Idas Resources N.V. This will enable IDAS Resources N.V. to start soon with exploitation of the area along the lines already been worked out by our geologists and mine engineers.
OR
1.  Idas Resources N.V. will be given other producing concessions as compensation for the loss of 50 % of the mining lease as agreed per contract signed in 1995 with Endiama.

We strongly prefer a solution along the lines as mentioned under 1. above

If an amicable solution can be reached the agreement signed with Endiama in 1995 will require amendment and we wish also to discuss such changes as soon as possible.

**AMF as shareholder within Idas Resources**

This subject was discussed also at the meeting on February 23rd 1998 whereby you referred to a message, regarding this subject, as published by AMF on Internet dated 18th January 1998.
You were then informed that the change of shareholders is an internal matter and does not have any negative effect on Idas Resources N.V. as a company.
Idas Resources N.V. once again wants to confirm that all obligations as accepted under their agreement with Endiama will be honored in full.
We appreciate very much your views as expressed in the meeting whereby you mentioned that ENDIAMA did not have a problem with such an internal change of shareholders subject that the agreement as signed with IDAS would be honored in full and Idas Resources N.V. as a company would not change name or status, which we confirmed.

RH0554

For good orders sake and to avoid various rumors regarding this subject we would appreciate it very much to receive from ENDIAMA a written confirmation of the same. We have enclosed a draft for your kind consideration.

Furthermore, we wish to mention that one of the subsidiaries of AMF, America Diamond Corporation (ADC), has obtained various properties/concessions in the Democratic Republic of Congo. AMF is also negotiating at present various other concessions mainly situated along the Cuango International river. As Idas is holding the prospecting agreement with Endiama covering the full Cuango International river at the Angolan side we, Idas and Endiama, will be in an excellent position to discus an agreement with ADC for joint exploitation of the river. We wish to discuss this subject with your good selves in further detail as soon as possible.

On behalf of the shareholders of Idas Resources N.V. we extend an invitation to your good selves to come to Dallas or any other place in the US , at any time convenient to you, to meet the Chairman of AMF as well as some of the members of the Board of Directors of IDAS Resources N.V. and AMF. We will take care of expenses related to such a visit.

Lastly we sincerely like to express our views and hope for a speedy solution of the SDM dispute as well as a quick withdrawal by UNITA forces from the Cuango International area so also our exploration agreement with Endiama in that region can be implemented and Idas Resources N.V. can start working unhindered under the IDAS/ENDIAMA joint venture agreement

Awaiting your reply with interest,

Yours faithfully

IDAS RESOURCES N.V.
J.J. van der Veen
President

RH0555

Idas Resources N.V.
Avenida 4 de Fevreiro
No.107-2nd Andar
Luanda
Republic of Angola

Date :  30th March  1998

Dear Sirs,

We have received your request to acknowledge, in writing, that a new agreement has been reached between the
present shareholders of Idas Resources N.V. and America Mineral Fields.
The agreement involves a transfer of shares whereby AMF will obtain the majority of shares in the company
Idas Resources N.V.
You have furthermore confirmed to us that a change of shareholders  will not effect, in any negative way, the
financial or operational status of  IDAS Resources N.V. in their relation with Endiama.

Taking the above into consideration we hereby confirm that Endiama has no objection to AMF becoming the
sole or majority shareholder in Idas Resources N.V.,and reconfirm the grant of the following to Idas Resources
n.v.:

    A.      The joint venture agreement, signed 14th of June 1995, covering the exploration and
            prospecting in the Lunda North province.
    B.      The joint venture agreement, signed June 1995, granting Idas and Endiama exploitation rights
            in the Cuango, Lunda Norte area.

Yours Faithfully

Chairman of the Board of Directors of Endiama

Eng.  J.Dias

**RH0556**

ABR-98  JUE  18:21  KPMG



EMPRESA NACIONAL DE DIAMANTES DE ANGOLA, ENDIAMA, U.E.E.
*CONSELHO DE ADMINISTRAÇÃO*

Luanda, ao 17 de Abril de 1998

Ref: 41/001/PCA/98

Á
**EXMA DIRECÇÃO DA**
**IDAS RESOURCES INC.**

**LUANDA**

Ex.mos Senhores;

Em nossa posse, draft da carta que seria assinada pelo Ex.mo Senhor Presidente do Conselho de Administração, sobre o Acordo que foi alcançado entre V. Excias e a AMERICA MINERAL FIELDS.

"Entretanto alguma ambiguidade fizeram com que o Ex.mo Senhor Presidente do Conselho de Administração não entendesse a referida carta. Isto porque tal como está estabelecido, os Direitos Mineiros pertencem a ENDIAMA e não a Associação. Aliás, mesmo que tal acontecesse, os Direitos Mineiros são inalienáveis.
Por outro lado, os Acordos entre a IDAS e a A.M.F., são questões internas e por conseguinte, a ENDIAMA nada tem a ver com os mesmos."

Na expectativa de termos esclarecido o equivoco, aproveitamos o ensejo para apresentar os nossos respeitosos cumprimentos.

Atenciosamente

JOSÉ PONTES RAMOS
CHEFE DO SECRETARIADO DO
CONSELHO DE ADMINISTRAÇÃO

**AMF0502**

# EXHIBIT 5

# C/R INTERNATIONAL

1150 17th Street, N.W. Suite 406
Washington, D.C. 20036
Telephone: (202) 861-4741
Fax: (202) 861-6490

**FACSIMILE TRANSMISSION**

---

DATE:        February 17, 1998

FORWARD TO:  Mr. Kobus van der Veen
             room 902

FROM:        Robert J. Cabelly   _RC_

I spoke with our mutual friends on the issue that you and I discussed on the telephone. Clearly, your friends in Brazil purchased a piece of your concession. I believe that they took this action at a level higher than T. van Dunem's.

We will have to do some hard work with my friends, the Prime Minister and others to resolve the problem, but I think we can succeed. I will be having further conversations and exchange more detailed messages tomorrow. I also want to talk with N'dalu as quickly as possible.

I will discuss the proposal that you described to me in your fax message at the earliest opportunity, probably tomorrow, latest on Thursday.

In connection with the above there is one thing that I need from you: $39,500.00.

Thank you and I will be speaking with you very soon. Best regards.

This facsimile contains information which (a) may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named above. If you are not the Addressee, or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying or distributing this facsimile is prohibited. If you have received this facsimile in error, please telephone us immediately and mail the facsimile back to us at the above address. Thank you.

Number of pages *(including this page)*:  1

If all pages are not received, please call: Judy Burke at (202) 861-4740.

RH0597

# C/R INTERNATIONAL
1150 17th Street, N.W.  Suite 406
Washington, D.C. 20036
Telephone: (202) 861-4741
Fax: (202) 861-6496

**FACSIMILE TRANSMISSION**

DATE:           February 18, 1998

FORWARD TO:    Mr. Patrick van der Veen

FROM:           Robert J. Cabelly

As you know, I had an agreement with Kobus on compensation in the form of a vehicle. In connection with resolving that issue, I will appreciate it if, at your convenience, you could transfer $39,245.62 to the following account:

NationsBank NA
Wire Transfer Department NCI-003-09-03
Charlotte, North Carolina

for credit to:    Gail L. Richards-Cabelly
                  Account Number: 2011705076
                  NationsBank
                  Washington, DC

This completes IDAS's commitment to me and now enables me to assist IDAS without further compensation. [I will be pleased to send you an invoice if you require one. Also, forgive me for troubling you with this matter, but it seemed unnecessary to send this message to Luanda.]

Thank you and best regards.

This facsimile contains information which (a) may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named above. If you are not the Addressee, or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying or distributing this facsimile is prohibited. If you have received this facsimile in error, please telephone us immediately and mail the facsimile back to us at the above address. Thank you.

Number of pages *(including this page)*:  1

If all pages are not received, please call:  Judy Burke at (202) 861-4740.

TOTAL P.01

**RH0598**

# EXHIBIT 6

# RECEIPT

Received from America Mineral Fields, Inc., the sum of US $69,245 (Sixty-Nine Thousand, Two Hundred and Forty Five American Dollars) for the payment of:

    (a)    US $ 39,245 to Gail L. Richards-Cabelly for consulting services.

    (b)    US $ 30,000 to the Instituto do Investment Estrangeiro-Angola as a 1% fee for the issue of a US $ 3,000,000 (Three Million American Dollars) Capital importation license by the Banco Nacional De Angola.

On behalf of IDAS Resources N.V.

21th May 1998

J.J. van de veen

AMF0077

# EXHIBIT 7

**C/R International, L.L.C.**
1150 1th Street,  NW
Suite 406
Washington, DC  20036

December 1, 2003

# INVOICE

TO:        Mr. Bernie Pryor
             American Mineral Fields

FROM:      Robert J. Cabelly

This invoice covers my expenses for the November 24-29 trip to Luanda.

Air fare:                                              $10,~~166~~.80   *116*

Hotel accomodations:                                      534.60

Total due to C/R International:                        $10,~~701~~.40   *651*

Wire transfer instructions:          C/R International, L.L.C.
                                     Account No. 2066701897677 First Union Bank
                                     ABA No. 054001220
                                     Washington, DC
                                     USA

Attached:      invoices

Thank you and best regards.

*OK. BPryor 5/12/03*
*1 DAYS Charge*
*181 0050p*

PAID
1 8 DEC 2003
ML 1298

*paid by US$ check*

**ETA**
EXECUTIVE TRAVEL ASSOCIATES

*1100 17th STREET, N.W.    SUITE 400    WASHINGTON, DC 20036    TEL: (202) 828-3501    FAX: (202) 785-2566*

```
SALES PERSON: ANNE        ITINERARY/INVOICE NO. 0526292              DATE: 24 NOV 03
CUSTOMER NBR: 019166                                 PIUDGE          PAGE: 01


      TO: C/R INTERNATIONAL
          1150 17TH ST.NW STE 406
          WASHINGTON DC 20036



FOR: CABELLY/ROBERT


          DUE TO THE NEW FEDERAL AIRPORT SECURITY REGULATIONS
          MOST AIRPORTS WILL NOW REQUIRE A BOARDING PASS
          BEFORE ENTERING SECURITY. PLEASE CHECK
          WWW.EXECTRAVEL.COM FOR MOST RECENT AIRPORT LIST
24 NOV 03  -  MONDAY
    AIR    AIR FRANCE             FLT:27       BUSINESS          MULTI MEALS
           LV WASHINGTON DULLES                1035P             EQP: BOEING 777-200
                                                                 07HR 15MIN

25 NOV 03  -  TUESDAY
           AR PARIS   DE GAULLE                1150A             NON-STOP
           ARRIVE: AEROGARE 2 TERMINAL E                         REF: X3OZ6U
           CABELLY/ROBERT                   AF-1000121226
    AIR    TAAG ANGOLA AIRLINES FLT:621       BUSINESS          MEALS
           LV PARIS   DE GAULLE                1015P             EQP: 747-300 COMBI
           DEPART: AEROGARE 2 TERMINAL F                         08HR 00MIN

26 NOV 03  -  WEDNESDAY
           AR LUANDA                           615A             NON-STOP

29 NOV 03  -  SATURDAY
    AIR    BRITISH AIRWAYS        FLT:76       CLUB EXC IN UK MEALS
           LV LUANDA                           1155P             EQP: BOEING 777-200
                                                                 08HR 50MIN

30 NOV 03  -  SUNDAY
           AR LONDON HEATHROW                  745A             NON-STOP
           ARRIVE: TERMINAL 4                                    REF: X3OZ6U
           CABELLY/ROBERT                   BA-868287U6

02 DEC 03  -  TUESDAY
    AIR    BRITISH AIRWAYS        FLT:217      CLUB EXC IN UK MEALS
           LV LONDON HEATHROW                 1055A             EQP: BOEING 777-200
           DEPART: TERMINAL 4                                    08HR 15MIN
           AR WASHINGTON DULLES                210P             NON-STOP
                                                                 REF: X3OZ6U

           CABELLY/ROBERT                   BA-868287U6
```

CONTINUED ON PAGE 2
**PLEASE READ IMPORTANT INFORMATION ON THE REVERSE SIDE.**

# ETA
## EXECUTIVE TRAVEL ASSOCIATES

*1100 17th STREET, N.W.    SUITE 400    WASHINGTON, DC 20036    TEL: (202) 828-3501    FAX: (202) 785-2566*

```
SALES PERSON: ANNE        ITINERARY/INVOICE NO: 0526292        DATE: 24 NOV 03
CUSTOMER NBR: 019166                          BIODGE          PAGE: 02

    TO: C/R INTERNATIONAL
        1150 17TH ST.NW STE 406
        WASHINGTON DC 20036


FOR: CABELLY/ROBERT


MCO          XD9132110005
                               BILLED TO AX371385138522004         40.00*

AIR TICKET   AF7470386738     CABELLY ROBERT
                              BILLED TO AX371385138522004       5,588.80*
AIR TICKET   RA7470386739     CABELLY ROBERT
                              BILLED TO AX371385138522004       4,488.00*
                                                              -----------
                              SUB TOTAL                        10,116.80
                              NET CC BILLING                   10,116.80*
                                                              -----------
                              TOTAL AMOUNT DUE                      0.00

 VISIT US ON THE WEB AT    WWW.EXECTRAVEL.COM

HU
MK-02
HU
```

PLEASE READ IMPORTANT INFORMATION ON THE REVERSE SIDE.



| Hósp. | CABELLY,ROBERT | |
|---|---|---|
| Quarto/Room | 0326 | |
| Nº Reserva | 12542 / | 2003 |

| Chegada/Arrival | 26-11-2003 |
|---|---|
| Partida/Departure | 02-12-2003 |

## Factura/Invoice        19167 / 2003
Data/Date              29-11-2003

Pag      1 / 1      **ORIGINAL**

| Data/Date | Descrição/Description | Total | Desconto | Saldo/Balance |
|---|---|---|---|---|
| 26-11-2003 | Diária | 12.628,00 | | 12.628,00 |
| 26-11-2003 | TELEFONE - 00012028425609 pls | 2.706,00 | | 15.334,00 |
| 26-11-2003 | TELEFONE - 00012022612841 pls | 1.082,00 | | 16.416,00 |
| 27-11-2003 | Diária | 12.628,00 | | 29.044,00 |
| 28-11-2003 | LAVANDARIA - 7030/2003/9/91 | 1.082,00 | | 30.127,00 |
| 28-11-2003 | TELEFONE - 00015045850260 pls | 1.082,00 | | 31.209,00 |
| 28-11-2003 | Diária | 12.628,00 | | 43.837,00 |
| 29-11-2003 | AMERICAN EXPRESS | -43.837,00 | | 0,00 |

| | **TOTAL KWANZAS** | **43.837,00** | **0,00** | **0,00** |
|---|---|---|---|---|
| | **Equivalente a USD** | **534.60** | | |

| I. Consumo | Incidência | Valor |
|---|---|---|
| 10,00% | 39.852.00 | 3.985.00 |
| | 39.852.00 | 3.985.00 |

Assinatura/Signature

Processado por computador                FUNCIONARIO        AMD

**Serafim L. Andrade S.A.R.L.**
Rua da Missão, 103, Luanda, República de Angola - Telf.: (244 2) 370070  Fax: (244 2) 393330, 391798  E-mail:htropico@netangola.com - tropico@mstelcom.com

CONTRIBUINTE Nº 5 410 002 466

HT 301

**AMERICA
MINERAL
FIELDS INC.**

Invoice error – air fare reduced to $10,116.80 (not $10,166.80). Total payment = $10,651.40

*With Compliments:*

William