## C/R International, L.L.C.
1150 17th Street, NW
Suite 406
Washington, DC 20036

November 20, 2003

**INVOICE**

TO:          Mr. Bernie Pryor
              America Mineral Fields

FROM:     Robert J. Cabelly    *RC*

As we agreed, this invoice covers the expenses for my travel to Luanda to assist you in the talks with ENDIAMA.

| | |
|---|---|
| Air fare (business class): | $10,666.70 |
| Hotel: | 1,078.00 |
| Total due to C/R International: | USD $11,744.70 |

*OK*
*BPryor*
*24/11/03*

Wire transfer instructions:     C/R International, L.L.C.
                                   Account No. 2066701897677
                                   First Union Bank ABA No. 054001220
                                   Washington, DC
                                   USA

Thank you and best regards.

**PAID**
**24 NOV 2003**
ML 1289

*In AMF → br Angola costs*
*1510040P*
*(not recly'd to IDAS — at entity level per TB)*

**POSTED**

**FAX**  November 20, 2003

## C/R International, L.L.C.
1150 17th Street, NW
Suite 406
Washington, DC  20036

Tel:  202-261-2841
Fax:  202-261-2851

TO:    Mr. Bernie Pryor

FROM:  Robert J. Cabelly     *RC*

Attached is an invoice for my latest trip to Luanda. I have also attached the necessary documentation.

I only billed America Mineral Fields for my hotel room in Luanda, not other expenses.

The invoice contains the necessary information for a wire transfer.

Let me know if you require additional information.

Thanks and best regards.

*Charge to Angola*

Pages: 7

**EXECUTRAVEL ASSOCIATES — ETA**

1100 17th STREET, N.W.   SUITE 400   WASHINGTON, DC 20036   TEL: (202) 828-3501   FAX: (202) 785-2566

```
SALES PERSON: ANNE           ITINERARY/INVOICE NO. 0521093          DATE: 04 NOV 03
CUSTOMER NBR: 019166                              HDXSFN            PAGE: 01

        TO: C/R INTERNATIONAL
            1150 17TH ST. NW STE 406
            WASHINGTON DC 20036


FOR: CABELLY/ROBERT


        DUE TO THE NEW FEDERAL AIRPORT SECURITY REGULATIONS
        MOST AIRPORTS WILL NOW REQUIRE A BOARDING PASS
        BEFORE ENTERING SECURITY. PLEASE CHECK
        WWW.EXECTRAVEL.COM FOR MOST RECENT AIRPORT LIST

4 NOV 03  -  TUESDAY
    AIR   BRITISH AIRWAYS         FLT:222      CLUB EXC IN UK MEALS
          LV WASHINGTON DULLES                 940P           EQP: BOEING 747 400
                                                              07HR 20MIN

5 NOV 03  -  WEDNESDAY
          AR LONDON HEATHROW                   1000A          NON-STOP
          ARRIVE: TERMINAL 4                                  REF: YSZTTC
          CABELLY/ROBERT                       BA-86928706
    AIR   BRITISH AIRWAYS         FLT:55       CLUB EXC IN UK MEALS
          LV LONDON HEATHROW                   552P           EQP: BOEING 747 400
          DEPART: TERMINAL 1                                  10HR 55MIN

6 NOV 03  -  THURSDAY
          AR JOHANNESBURG                      645A           NON-STOP
          ARRIVE: INTERNATIONAL                               REF: YSZTTC
          CABELLY/ROBERT                       BA-86928706
    AIR   SOUTH AFRICAN           FLT:54       BUSINESS       LUNCH
          LV JOHANNESBURG                      940A           EQP: BOEING 747 400
          DEPART: INTERNATIONAL                               04HR 00MIN
          AR LUANDA                            1245P          NON-STOP
                                                              REF: MGSSSD

          **SERVICE IMMEDIATELY ABOVE WAITLISTED**

13 NOV 03  -  THURSDAY
    AIR   SOUTH AFRICAN           FLT:55       BUSINESS       LUNCH
          LV LUANDA                            202P           EQP: BOEING 747 400
                                                              03HR 40MIN
          AR JOHANNESBURG                      640P           NON-STOP
          ARRIVE: INTERNATIONAL                               REF: MGSSSD
          **SERVICE IMMEDIATELY ABOVE WAITLISTED**
```

CONTINUED ON PAGE 2

PLEASE READ IMPORTANT INFORMATION ON THE REVERSE SIDE.

**ETA ASSOCIATES**

*1100 17th STREET, N.W.   SUITE 400   WASHINGTON, DC 20036   TEL: (202) 828-3501   FAX: (202) 785-2566*

```
LES PERSON: ANNE           ITINERARY/INVOICE NO. 0521093       DATE: 04 NOV 03
STOMER NBR: 019166                           HDKSFN             PAGE: 02

     TO: C/R INTERNATIONAL
         1157 17TH ST NW STE 405
         WASHINGTON DC 20036


R: CABELLY/ROBERT


NOV 03  - THURSDAY
AIR    BRITISH AIRWAYS           FLT:54       CLUB EXC IN UK MEALS
       LV JOHANNESBURG                        730P         EQP: BOEING 747 400
       DEPART: INTERNATIONAL                               11HR 30MIN

NOV 03  - FRIDAY
       AR LONDON HEATHROW                     700A         NON-STOP
       ARRIVE: TERMINAL 1                                  REF: YSZTTC
       CABELLY/ROBERT            BA-86928706
AIR    BRITISH AIRWAYS           FLT:217      CLUB EXC IN UK MEALS
       LV LONDON HEATHROW                     1055A        EQP: BOEING 777-200
       DEPART: TERMINAL 4                                  09HR 15MIN
       AR WASHINGTON DULLES                   210P         NON-STOP
                                                           REF: YSZTTC
       CABELLY/ROBERT            BA-86928706

R TICKET     BA7467731856        CABELLY ROBERT
EC TKT                           BILLED TO AX3713851385220004       9,450.60*
R TICKET     BA7467731857        CABELLY ROBERT
                                 BILLED TO AX3713851385220004       1,216.15*

                                 SUB TOTAL                         10,666.70
                                 NET CC BILLING                    10,666.70*

                                 TOTAL AMOUNT DUE                       0.00

ISIT US ON THE WEB AT    WWW.EXECTRAVEL.COM

-82
```

PLEASE READ IMPORTANT INFORMATION ON THE REVERSE SIDE.



| Hósp. | CABELLY, ROBERT | |
|---|---|---|
| Quarto/Room | 0125 | |
| Nº Reserva | 10829 / | 2003 |

| Chegada/Arrival | 06-11-2003 |
|---|---|
| Partida/Departure | 13-11-2003 |

| Factura/Invoice | 18064 / 2003 | Pag | 2 / 2 | ORIGINAL |
|---|---|---|---|---|
| Data/Date | 13-11-2003 | | | |

| Data/Date | Descrição/Description | Total | Desconto | Saldo/Balance |
|---|---|---|---|---|
| | Transporte | 1,256.20 | | 103,543.00 |
| 13-11-2003 | AMERICAN EXPRESS | -103.550,00 | | 0,00 |

| | TOTAL KWANZAS | 103.550,00 | 0,00 | 0,00 |
|---|---|---|---|---|
| | Equivalente a USD | 1,262.80 | | |

| I. Consumo | Incidência | Valor | |
|---|---|---|---|
| 10.00% | 94.136.00 | 9,414.00 | |
| | 94.136.00 | 9,414.00 | Assinatura/Signature |

Processado por computador                    FUNCIONARIO      PCL



# HOTEL TROPICO

CABELLY, ROBERT

★ ★ ★ ★

EST. UNIDOS DA AMERICA

| Hósp. | CABELLY, ROBERT | |
|---|---|---|
| Quarto/Room | 0125 | |
| Nº Reserva | 10829 / | 2003 |

| Chegada/Arrival | 06-11-2003 |
|---|---|
| Partida/Departure | 13-11-2003 |

Nº Contribuinte

| Factura/Invoice | 18064 / 2003 |
|---|---|
| Data/Date | 13-11-2003 |

| Pag | 1 / 2 | ORIGINAL |
|---|---|---|

| Data/Date | Descrição/Description | Total | Desconto | Saldo/Balance |
|---|---|---|---|---|
| 06-11-2003 | Diária | 12.628,00 | | 12.628,00 |
| 07-11-2003 | Diária | 12.628,00 | | 25.256,00 |
| 07-11-2003 | BAR WELWITCHIA ALIM. - 38907/2003/1/11 | 586,00 | | 25.842,00 |
| 08-11-2003 | Diária | 12.628,00 | | 38.470,00 |
| 08-11-2003 | BAR WELWITCHIA ALIM. - 39090/2003/1/11 | 1.308,00 | | 39.778,00 |
| 08-11-2003 | BAR WELWITCHIA BEBID - 39090/2003/1/11 | 1.263,00 | | 41.041,00 |
| 09-11-2003 | Diária | 12.628,00 | | 53.669,00 |
| 09-11-2003 | BAR WELWITCHIA BEBID - 39226/2003/1/11 | 361,00 | | 54.030,00 |
| 09-11-2003 | REST.GRILL ALIMENTOS - 21887/2003/4/41 | 3.428,00 | | 57.457,00 |
| 10-11-2003 | Diária | 12.628,00 | | 70.085,00 |
| 10-11-2003 | LAVANDARIA - 6474/2003/9/91 | 1.263,00 | | 71.348,00 |
| 11-11-2003 | Diária | 12.628,00 | | 83.976,00 |
| 11-11-2003 | BAR WELWITCHIA BEBID - 39530/2003/1/11 | 361,00 | | 84.337,00 |
| 12-11-2003 | Diária | 12.628,00 | | 96.965,00 |
| 12-11-2003 | REST.CORAL ALIMENTOS - 6438/2003/5/51 | 6.043,00 | | 103.008,00 |
| 12-11-2003 | FAX - 2234 | 541,00 | | 103.550,00 |
| | **TOTAL KWANZAS** | 103.550,00 | 0,00 | 103.550,00 |

Equivalente a USD    1,262.80

**Hotel Tropico**                                                    NewHote

### Extrato de Conta Corrente

| Titular | CABELLY,ROBERT | | Chegada | 06-11-2003 | Noites | 7 |
|---|---|---|---|---|---|---|
| | | | Partida | 13-11-2003 | | |
| Alojamento | 0125 | Paxs 1 | Nº Reserva | 10829/2003 | Pag | 1 / 1 |

| Data | Descrição | Observações | Valor | Desconto | Saldo |
|---|---|---|---|---|---|
| 06-11-2003 | Diβria | | 154,00 | 0,00 | 154,00 |
| 07-11-2003 | Diβria | | 154,00 | 0,00 | 308,00 |
| 07-11-2003 | BAR WELWITCHIA ALIM. | 38907/2003/1/11 | 7,15 | 0,00 | 315,15 |
| 08-11-2003 | Diβria | | 154,00 | 0,00 | 469,15 |
| 08-11-2003 | BAR WELWITCHIA ALIM. | 39090/2003/1/11 | 15,95 | 0,00 | 485,10 |
| 08-11-2003 | BAR WELWITCHIA BEBID | 39090/2003/1/11 | 15,40 | 0,00 | 500,50 |
| 09-11-2003 | Diβria | | 154,00 | 0,00 | 654,50 |
| 09-11-2003 | BAR WELWITCHIA BEBID | 39226/2003/1/11 | 4,40 | 0,00 | 658,90 |
| 09-11-2003 | REST.GRILL ALIMENTOS | 21887/2003/4/41 | 41,80 | 0,00 | 700,70 |
| 10-11-2003 | Diβria | | 154,00 | 0,00 | 854,70 |
| 10-11-2003 | LAVANDARIA | 6474/2003/9/91 | 15,40 | 0,00 | 870,10 |
| 11-11-2003 | Diβria | | 154,00 | 0,00 | 1.024,10 |
| 11-11-2003 | BAR WELWITCHIA BEBID | 39530/2003/1/11 | 4,40 | 0,00 | 1.028,50 |
| 12-11-2003 | Diβria | | 154,00 | 0,00 | 1.182,50 |
| 12-11-2003 | REST.CORAL ALIMENTOS | 6438/2003/5/51 | 73,70 | 0,00 | 1.256,20 |
| 12-11-2003 | FAX | 2234 | 6,60 | 0,00 | 1.262,80 |

**EXHIBIT 8**

Case 1:06-cv-00570-ESH    Document 16-6    Filed 09/05/2006    Page 8 of 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACO )<br>)<br>PABECO B.V. )<br>)<br>ADASTRA MINERALS, INC. )<br>f/k/a AMERICAN MINERAL FIELDS, INC. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EMPRESSA NACIONAL DE DIAMANTES )<br>DE ANGOLA E.P. )<br>)<br>NOFAR MINING B.V. )<br>)<br>    Defendants. )<br>_____) | Case No. 1:06-cv-00570-ESH |

## DECLARATION OF BERNARD PRYOR

I, Bernard Pryor, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are within my personal knowledge and true and correct:

1. From August of 1999 until August of 2006, I was employed as Chief Operating Officer by Adastra Minerals Inc., f/k/a America Mineral Fields, Inc. ("Adastra"), the parent of IDAS Resources, N.V. ("IDAS"). I also served on the Board of Directors of IDAS and was its Chief Executive Officer, referred to as a "Director General." In these roles I was responsible, under the supervision of the Chief Executive Officer of Adastra, for IDAS' negotiations and execution of a series of agreements amongst Twins Limited ("Twins"), IDAS, and Empressa Nacional de Diamantes de

Angola E.P.'s ("ENDIAMA"). These agreements included an "Acordo de Intenções" dated August 20, 2002, an "Acta Acordada" dated December 4, 2002, and an "Acta" reflecting the results of meetings held between July 23 and July 29, 2003 ("collectively the 2002-2003 Agreements").

2. Prior to 2000, during the effective dates of a series of agreements between ENDIAMA and IDAS executed in 1995 ("the 1995 Agreement"), Twins assisted IDAS and Adastra in their relations with ENDIAMA and the Angolan Government. IDAS compensated Twins for this work by payments or goods delivered to Twins in Washington, D.C.. Because of a change in the Angolan mining law, the 1995 Agreement was rescinded by agreement of the parties in about 2000.

3. Beginning in about 2000, IDAS, ENDIAMA, and Twins began to negotiate the 2002-2003 Agreements under the new Angolan mining law.

4. Pursuant to the August 20, 2002, "Acordo de Intenções," IDAS, ENDIAMA, and Twins agreed to form a limited liability company with IDAS initially holding 51% of the share capital, ENDIAMA holding 38% of the share capital, and Twins holding 11% of the share capital. Upon repayment to IDAS of all shareholder loans, IDAS' share capital was to be reduced to 49% and Twins share capital was to be increased to 13%. Twins was to be paid 13% of the profits of the company.

5. The parties also agreed that Twins would be responsible for mobilizing the necessary means under its control to guarantee the safety and efficiency of operations and, with IDAS and ENDIAMA, was to be jointly responsible for management of the project. The parties also agreed to jointly undertake discussions with local authorities for improvements to local infrastructure, including roads, medical centers, schools, and

electrical and water supply infrastructure and to develop plans for the implementation of such works according to specific timetables.

6. Twins is comprised of two principals, former State Department official Robert Cabelly and former Angolan Ambassador to the United States Antonio dos Santos Franca, also known as General Ndalu. Robert Cabelly is the founder and head of C/R International LLC, a Washington, D.C. based public relations and lobbying firm, which represents the Republic of Angola. Robert Cabelly maintains his principal place of residence in Washington, D.C. General Ndalu also maintains a place of residence in Washington, D.C.

7. Throughout the period from 1998 to 2004, my contact for Twins in all matters related to the 1995 Agreement, and then the 2002-2003 Agreements, were either Robert Cabelly or General Ndalu, in Washington, D.C. I regularly had telephone conversations and exchanged correspondence with Robert Cabelly at his Washington, D.C. office and also had telephone conversations and exchanged correspondence relating to the 2002-2003 Agreements with General Ndalu in Washington, D.C. This correspondence included communications amongst IDAS in London, Robert Cabelly and General Ndalu in Washington, D.C., and ENDIAMA representatives in Luanda, Angola.

8. As part of Twins' activities in furtherance of the 2002-2003 Agreements, Twins, through C/R International, received payment in Washington, D.C. for the expenses incurred and services rendered by Twins. Twins also received compensation in Washington, D.C. for work related to its efforts to assist IDAS under the 1995 Agreement.

9. All payments made to TWINS were made into one of two U.S. bank accounts, each of which where maintained in Washington, D.C. One of the accounts was held by Robert Cabelly personally in Washington, D.C. and maintained by NationsBank NA. The second account was held by C/R International LLC in Washington, D.C. and maintained by First Union Bank. Payment to Twins for work under the 1995 Agreement was delivered to Mr. Cabelly in Washington, D.C. As of the date of ENDIAMA's repudiation of the 2002-2003 Agreements, Twins had not advised IDAS that future payments, whether for expenses, services rendered, or profit distribution were not to be made to Twins in Washington, D.C., as prior payments had been made.

10. From January of 1999 until August of 2006, Tim Read was employed by Adastra Minerals Inc. f/ka America Mineral Fields, Inc. Tim Read and I traveled to Washington, D.C. at least twice in or about 2003, to meet with Twins and discuss the 2002-2003 Agreements. In the first trip, we met with Robert Cabelly. In the second trip, we met with both Robert Cabelly and General Ndalu at General Ndalu's Washington, D.C. home.

11. I also met with Robert Cabelly on a couple of occasions in London, England.

12. In 1998, Adastra acquired 100 percent of the stock of IDAS. At the time of this acquisition, Adastra's Chairman, Bernard Vavala, was a U.S. citizen residing in the United States. Adastra's Chief Executive during this acquisition was Stephen F. Malouf, a United States citizen residing in Dallas, Texas. The location of Adastra's principal place of business at this time was Dallas, Texas. Prior to Adastra's acquisition of IDAS,

and while located in the United States, Adastra and IDAS obtained the consent of ENDIAMA for the joint venture.

13. At all times material to this litigation, Adastra maintained well over 200 U.S. shareholders, all of which were directly impacted by the contracts, relations, and actions made the subject of this litigation.

Bernard Pryor: *[signature]*                                Date: 5/9/06.