IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| NOFAR MINING B.V. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendants, Empresa Nacional de Diamantes de Angola E.P. ("ENDIAMA") and NOFAR Mining B.V. ("NOFAR"), by undersigned counsel, hereby move pursuant to Fed. R. Civ. P. Rule 6 for entry of an Order extending the time for Defendants to file their Replies to Plaintiffs' Opposition to the (1) Motion of Empresa Nacional de Diamantes de Angola E.P. to Dismiss and (2) Motion of NOFAR Mining B.V. to Dismiss, by September 25, 2007. In support of this Motion, Defendants state as follows:

1. Defendants and their counsel require additional time to file their Reply because of scheduling conflicts, the need of counsel to consult with defendants who are outside the United States and to collect and prepare evidence for submission, if needed.

2. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case.

3. Defendants' counsel has consulted with Plaintiffs' counsel regarding this request for extension. Plaintiffs' agreed to a ten-day extension, but with conditions unacceptable to Defendants. Hence, this Motion has been made.

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

_/s/ Laura G. Stover_
Thomas J. Whalen (D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Motion for Enlargement of Time** was filed and served electronically, this 11th day of September, 2006, to:

>Steven D. Cundra
>Hall Estill Hardwick Golden Gable & Nelson, PC
>1120 20th Street, NW
>Suite 700, North Building
>Washington, DC 20036
>
>Stephen F. Malouf
>The Law Offices of Stephen F. Malouf, P.C.
>3506 Cedar Springs
>Dallas, TX 75219

>_____*/s/ Laura G. Stover*_____
>Laura G. Stover