IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO )<br>)<br>PABECO B.V. )<br>)<br>ADASTRA MINERALS, INC. )<br>f/k/a AMERICA MINERAL FIELDS, INC. )<br>)<br> Plaintiffs, )<br>)<br>v. )<br>)<br>EMPRESA NACIONAL DE DIAMANTES )<br>DE ANGOLA E.P. )<br>)<br>NOFAR MINING B.V. )<br>)<br> Defendants. ) | Case No. 1:06-cv-00570-ESH |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, it is this _____ day of September, 2006,

ORDERED that the Motion for Enlargement of Time be, and hereby is GRANTED, and it is further

ORDERED that Defendants Empresa Nacional de Diamantes de Angola E.P. and Nofar Mining B.V. shall each file their Replies by September 25, 2006.

It is so ORDERED.

              _____
              Judge Ellen Segal Huvelle

Copies to:

Thomas J. Whalen
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006

Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036

Stephen F. Malouf
The Law Offices of Stephen F. Malouf
3506 Cedar Springs
Dallas, TX 75219

N0077434