IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACO; PABECO, B.V.; and ADASTRA MINERALS, INC., f/k/a AMERICAN MINERAL FIELDS, INC.<br>Plaintiffs,<br><br>v.<br><br>EMPRESSA NACIONAL DE DIAMANTES DE ANGOLA E.P. and NOFAR MINING B.V.<br>Defendants. | Case No. 1:06-cv-00570-ESH |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR ENLARGEMENT OF TIME**

COME NOW, Plaintiffs IDAS Resources N.V., Curaco ("IDAS"); Pabeco B.V.; and Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. ("Plaintiffs") and file this Response to Defendant Empressa Nacional de Diamantes de Angola E.P. ("ENDIAMA") and Nofar Mining B.V.'s ("NOFAR") Motion for Enlargement of Time and would show the Court as follows:

On August 1, 2006, Defendants filed their Motions to Dismiss. On September 5, 2006, Plaintiffs filed their responses to these motions. In Plaintiffs' Response to ENDIAMA's Motion to Dismiss, Plaintiffs identify a great number of demonstrably false statements, both in relation to the facts alleged and the law applied. Defendants' replies were due on September 12, 2006, *i.e.*, five (5) business days after Plaintiffs' Response was filed. Yet Defendants have requested an extension until September 25, 2006.

Plaintiffs consent to an enlargement of time for Defendants to file their replies and leave to this Honorable Court's sound discretion the issue of what enlargement of time would be reasonable. However, Plaintiffs have a significant reservation. Defendants have stated that they require

additional time to "collect and prepare evidence for submission, if needed." *See Defendants' Motion for Enlargement of Time* at 1. This is especially irksome because of the great lengths Plaintiffs were required to go to in parsing through the specious evidence submitted by Defendant ENDIAMA in its Motion to Dismiss. Moreover, the submission of additional evidence is generally inappropriate in the context of a reply. For these reasons, Defendants should not be permitted to submit additional evidence or, in the alternative, Plaintiffs should be permitted an opportunity to file a sur-reply to address such additional evidence.

**Respectfully submitted,**

_____
Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036

Stephen F. Malouf
The Law Offices of Stephen F. Malouf, PC
3811 Turtle Creek Blvd., Suite 1600
Dallas, Texas 75219

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the attorneys of record in the above cause in accordance with the Federal Rules of Civil Procedure on this 12th day of September, 2006.

_____
Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036