IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACO; PABECO, B.V.; and ADASTRA MINERALS, INC., f/k/a AMERICAN MINERAL FIELDS, INC.<br>Plaintiffs,<br><br>v.<br><br>EMPRESSA NACIONAL DE DIAMANTES DE ANGOLA E.P. and NOFAR MINING B.V.<br>Defendants. | Case No. 1:06-cv-00570-ESH |

## PROPOSED ORDER

UPON CONSIDERATION of Defendants Empressa Nacional de Diamantes de Angola E.P. and Nofar Mining B.V.'s Motions to Dismiss for lack of jurisdiction and Plaintiffs IDAS Resources N.V., Curaco; Pabeco B.V.; and Adastra Minerals, Inc.'s Motion for Leave to Supplement Response, Oral Argument and Limited Jurisdictional Discovery, this Court hereby GRANTS Plaintiffs leave to supplement and DENIES Defendants' Motions to Dismiss.

_____
Honorable Judge Presiding