# EXHIBIT 1

LUREMO-CATOBA PROJECT

# VIEWING, INVESTIGATION, AND IDENTIFICATION CONTRACT
# AMONG
# ENDIAMA, E.P.,
# NOFAR MINING, B.V.
# AND
# TWINS, LIMITED

LUREMO-CATOBA PROJECT

## AGREEING PARTIES

The following parties have entered into a Contract:

THE NATIONAL DIAMONDS FIRM OF ANGOLA – ENDIAMA, E.P., located on Rua Major Kanhangulo, 100, in Luanda, (from this point on referred to as "ENDIAMA"), whose representative for the purpose of this agreement is Mr. Dr. Manuel Arnaldo de Sousa Calado, President of the Board of Directors;

and

NOFAR MINING B.V., located on Wartenmanweg, 100, 3067, ROTTERDAM, Netherlands (from this point on referred to as NOFAR), whose representative for the purpose of this agreement is sufficiently Attorney Kramash Mordechai,

and

TWINS LIMITED, located on Cook Islands (from this point on referred to as TWINS), whose representative for the purpose of this agreement is General Director, General António of Holy France.

## PREAMBLE

IN CONSIDERATION OF THE FOLLOWING:

ENDIAMA is a large public firm, established after Order 6/81 on June 15, and whose Statutes were ratified by Order 30-A/97 on April 25 [.The company] conducts as primary activities the viewing, investigation, identification, management, trade, and liquidation of diamonds and accessory mineral substances, activity conducted in the whole territory of Angola exclusively or in collaboration with companies with local and foreign partnerships.

According to the provision of Law 1/92 on January 17 and Law 16/94 on October 7, the direct mining for the purpose of viewing, investigation, identification, managing, and trading of the diamonds may be ENDIAMA's direct activities or for companies with mixed capital ENDIAMA collaborates with.

The distribution of the mentioned direct mining products lacks the Geology and Mining Ministry's approval in accordance to Mandate No. 36/03, Art. 2, on June 27, 2003.

The Government's strategy ruling the mining sector in general and with particular attention to the diamonds industry mandates the involvement of local and foreign investors in the development of the respective activities.

LUREMO-CATOBA PROJECT

# CHAPTER I
# DEFINITIONS AND OBJECTIVE

## ARTICLE 1
Definitions

For the intent and purpose of this Contract, and unless the contents clearly intend otherwise, the terms below hold the meaning conferred as follows, provided they begin in capital letters:

a) "Standard Sample"- refers to a sample representative of the diamond production on the part of the Sociedade Mista [Commingling Company,] as established, excluding Special Stones, [and] with classification in accordance to the all the categories under the Classification of Stones for Sale[,] so that the Standard Sample may be considered a sample of the type of production, to be classified, on the part of the Sociedade Mista [Commingling Company] as established.

b) "Attachment" or "Attachments" – refers to the document(s) enclosed in the Contract, which are integral part of the same [Contract];

c) "Angola" – refers to the Republic of Angola;

d) "Area" – refers to an area as defined in Article 7, No. 1, and in Attachments A and B;

e) "Mining Area" – refers to an area delimited by the Exploration of economically feasible Deposits, as defined in Article 32;

f) "Areas of Contract" – refers to areas as defined in Article 7, No. 1, and in Attachments A and B;

g) "Association in Partnership or Association" – established in accordance to the terms of Article 3 in this Contract;

h) "Marketing" – involves all the activities and operations performed with the goal to prepare the diamonds for sale, including the classification, evaluation, negotiation, and signing of the respective agreements, shipment, export, and the rest of the accessory or complementary activities;

i) "Contract" – refers to this Contract, including all the Attachments and any addition or modification of the same;

j) "Foreign Currency" – refers to any foreign money clearly convertible in the international financial markets;

k) "State" – refers to the State of the Republic of Angola;

l) "Study of Technical-Economic Feasibility" or "E.V.T.E." – refers to the study or studies to conduct after the Investigation of the discovered Deposits, according to the terms in Article 30, indicating the technical and economic feasibility of the Deposits Investigation;

LUREMO-CATOBA PROJECT

m) "Investigation" – refers to all the operations and activities performed with the intent to extract, loading, transporting, and treatment of diamond mining products;

n) "Government" – refers to the Government of the Republic of Angola;

o) "Deposits" – refers to the natural collection of deposits/aggregates of diamonds occurred in the Area of the Contract justifying or not an Investigation in order to determine if the Exploration is technical and economically feasible;

p) "Mine" – refers to an excavation or opening area done on the ground, on site where a diamond Deposit is located (or a group of diamond Deposits), in order to extract the diamonds and/or other minerals from the same Deposit;

q) "Accessory Minerals" – refers to the minerals genetics and closely related to the diamonds in the Deposit and that may not be economically extracted and in a selective manner before treatment;

r) "Operations" – refers to all the activities in any way related to the Viewing, Investigation, and Identification of secondary Deposits;

s) "Competent Body" – refers to the Geology and Mining Ministry or other competent entity protecting the mining sector;

t) "Party" – refers to ENDIAMA, or NOFAR, or TWINS, when individually mentioned;

u) "Parties" – refer to ENDIAMA, or NOFAR, or TWINS, when jointly mentioned;

v) "Special Stones" – refers to a gem of diamond, whose weight is over the maximum limit allowed in accordance to the Classification of Stones for Sale (presently, 10.80 carats);

w) "Classified Stones" – refers to any gem of diamond, whose weight is not over the maximum limit allowed in accordance to the Classification of Stones for Sale (presently, 10.80 carats), along with all the industrial diamonds regardless of their size;

x) "Investigation" – refers to all the operations and actions with the objective of measuring and surveying the Deposits, the study of the features of the mineral substance and the availability of the respective reserves;

y) "Viewing" – refers to all the operations to perform with geological, geo-chemical, and geophysical methods with the goal to discover and localize Deposits on the ground, underground, in river beds[,] and on the lower level of the bottom of the sea and of the platform of the continent;

z) "Identification" – refers to all the operations established for the realization of mining type jobs, such as trenches, barriers, wells, and excavations that, in addition to the geological, geo-chemical, geophysical, and laboratory activities, have the objective to determine the features of the mining deposits.

LUREMO-CATOBA PROJECT

## ARTICLE 2
## CONTRACT OBJECTIVE

1. The objective of this Contract is to establish an Association in Partnership among the parties, for the use of the mining rights of viewing, investigation, and identification of the secondary diamond deposits, in the located area according to the Localization Sketches as shown on Attachment A, granted to ENDIAMA, for the area of North Lunde.

2. Without prejudice for the condition on No. 1 of the same Article, the parties entering this Contract are entitled to preference in obtaining the Title of Investigation to exercise mining rights when searching the primary deposits located in the area indicated in this Contract, since such intent may be expressed and authorized by the Council of Ministers, according to the Law.

3. In case a phase of the Investigation takes place, at this time the parties agree to establish a business association to investigate the deposits discovered in the area as mentioned in No. 1 of the same Article, involving each party in the social participation as foreseen in Article 4 of this Contract.

## ARTICLE 3
## (Legal Nature)

1. The Association in Partnership shall exist with the role of a participation in the company of interest, with no legal person establishing a Contract of commercial or civil business nor with participation count.

2. Any action producing legal results on the part of the Association in Partnership, namely contracts, shall be subscribed by the all the Parties.

3. The obligations occurring during the actions shall constitute joint duties, unless otherwise stipulated by this Contract or as agreed on by the Parties.

## ARTICLE 4
## (Participation Share)

1. In case the opportunity arises, the participation share of the Members during the phase of investigation shall be set by the respective Contract, with guarantee to the Parties of a participation share equal to:

    a) ENDIAMA------------ 47% (forty seven percent);
    b) NOFAR---------------- 40% (forty percent);
    c) TWINS---------------- 13% (thirteen percent).

SHEET                                                                  4

LUREMO-CATOBA PROJECT

2. As a result of the regulations in the Members Council of the Association in Partnership, object of this Contract, the participation shares shall be equal to:

   d) ENDIAMA------------ 47% (forty seven percent);
   e) NOFAR---------------- 40% (forty percent);
   f) TWINS---------------- 13% (thirteen percent).

## ARTICLE 5
### Proprietorship

1. Propriety acquired by one of the Members and charged on the Association shall remain in exclusive ownership of the Member that had obtained it, will all the legal effects of what occurred, until its full depreciation, which shall be defined and regulated by the Members Council.

2. All and any property jointly obtained by the Members shall become part of the common property of the same, in ratio according to the regulations of the Association, while it exists, following the rules of the common property as foreseen by the Law.

## ARTICLE 6
### Investigation License

1. Mining rights associated to the Investigation License[,] as foreseen in Order No. 1/92, Article 6[,] on January 17 and Order No. 16/94 on October 7, shall be regarded as executed by the Association in Partnership after ratification of this Contract by the Government.

2. Investigation Licenses shall not be alienable, transferable, or negotiable, except in case of previous authorization by the Council of Ministers.

3. Resorting to a third [party] by the holder of the Investigation License to obtain investment funds shall lack previous ratification by the competent body of the Angolan State.

## ARTICLE 7
### Area of Contract

1. The Association shall exercise the resulting rights of this Contract as to the area described on Attachment A, delimited area to mark out, according to the terms in Order 1/92, Article 5, No. 5, on January 17, as a normal polygon with verteces, whose coordinates are also indicated on Attachment A.

2. All geological-mining operations that are object of this Contract, such as surveys and identification set up, along with the respective equipment, shall remain within the area as mentioned in the previous paragraph, without prejudice of the areas to free according to the terms of the law, except in the case of services of logistic and administrative feature as necessary to put together in urban centers.

LUREMO-CATOBA PROJECT

### ARTICLE 8
### Included Minerals

1. The minerals included in this Contract shall consist of the diamonds to extract from the Secondary Deposits, found in the area as defined in the Contract, during the period of validity of the Contract, among ENDIAMA, NOFAR, AND TWINS.

2. The diamonds recovered during the execution of the geological operations shall be recorded on appropriate reports and, after assessment, shall be stored in the conditions defined by the Competent Body of the State.

3. The Competent Body shall authorize the commercialization of diamonds recovered during the execution of the geological operations, when it is technically and economically justifiable.

4. Any other minerals economically useful and detected during the investigation and identification job[, and] which do not fit into a category of accessory minerals, shall be excluded from the object of this Contract; however they shall be recorded as products of the same jobs and mentioned on reports deliverable to the Competent Authorities and stored in the conditions established by the Competent Body of the State.

### ARTICLE 9
### Exclusiveness

The Association shall exercise the exclusive rights of Viewing and Investigation in the Area of this Contract[.] Identical, similar, or competing rights as to the Area of the Contract shall not be granted to any other body, organization, individual, association[,] or other form of undertaking.

### ARTICLE 10
### Length of Contract

The mining rights indicated in Article 6 shall be granted for a period of three (3) years, with the possibility of an extension to a maximum of 5 (five) years, in accordance to Order 1/92, Art. 5, No. 5, on January 17.

### CHAPTER II
### GENERAL OBLIGATIONS

### ARTICLE 11
### General obligations of the Members

The members shall commit to carry out the operations as established by the objective of this Contract and as foreseen in the Operations Plan mentioned in Article 15[,] along with other [operations] occurring concurrently and for the same goals, in accordance with Orders 1/92, 16/94[,] and 17/94, and to achieve the respective goals as established in this Contract, namely:

a) To mobilize all the human resources necessary for the operations, recruiting and employing workers, consultants[,] and other staff;

LUREMO-CATOBA PROJECT

b) To build, equip[,] and assure the maintenance of all the installations and of all equipment necessary to keep up the operative conditions; to execute the jobs of assembly and maintenance of the equipment and plants;

c) To organize and set up the services necessary for the proper running of the installations and infrastructures, including operation manuals and necessary regulations;

d) To maintain the book-keeping and the registry of the operations in proper and methodical manner and brought up-to-date on a regular basis, utilizing procedures and accounting rules internationally accepted;

e) To maintain an updated[,] complete[,] and methodical registry of all the operations and collect the elements of information necessary for fiscal administration on the part of ENDIAMA and the Competent Authorities, and further occasional reports;

f) To set up in Angola the proper installations in preparation for sampling and analytical services for the project and to assist for the duration of this Contract;

g) To operate, in relations to the activities, only within the areas established by the realization of the approved plans, not interfering nor compromising the operations of another [group] legally occurring in the same areas;

h) To effectively and efficiently guarantee the safety of the industry and diamonds;

i) To utilize the technology and the most modern and appropriate methods in the execution of all the operations, studies, analyses[,] and tests as well as in the administrative services and technical-material supply, seeking to achieve the highest degree of efficiency, [while] fulfilling the provisions of Orders 1/92, on January 17, and 16/94 and 17/94, on October 7, and the rest of the provisions in effect;

j) To carefully carry out the directive of Order 16/94, Art. 2, No. 8, on October 7, in the area of services and supplies set up;

k) To begin the execution of the geological-mining operations within sixty (90) from the effective entry date, according the terms established in the Contract, except in the case of any deferment due to extenuating circumstances and for approval by the parties;

l) To ensure the viability of the project;

m) To manage the Operations as well as the auxiliary and support services for the same Operations;

n) To keep the Competent Body informed as to the development of the Operations;

o) To fulfill the rest of the obligations as indicated in this Contract and in accordance to the applicable Order;

p) To identify and put in practice, in uniformity of circumstances, a salary range as fair and equal, without discrepancies between the Angolan and foreign workers.

LUREMO-CATOBA PROJECT

q) To build, equip[,] and assure the maintenance of all the installations and of all equipment necessary to keep up the operative conditions; to execute the jobs of assembly and maintenance of the equipment and plants;

r) To organize and set up the services necessary for the proper running of the installations and infrastructures, including operation manuals and necessary regulations;

s) To maintain the book-keeping and the registry of the operations in proper and methodical manner and brought up-to-date on a regular basis, utilizing procedures and accounting rules internationally accepted;

t) To maintain an updated[,] complete[,] and methodical registry of all the operations and collect the elements of information necessary for fiscal administration on the part of ENDIAMA and the Competent Authorities, and further occasional reports;

u) To set up in Angola the proper installations in preparation for sampling and analytical services for the project and to assist for the duration of this Contract;

v) To operate, in relations to the activities, only within the areas established by the realization of the approved plans, not interfering nor compromising the operations of another [group] legally occurring in the same areas;

w) To effectively and efficiently guarantee the safety of the industry and diamonds;

x) To utilize the technology and the most modern and appropriate methods in the execution of all the operations, studies, analyses[,] and tests as well as in the administrative services and technical-material supply, seeking to achieve the highest degree of efficiency, [while] fulfilling the provisions of Orders 1/92, on January 17, and 16/94 and 17/94, on October 7, and the rest of the provisions in effect;

y) To carefully carry out the directive of Order 16/94, Art. 2, No. 8, on October 7, in the area of services and supplies set up;

z) To begin the execution of the geological-mining operations within ninety (90) from the effective entry date, according the terms established in the Contract, except in the case of any deferment due to extenuating circumstances and for approval by the parties;

aa) To ensure the viability of the project;

bb) To manage the Operations as well as the auxiliary and support services for the same Operations;

cc) To keep the Competent Body informed as to the development of the Operations;

dd) To fulfill the rest of the obligations as indicated in this Contract and in accordance to the applicable Order;

ee) To identify and put in practice, in uniformity of circumstances, a salary range as fair and equal, without discrepancies between the Angolan and foreign workers.

LUREMO-CATOBA PROJECT

## ARTICLE 12
### General Obligations – ENDIAMA

ENDIAMA shall comply with the following obligations:

a) To provide the Association with the information about the geological and mining features of interest in order to carry out the geological-mining operations, with the same information to be valued by the suitable company and to be paid by the Association to ENDIAMA before the beginning of the exploration, when it occurs;

b) To put forth the best efforts in order to obtain for the Association the facilities necessary to speed up the import of the necessary goods and consumption, the entry formalities, the movement throughout Angola and departures of the foreign experts, the permission for use of explosives and communication radios, as well as other formalities necessary for the included activities according to this Contract;

c) To work together and assure, within the limits of the law, the free movement in Angola of individuals assisting the Association;

d) To assist the Association in the legal procedures to obtain the fiscal exemptions for all the operations concerning the flow of the goods and services, since the same would be allowed by the legislation in effect;

e) To guarantee the necessary licensing, as well as the approval by the competent authorities, for the fulfillment of the activities as indicated in this Contract;

f) To proceed in accordance to the law and demarcate the areas necessary for the set up intended for the execution of the geological-mining operations;

g) To maintain the Angolan authorities informed of the development of the project;

h) To accept responsibility of what falls in the arena of joint exercise of management and administration of the Association and the realization of the Operations and utilizing, while fulfilling the functions, all the acquired technical skills, knowledge[,] and experience, in accordance to Art. 38 of this Contract [and] regarding the administration and management of the Project;

## ARTICLE 13
### General Obligations – NOFAR

NOFAR shall comply with the following obligations:

a) To transfer to the Association, free of charge, all the geological information and regarding the Viewing and Investigation that may be available and that, to the understanding of the Association, may be of interest for the execution of the Operations;

b) To accept the responsibility, without prejudice of joint exercise of management and administration, for carrying out the Operations and utilizing, while fulfilling the functions, all the acquired technical skills, knowledge and experience, in accordance to Art. 35 of this Contract [and] regarding the administration and management;

LUREMO-CATOBA PROJECT

c) To realize on their account and risk the investments for the Operations of Viewing and Investigation in accordance to the terms of Article 23;

d) To carry out the approved job plans, according to the established terms and conditions, and achieve the established objectives and maintain the Operations in a continuous active state, unless in case of extenuating circumstances or other drawbacks as foreseen in the Contract;

e) To observe the Angolan law, in particular the Employment Law and the law of Private Investment;

f) To transfer the "Know-How" and actively contribute to bring up-to-date and provide technical-professional training to the Angolan workers, considering the necessary measures and taking planned actions, suitable for this goal, duly chrono[logically] planned and budgeted, with gradual replacement of foreign staff with locals;

g) To always give preference[,] within reasonable opportunity[,] to Angolan workers[,] when it comes to recruitment of the necessary staff for the operations, when they produce qualifications and experience comparable [to the skills] of expatriates or show suitability to be trained for the objective to replace the expatriate team, as well as to undertake the "on [the] job" training of the Angolan staff including the Management jobs.

h) To fulfill the payment of the bonus owed to ENDIAMA, according to the terms of Art. 29 in this Contract.

### ARTICLE 14
### General Obligations – TWINS

TWINS shall comply with the following obligations:

a) To give its valid and active contribution during the development of the mining activities;

b) To collaborate and act in good faith with the directive of the Project in order to guarantee the fulfillment of the contractual provisions and the normal and efficient life of the Project;

c) To take part in the deliberations of the Management Council and make them final and binding for the Members, in accordance to the regulations of the Contract;

d) To take part in the discussion for the production of quarterly and yearly plans and [their] respective budgets;

e) To accept responsibility that pertains to the Management Council.