LUREMO-CATOBA PROJECT

CHAPTER III
VIEWING AND INVESTIGATION

Section I
OPERATIONS AND INSTALLATIONS

ARTICLE 15
Operations

1.  The geological operations cover the Viewing, Investigation[,] and Identification stages in regards to Secondary Deposits of diamonds.

2.  The Association reserves the right and the obligation to carry out all the necessary Geological Operations within reason and according to the settled job plan on ATTACHMENT B.

Section II
Term and Release of the Areas

ARTICLE 16
Term

The rights of Viewing, Investigation[,] and Identification shall be granted for a 3 (three) years term period. At the end of this term, if the Association concludes a significant density of secondary deposits justifies the continuation of the Viewing, Investigation[,] and Identification Operations[,] the same [Association} shall reserve the right to what it has been granted, [with] yearly extensions[,] whose term shall be up to the maximum limit of five (5) years, according to the terms of the Law.

ARTICLE 17
Release of the Areas

1.  If the Association intends to extend the initial term of this Contract, it shall release 50% of the area of the Contract, in accordance to the stipulation of Order 1/92, Art. 6, No. 2, al. c) on January 17.

2.  The release of an area shall involve the discharge of any right of the Association as to the same, and shall involve the withdrawal of staff, equipment[,] and infrastructure from the installations. Structures or infrastructures serving as support to the Operations continuing in the non-released areas shall be excluded from this obligation, as well as those infrastructures arranged for common use by the resident population in the released areas or whose dismantling turns out to be particularly expensive and technically complex.

3.  If a change occurs in the geological, economic or legal parameters involving the exploration of these profitable areas, subsequently to the release of any area[,] the State shall give preference to the Association, conforming to the offered conditions, and confer new Viewing and Investigation rights for the areas in question.

LUREMO-CATOBA PROJECT

4.  Notwithstanding the rules of the previous paragraphs, the Association shall be able to release, at any time, any areas lacking geological interest, handling them over to the Competent Body of the State, free of any burden, without prejudice of obligation from fulfillment of minimal investments set in Art. 24.

Section III

JOB AND INVESTMENT PLAN

ARTICLE 18
Job Plan

The Association shall commit to carry out the Viewing, Investigation[,] and Identification job plan as described on ATTACHMENT B. The Plan shall be executed in a full and timely manner, except in the case of possible changes that would be granted by the Competent Body and to the Association involved in the development of the Operations and the achieved results.

ARTICLE 19
Installation

The operations shall begin with a phase of mobilization and installation of the means necessary for the activities, namely, the acquisition, import, assembly[,] and installation of equipment, infrastructures[,] and other structures of physical and logistic feature, as well as the execution of air lifting, operation planning, staff recruiting [,] and other organizational activities.

ARTICLE 20
Investment Costs

1.  In reference to the regulation on Article 24, NOFAR shall take on its account and risk the total costs and charges related to the Viewing, Investigation[,] and Identification Operations.

2.  All the costs adequately incurred during the realization of the mentioned Operations, as described in the following paragraph, shall be considered as investment costs, per approval of the Parties.

3.  The following shall be considered investment costs, namely:

a)  Responsibilities towards Angolan or foreign workers and other colleagues, to include salaries, subsidies, settlements, moving and representation expenses, lodging and daily needs, insurance, pensions and other retirement plans, medical assistance and other social benefits, legal charges and other payments owed in accordance to the terms of the law or the international mining industry standards;

b)  The acquisition of materials, products, supplies[,] and consumption goods utilized during the Operations, after calculating the total and real cost for the Association, including the expenses of all the types of insurance, freights, handling within the starting point and the destination place, unexpected risk, any tax, rights, rates and other change, and after deducting any realized reduction;

LUREMO-CATOBA PROJECT

c)  The acquisition or rent of equipment, machines[,] any other item or tool utilized during the Operations, after calculating the total and real cost for the Concessionaire, including the expenses of all the types of insurance, freights, handling within the starting point and the destination place, unexpected risk, any tax, rights, rates and other taxation, and after deducting any realized reduction;

d)  The training and practice of the workers involved in the Operations, or of any other individual, in accordance to the terms of Article 40, [and] according to what the Competent Body may be periodically request and the Association may accept;

e)  The general and administrative responsibilities associated with office maintenance in Angola or other location;

f)  The acquisition, constitution of area right or lease, including the respective maintenance, of housing for workers and colleagues, or of other individuals involved in the Operations; warehouses, shipyards, lots, grounds[,] or other space or structure necessary for the Operations;

g)  The acquisition, constitution of area right or lease of warehouses, shipyards, lots, grounds[,] or other space or structure necessary for the Operations;

h)  Any services given by third parties involved in the Operations, namely, sub-contractors, consultants, experts, specialists[,] or other technicians or agents, either in the operative, technical, economic, audit, legal arenas, or in any other area;

i)  Insurance required by law or what the Association considers appropriate as a result of the risk associated with the Operations and other types of commercial hazards, and in accordance to the international mining industry standards;

j)  Interests and other financial obligations resulting from loans contracting or financing, or from guarantee issuance for the Operations, as approved by the Members;

k)  Donations, offers, presents[,]  or expenses in regards to social events[,] provided they are within reasonable value and conform to the applicable uses and customs;

l)  Promotion, commercialization, marketing[,] and advertising expenses that are appropriate for the operations;

m)  Any other costs proven to be necessary for the proper and efficient running of the Operations;

n)  The Association commits to always maintain up-to-date and correct bookkeeping of its account as to costs and expenses in accordance to the National Plan of Accounts in effect in the Republic of Angola.

### ARTICLE 21
### Samples

1.  While in Angola there are no suitable installations [that are] internationally recognized for the realization of the analysis or assessment of geological samples obtained during the Viewing, Investigation[,] and Identification, the Association

LUREMO-CATOBA PROJECT

    shall be able to refer these samples, [after being] duly marked, to centers specialized in foreign [installations], provided [this occurs] in accordance with the Law;

2. The Association shall inform the Competent Body of the results and assessments, in accordance with the provision in Article 48;

3. Provided the suitable circumstances exist, the Association shall gather and hand over to the Geological Institute of Angola samples of stones of scientific interest as found in the Area of the Contract.

ARTICLE 22
Viewing and Investigation Investment

NOFAR commits to make available to the Association[,] per own responsibility and risk[,] the financial resources owed as a result of the realization of the necessary investments.

ARTICLE 23
Minimum Investment in Viewing and Investigation

1. NOFAR shall be compelled to achieve a minimum investment of U.S.D. 3.000.000,00 (three million dollars in the United States of America) during 3 (three) years of Viewing, Investigation[,] and Identification.

2. If the Viewing, Investigation[,] and Identification phase prolongs beyond the 3 (three) years term, the Association shall determine yearly the minimum total of investment to achieve during each period of extension and the Competent Body shall give approval.

ARTICLE 24
Risk

NOFAR fully accepts the investment in its responsibility and risk. If an economically viable Deposit is discovered, or if the discovered Deposits are not enough to allow the recovery of the realized investments, NOFAR shall take on the respective prejudice, with no possibility to claim any reimbursement from ENDIAMA or the Government.

CHAPTER IV
EXPLORATION

ARTICLE 25
Investment Reimbursement

1. All the investment costs incurred during the viewing, investigation[,] and identification of the deposits economically exploratory, including the respective Technical-Economic Studies of Viability, shall be reimbursable from the revenues coming from their exploration, in a manner proportional to the dimension and volume of the activities leading to their discovery.

2. According to order No. 1/92, Article 14, on January 17, NOFAR shall be fully reimbursed for the investments realized during the fulfillment of the respective plans of viewing, investigation[,] and identification, soon after the

LUREMO-CATOBA PROJECT

profits coming from the exploration phase of the Deposits discovered or appreciated in accordance to these plans.

3.  The conditions, manner[,] and term of reimbursement shall be set in the respective title of exploration based on the profitability expected as a result of the Technical-Economic Study of Viability.

ARTICLE 26
Dividend Distribution

The following values shall be deducted from the gross revenues obtained during the exploration phase and after tax deductions, operative costs, legal reserve[,] and cash flow reserve:

a)  50% (fifty percent) towards the investment amortization;
b)  The remainder shall be distributed among the Members in accordance to the respective [levels] of participation.

ARTICLE 27
Guarantee of Exploration Rights

At this time, remains guaranteed to the Sociedade Mista [Commingling Company][,] as established for the Exploration phase, once the discovery and assessment have been realized by the technical and economic study of one or more mineral deposits[,] the concession of exploration rights through the respective granting of the exploration title.

ARTICLE 28
Bonus

NOFAR shall pay a Bonus to ENDIAMA as established in Article 10 of the Luremo – Catoba exploration contract.

ARTICLE 29
Study of Technical-Economic Viability

1.  Upon completion of the Viewing, Investigation[,] and Identification of any Deposit, the Association shall proceed with the drawing up of a Study or Studies of Technical-Economic Viability for the Exploration, with the task to prepare and present the first E.V.T.E. relative to the first Mine, towards the end of the third year, and all the E.V.T.E. at the end of the fifth year, in accordance with the terms of the last portion of Art. 17 of this contract.

2.  The Study of Technical-Economic Viability shall include a geological report set out on the basis of the common practices in the international mining industry, namely on the basis of geophysics, surveys, sampling[,] and geo-chemical detailing, which confirm the dimension of the Deposit and the presence of economic quantities of diamonds in the same Deposit[, therefore,] justifying a more in-depth geo-technical plan in order to continue the operations until the beginning of the Development phase and, finally, of the Exploration phase.

3.  The following shall be verified from the geological report:

SHEET                                                                    14

LUREMO-CATOBA PROJECT

a) A geological map of the claimed area, in appropriate scale, with description of considerable geological features of the same area;
b) A topographic drawing that identifies sites where all the geophysical, surveying[,] and sampling work has been performed;
c) Charts with results on the geophysical work and survey profiles peculiar to the Deposit;
d) Charts with geochemistry and mineralogy results from laboratory analyses;

and a detailed Report with description of the investigated Deposits, as to their structure and morphology, including information on the distribution of the diamonds, and the settled reserves.

4. The Study proves the economic feasibility of the Exploration of one or more Deposits, and shall be submitted for approval according to the terms of paragraph 6. During elaboration of the Study, and beyond the geological report as foreseen in the previous paragraphs, the Association shall also take in consideration the following elements:

a) The economic and financial analysis of the project, with an estimate of Investment amounts to realize and the respective plans and job budgets;
b) The production and metallurgy processes to follow during diamond extraction;
c) The study of effects on the environment;
d) The development plan for the reserves identified on the geological report, and the respective budgetary forecast to conduct the project in the Development phase;
e) The operative structures necessary for the execution of the Development and Exploration phases;
f) The infrastructures necessary for the installation and the development of the project;
g) A Cost estimate for the Exploration;
h) The need for human resources and employment plans and training of the Angolan workers;
i) An estimate of the indicative values of the diamonds to extract, as well as a market study;
j) The structuring and managing type of the Exploration operations;

5. The economic and financial analysis shall be performed according to the real method of cash flow update ("*discounted cash flow*"), and shall have the objective to compute the return tax on investment after charges attained through production from the pertinent Deposit(s). According to a worldwide used formula in the mining industry, the calculation of the mentioned tax shall take in consideration, among others, the following factors:

a) The estimated number of years from the approval date of the Study of Technical-Economical Feasibility until the date when all the obligations for dismantling and recovery of the area have been performed by the Association (the "Applicable Period of Time"), according to the terms of the mentioned Study;
b) The estimate of real cash flow after charges during each year of the Applicable Period of Time, considering the estimate of the income and expenditures on cash flow as a result of the charges on the part of the Association;
c) The updated price index in agreement with the yearly inflation tax, with estimation for future inflation, based on the medium increase of the Price Index for the Consumer ("Consumer Price Index") in the United States of America;
d) All the calculation shall be defined in United States of America dollars.

LUREMO-CATOBA PROJECT

6.  The Study, along with the documents mentioned in paragraph 4, and any other that may be required by the law, shall be submitted for approval to the Competent Body.

7.  The Competent Body shall approve the Study and the rest of the documentation mentioned in the previous paragraph. In light of the powers and competencies conferred by the law, the Competent Body shall request explanations from the Association, suggest changes, or, generally speaking, encourage the utilization of consultations for the purpose of explanation or resolution of any raised doubts.

8.  The Study shall be presented to the Competent Body until the end of the expiry date of the contract.

9.  New Studies of Technical-Economic Viability shall have a possibility to be prepared and presented to the Competent Body in regards to Deposits later discovered or assessed, as long as this Contract remains in effect.

ARTICLE 30
Length of Exploration

The length of the Exploration right for each Mine shall be set after presentation of the E.V.T.E., [but] always less than the period necessary for the exhaustion of the existing mining reserves, possibly being subjected to one or more extension periods in the same conditions or other [and] through negotiations that take into account the market conditions and development, according to the terms of the Law.

ARTICLE 31
Mining Area

1.  The Mining Area shall be marked out by the Competent Body, taking into account the area considered necessary for implementation of the Exploration Plan approved in regards to mining installations for industrial and auxiliary treatment.

2.  The Mining Area shall be grounded on one or more economically feasible Deposits, which may be explored from the same physical structure of exploration, either on the surface or underground, as duly authorized by the Competent Body.

3.  If the Deposit(s) to explore stretch(es) beyond the Area of the Contract, in a zone not included in any contract with third parties for [the purpose of] Viewing and Exploration, the Members shall have the right to include this adjacent zone [as part of] in the Mining Area, per request to the Competent Body, [and] according to the legislation in effect.

CHAPTER V – ADMINISTRATION AND MANAGEMENT

ARTICLE 32
(Members Council)

1.  The Association in Partnership shall be administered and managed by the Members Council[,] consisting of 3 (three) members as representatives of each Association, per selection of the same [Associations], [and] which [Council] shall coordinate and direct the

SHEET                                    16

LUREMO-CATOBA PROJECT

activity of the Association, with respective office located in Luanda, Angola.

2. The Members Council shall be run by a President appointed by ENDIAMA, whose responsibilities shall be:

a) To convene meetings and present the job order proposal to the members;
b) To preside meetings and manage the respective jobs;
c) To prepare and submit for Members' approval the policy principles of administration, management[,] and human resources of the Association;
d) To go along with and monitor the realization of human resources policy of the Association and approve the respective staff internal regulation;
e) To obtain, charge[,] and transfer any property of the Association, by previous written authorization on the part of Members;
f) To discuss, analyze[,] and approve the reports of the Association Leadership activity and submit them to the approval of the Association and competent authorities;
g) To exercise or possibly discipline, on behalf of the Members [and] according to the defined terms.

ARTICLE 34
(Decisions of the Members Council)

1. The meetings of the Members Council shall take place only when all the members are present.

2. In case of absence or [other] obstacle, any Council Member shall be able to delegate to another individual his powers by Proxy, and so maintain the entire panel of members.

3. Each Council Member shall have the right to vote and decisions shall be taken after members' consent, provided it is possible.

4. The following matters lack previous favorable consultation on the part of the Members:

a) The approval of an yearly budget of the Association, as well as the respective report and accounts;

LUREMO-CATOBA PROJECT

b) The realization of investments of the Association;
c) The acquisition, charging[,] and transfer of the Association's property.

5. Should the Members Council's come to an impasse during deliberation, [the members] shall have seven (7) working days to agree and deliberate [while observing] the following rules:

a) Each member shall consult with the Associate that he represents in regards to the matter with the goal to seek consent;
b) If it was not possible to obtain the approval on the base of the previous consultations as in paragraph a), the Members shall meet with the goal to put an end to the impasse;
c) If it was not possible to obtain the approval on the base of the previous consultations as in paragraph b), the Members shall decide on the base of the respective participation shares as defines in Art. 4 of this Contract.

### ARTICLE 35
#### (Executive Management)

1. The Members Council shall delegate to the General Director[,] appointed by ENDIAMA, the powers of the present management of the Association and, namely[,] the execution of contracts for the transfer of mining rights, as well all the matters directly or indirectly related to it.

2. In order to execute this Contract, the Members agree that NOFAR shall recommend the Director of the Geological and Mining Operations and the Director of Administration and Finances and TWINS shall recommend the Director of Supply.

3. The General Director shall be responsible for the implementation of the operations as foreseen in the Contract, act in accordance with the decisions of the Members Council[,] and monitor the management on the part of the Directors of the mining plans as indicated in paragraph 2.

4. The Association Leadership shall have mainly executive rights, namely:

a) To lead and execute the geological-mining operations, with zeal, dedication, competence, efficiency[,] and effectiveness, within the best technical, economic[,] and ecological conditions[,] in accordance with the Angolan law and the regulations and powers normally accepted in the mining industry of diamonds;

b) To execute[,] on behalf of the Association[,] all the operations foreseen in the geological-mining investigation plan, accepting all the obligations necessary for the purpose;

c) To keep the Members Council informed on the execution of the geological-mining operations, through reports and recurrent meeting, as established in this Contract and per procedures the Members Council determines;

d) To implement and maintain updated and organized in the Association's offices the complete record of all the technical operations carried out under the terms of the Contract, as well as the record of all the possible costs and expenses.

LUREMO-CATOBA PROJECT

## CHAPTER VI
## OPERATIONS MANAGEMENT

### ARTICLE 36
### Licenses and Authorizations

The Competent Body shall issue, or encourage other Public Entity to issue, any license, authorization[,] permission necessary or suitable to promptly and fully conduct the Operations, according to the terms of the law and, namely[,] for the following objectives:

a)  Access, permanence[,] and free movement in the Area indicated in the Contract or in the Mining Area, at any time of the day or night depending on what may be necessary, on the part of any individual involved in the Operations, including employees of subcontracted companies, supervisors, physicians, nurses, movers, watchmen[,] and the rest of the staff;

b)  Construction and assembly of any installation, building, dwelling[,] and any other structure, infrastructure[,] and equipment necessary for the Operations;

c)  Use of access means to the Operations site, including roads and airports, airfields, railways, river routes[,] and others;

d)  Extraction of sand, limestone, clay[,] and other natural construction materials, as well as [extraction of] water of streams, including the materials originating from lands controlled by the State and other Public Entities;

e)  Assembly and performance of the establishment of production and sale of foodstuffs and industrial goods exclusively intended for the workers and co-workers involved in the Operations;

f)  Acquisition of work visas and other authorization for the entry, exit[,] and stay in the local territory of foreign workers, co-workers[,] and consultants involved in the Operations, including the ones referring to subcontracted businesses, as well as for the import and export of their own personal property;

g)  Mooring, shipment[,] and unloading of ships in Angolan docks, as well as the loading and unloading of aircrafts at the nation's airports with rule of priority;

h)  Use of public and private telecommunications, taking priority in the acquisition of local and international cables, channels[,] or waves ranges, whose licensing shall be subjected to the legislation in effect;

i)  Transport of correspondence and documentation between Angola and abroad;

j)  Import and export of all products, samples, equipment, goods, including the prompt facilitation [through] customs and in safe conditions;

k)  Import of capital from outside, and attainment of respective licenses from the Institute of Foreign Investment and authorized banking institutions.

### ARTICLE 37
### Structures and Infrastructures

1.  The structures and infrastructures may be placed outside the Area indicated in the Contract or the Mining Area, insofar as it shall prove suitable to the Operations, due to reasons of operative, logistic, economic, safety nature or other. Nominally, the installations and offices of logistic and administrative type may be placed outside the Area indicated in the Contract or the Mining area.

2.  The Association shall have the right to reject any request expressed by the Competent Body, by other public entities[,] or by ENDIAMA[,] regarding the construction of structures and infrastructures that the Association does not consider necessary for the

LUREMO-CATOBA PROJECT

Operations; nevertheless the request may be accepted in agreeable terms, since the respective costs may be considered investment expenses in accordance with Article 20.

3.  During the voluntary period of the Operations of Exploration[,] in accordance to the terms of this Contract, as to the release of an area in accordance to Article 16, the installed structures and infrastructures return to the State, or to whom the State designates, that shall become responsible for the same for all the intents and purposes of the law, with exception of the structures that may be surveyed and that the Association intends to utilize in the mining Operations to be performed in another part of Angola.

ARTICLE 38
Human Resources

1.  The Association shall recruit the most suitable workers for the Operations, in consideration of their qualifications and experience for the demands of the approved plans, independently on their nationality, with conditions regulated in the following paragraphs.

2.  Insofar as there are national workers with suitable qualifications and experience, the Association shall priority to the recruitment of the said workers, and, nominally, of the ones working for ENDIAMA, taking into account the rule on line a) in Art. 11.

3.  The Association shall manage the training and preparation of the local workers, in accordance with the directives stated on ATTACHMENT C, so that their professional development may continue and the fulfillment of the jobs and functions gradually more demanding and of higher responsibility.

4.  Insofar as to what is legally required or necessary for the Operations, certain job benefits may be granted to the workers, such as housing, food, medical assistance, transportation, leisure activities[,] and other social benefits[,] in accordance with the regulation mentioned in the following paragraph.

5.  Work performance conditions, including matters resolution, shall be developed and implemented according to an internal regulation.

ARTICLE 39
Health and Safety in the Workplace

1.  In the job organization and equipping process of the installations, the Association Leadership shall assure the highest levels of health and safety, minimizing the risk of accidents on the job and work sickness and providing a healthy work environment.

2.  The Association Leadership shall promote training and awareness in the area of hygiene and safety in the workplace, as well as educate the workers and other co-workers in the correct use of work machines, materials[,] and tools.

LUREMO-CATOBA PROJECT

3.  The Association Leadership shall be equipped with suitable instruments and establish procedures with the goal to allow a prompt response in case of an accident and the evacuation of the injured parties.

## ARTICLE 40
### Subcontracting

1.  The Association may resort to contracting companies and consultants for the realization of specialized work and functions, according to the terms of the Law.

2.  Subcontracting[,] according to the terms of the previous paragraph[,] shall not allow any exemption from or lower level of responsibility[,] or obligations of the Association[,] in accordance to the terms of this Contract.

## ARTICLE 41
### Goods and Services Acquisition

1.  The Association shall be free to acquire and contract, in Angola and abroad, the goods and services that, in the general sense, prove to be more suitable for the correct execution of the Operations.

2.  In case of uniformity of conditions among the Angolan and foreign goods and services, taking in consideration the quality, price and other obligation, availability, delivery condition, specification, maintenance[,] and other factors considered relevant, the Association shall give priority to goods and services of local origin.

3.  It shall be prohibited the installment of services and provisions of goods by Members or contracted parties of ENDIAMA for the Association; however[,] if the competitive system is in effect[,] this ban shall not include companies of the members or contracted by ENDIAMA.

## ARTICLE 42
### Safety

1.  With no prejudice towards the abilities of the police and other forces of law and order and internal security, the Association shall be responsible for taking measures to guarantee, within the Area indicated in the Contract or the Mining Area, the security of individuals, equipment[,] and installations involved in the Operations, and even of minerals extracted, or of the ones that may be extracted during the course of the activities.

2.  Per effect of the previous paragraph, the Association may recruit, train[,] equip the staff considered necessary, as well as resort to the services of security companies duly licensed.

3.  The Association shall be responsible for storing and shipping of diamonds recovered from and produced in the Area indicated in the Contract during the course of the Operations.

## ARTICLE 43
### Air and Highway Transport

The Association shall utilize air and highway transport that may be considered the most suitable for the execution of the Operations, while remaining subjected to the licensing in effect for the construction of roads, airfields[,] or private landing runways.

LUREMO-CATOBA PROJECT

ARTICLE 44
Telecommunications

The Association may acquire and utilize communications means with independent frequency, subjected to the licensing regulations in effect.

ARTICLE 45
Import and Re-export of Equipment and Other Goods

1.  The Association shall have the right to import and, when suitable, re-export, any equipment or other goods necessary to the proper execution of the Operations.

2.  The import and re-export shall be subjected to the customs regulation stated by the Law.

ARTICLE 46
Information and Data Flow

1.  The Association and Members shall have the right to send outside of Angola, and to utilize, copies of all the information and data relative to the Operations, safeguarding the legal dispositions and confidentiality obligations stated in Art. 59.

2.  As far as information and data analysis [,] it shall only be properly performed through an inspection of the respective originals, nominally[,] being magnetic band records of aero-magnetic lifting, the Association may [,] if it is necessary[,] send the same originals outside the country, after presenting previous justification to the Competent Body.  Aside from this exception, the Association shall keep the original information and data in Angola.

CHAPTER VII
INSPECTION AND RESPONSIBILITY

ARTICLE 47
Inspection by Competent Body

1.  The Association shall allow and facilitate the inspection, by the Competent Body, of its activities and of the data and elements that may be of technical, economic, financial[,] or other nature.

2.  Competent Body's duly accredited representatives shall have the right to visit the site or sites of the Operations, allowing necessary logistic conditions, in accordance with the reasonable criterium, for the fulfillment of the mission in this site or [these] sites.  This entity and Member shall cooperate in the direction of the mentioned visits and inspections shall be organized with the goal to cause the lowest level of possible inconvenience during the course of the Operations, with such action not causing a decrease of the powers and abilities of the Competent Body.

ARTICLE 48
Periodic Reports

1.  The Association shall prepare and submit to the Competent Body half-yearly reports containing a detailed description of the completed work and the obtained technical and economic data.

LUREMO-CATOBA PROJECT

2.  The reports shall be prepared with all the relevant data[,] so that the Competent Body may evaluate the effectiveness and results of the completed Operations, as well as the respective financial data, nominally[,] through the presentation of statistical data and other elements in synthesis.

3.  The reports shall be submitted to the Competent Body within 90 (ninety) days after the term period of consideration.

### ARTICLE 49
### Civil Responsibility

The Members shall be responsible, according to the terms of the law, of any damage caused to third parties.

### ARTICLE 50
### Insurance

1.  The Members shall sign the insurance agreements required by the law, or any other considered necessary to achieve the appropriate coverage for risks arising during the Operations.

2.  With no prejudice towards the disposition in the previous paragraph, the Members may resort to existing NOFAR's policies of worldwide scope, insofar as the same may be extended to Operations in Angola, as well as encourage self-insurance when it may not be possible, or may be too expensive, to obtain outside coverage.

3.  The policies shall remain in effect and coverage restrictions shall be adjusted to any variation according to risks during the Operations.

### ARTICLE 51
### Environmental Protection

1.  During the execution of the Operations, the Members shall act in accordance with internationally accepted standards and practices in the environmental protection area.

2.  In reality, the Operations shall be performed in a manner to reduce the formation and spreading of thick dust, prevent and remedy water contamination, avoid ground contamination, assure soil stability, treat or remove debris, cover and conceal wells and trenches after jobs' completion, maintain noise and vibrations at acceptable levels, and not throw in the sea, water currents, pools or ground, contaminant residues [that are] harmful to human health, the environment, the fauna and flora. The Association shall still develop studies and projects for ecological balance preservation and minimization of damages caused by the Operations.

3.  When, not obstructing the compliance with the rule above established, it may not be possible to avoid the occurrence of damages to the environment, the Association shall, insofar as to what may be reasonably and technically performed, encourage the physical reconstruction of the sites involved.

LUREMO-CATOBA PROJECT

4.  The environment protection measures[,] as above defined [,] shall become part of the job plans and abide by the General Regulations on the Restitution to the Environment.

CHAPTER VII
FISCAL, EXCHANGE[,] AND ACCOUNTING REGULATION

ARTICLE 52
Fiscal Regulation

1.  The Association shall abide by the fiscal regulation established in accordance to the Norms of Fiscal Regulation for the Mining Industry ("RRFIM"), approved by Decree Law No. 4-B/96 on May 31, with changes as stated in the following paragraphs:

2.  All the costs incurred during the activities of Viewing, Investigation[,] and Identification shall be accounted, either in United States Dollars, or in Kwanzas, as incorporeal investment and, as such, subject to amortization to taxes stated in Article 3, No. 2 of the RRFIM.

3.  The amortization of the costs as mentioned in the previous paragraph 2 shall begin just in the year the production starts.  These costs shall be fully amortized, not applying for effect the 5-year time limit to report any prejudice as indicated in Article 6 of the RRFIM.

ARTICLE 53
(Exchange Regulation)

1.  The Association shall abide by the applicable exchange regulation of the mining activities and complementary provisions (Notice No. 02/2003 on February 7).

2.  The Association may open and maintain as a guarantee an "Escrow Account" in Banks located abroad for reimbursement of debt service in Financing Contracts.

ARTICLE 54
Accounting Regulation

1.  The Association shall record the transactions in accordance with the Accounting Norms in effect in the Angolan judicial order.

2.  Presentation of Finance Proofs shall respond to the General Plan of Bookkeeping in effect (Decree No. 82/2001 on November 16).

3.  Transactions shall be recorded in working money US Dollars – USD and automatically converted in the local currency Kwanzas – Kz at the exchange on the date disclosed by the National Bank of Angola.

4.  As a result of the control of internal conditions of exploration during the viewing, inspection[,] and identification phase[,] the Association shall proceed with accounting all the costs of the operations, associating them to the deposits that are object of intervention, whether these may turn out to be economically explorable or not.

LUREMO-CATOBA PROJECT

CHAPTER IX
LEGAL CLAUSES

ARTICLE 55
Applicable Law

The Angolan Law shall govern this Contract.

ARTICLE 56
Contract Language

1. The Contract language is Portuguese[,] being written in Portuguese, since this is also the language to be used in all the documents, records of information[,] and official correspondence regarding the geological and mining Operations.

2. In verbal communication, both Portuguese and English shall be used, as long as an interpreter is present in the case of the latter, whose [the interpreter's] responsibility shall be supported by what is necessary.

ARTICLE 57
Interpretation and Application

1. The interpretation and application of this Contract shall abide by legality Norms, in consideration of the unity of the Angolan Judicial System.

2. With no prejudice towards the regulation in the previous paragraph, the dispositions on this Contract shall be interpreted in the manner that allows the Association to perform the Operations in an effective and swift way and with fewer costs, considering the most appropriate solutions from a technical and economic point of view.

ARTICLE 58
Confidentiality

1. While this Contract is in effect, any data, information[,] and documentation of technical, economic, accounting nature[,] or of other type, including, nominally, reports, analyses, results, maps, graphics, records[,] and other elements[,] which may be obtained or produced during the course of the Operations, shall be kept in the most strict confidentiality and not disclosed without the parties' written consent.

2. The Association shall inform the workers, consultants[,] and contracted companies about the confidentiality obligation as indicated in this Article, and request strict compliance.

3. Excluded from the regulation of the previous paragraphs are all the data, information[,] and documentation that, due to legal or contractual demand, will have to be given or presented to the Competent Body, or other public entity, financial institution, insurance agency, stock exchange, consultants in the area of specialization[,] or potential transferees, and as well as for the completion of any other duty required by the law. In this case, the information shall be given only to the entity that needs it, and its audit shall be strictly limited to what may be necessary for the objective intended to be investigated.

LUREMO-CATOBA PROJECT

4.  In order to obtain proposals for contracts signing in regards to adjacent zones to the Area indicated in the Contract, ENDIAMA may disclose to third interested parties data and information of geological, mining[,] or technical nature that zones adjacent to the Area indicated in the Contract may hold[,] after previously informing the Association.

5.  The Members may utilize the information regarding other minerals discovered in the Area indicated in the Contract as a result of the presentation to the Competent Body of the license requests for Viewing and Exploration of these minerals.

6.  The confidentiality obligation indicated in the previous paragraphs shall not be applicable to publications that, according to the terms of the law or respective Statutes, the parties may be compelled to produce.

ARTICLE 59
Good Faith

The Parties and the Association shall commit to act within the scope of this Contract [,] and in accordance with the rules of good faith, and not exercise any right or power that may be unjustifiably damaging to the other party.

ARTICLE 60
Expiration of the Viewing License

The Viewing License shall terminate its purposes in accordance with the terms of the Law.

ARTICLE 61
(Change of Circumstances)

1.  If circumstances or factors of political, economic, financial, legal [,] or even technological nature occur[,] while this Contract is in effect[,] not constituting situations of vis major[,] but [that] may change the economic and financial balance in effect at the time of the contract drafting and cause consequences harmful or unfair to one of the Parties, the Contract's clauses affected by this change shall be re-negotiated with the goal to pass adjustment mechanisms and maintain the contractual relationship based on the initial economic and financial balance.

2.  In case of lack of agreement among the Parties during the Contract re-negotiation, the Parties shall resort to Arbitration, according to the terms in Art. 65 of the Contract.

ARTICLE 62
Vis Major

1.  No Association shall be responsible for the non completion or partial or faulty completion [,] if it may be due to a situation of vis major, including any event against one's own will, unpredictable and uncontrollable, such as, merely illustrative, natural disasters, wars, sabotages, terrorism, insurrections, civil disturbances, strikes, lock out, [and] political legal or administrative measures by public authorities.

LUREMO-CATOBA PROJECT

2. The Association that intends to invoke this article shall communicate with the other in the most effective way within its reach and in the shortest time period possible, applying all the diligence within its reach with the goal of reducing the effects of the event on the Contract.

3. If the situation of vis major lasts longer than three months[,] or may be foreseeable as lasting for a period beyond this, the Members shall re-evaluate the Contract conditions and the opportunity of continuity, taking in consideration the new reality.

4. If the Parties opt for Contract continuity, the same [Contract] shall be interrupted only during the time when circumstance of vis major take place, suspending in the same way, during this time, the course of the duration period, being partially performed in the measure of what may be possible[,] if only a partial influence occurs.

5. In case of lack of agreement as to its continuity, the Contract shall be considered expired, producing its effects during the period of sixty (60) days from the receipt notice by the other Parties.

ARTICLE 63
Contract Rescission

1. This Contract may be rescinded by ENDIAMA's initiative beyond the cases indicated in the law, when:

   a) NOFAR's final report on the Operations may conclude that no deposits of the kind indicated in this Contract as susceptible of economic exploration have been found in the area matching the one object of this Contract;

   b) NOFAR has not complied with its obligations as indicated in the terms of this contract for a period of time of more than thirty consecutive days or ninety days accumulated during the course of a year;

   c) A repeated or serious violation of the contractual rules is caused by NOFAR or by TWINS[, violation] that makes impossible the continuity of a contractual relationship among the Members.

   d) If NOFAR does not produce technical and financial conditions for the start of the operations [,] according to the job plan stated on ATTACHMENT B, within a time period of ninety (90) days from the approval date of this contract.

2. 2. The Contract may be rescinded per NOFAR or TWINS' initiative, beyond the cases indicated in the law, when:

   a) The operations have disclosed that no deposits of the kind indicated in this Contract as susceptible of economic exploration have been found in the area matching the one object of this Contract;

   b) The continuation of the operations reveals to be economically impracticable[,] due to vis major;

   c) The operations have been completely brought to a standstill or [have been ] interrupted for a period of time beyond three months[,] due to vis major;

LUREMO-CATOBA PROJECT

    d) A repeated or serious violation of the contractual rules is caused by ENDIAMA[, violation] that makes impossible the continuity of a contractual relationship among the Members.

3. With no prejudice towards the provision in Art. 67, the rescission initiative on the part of any of the Members must be communicated in writing to the other Member within thirty days after invoking ground for rescission, producing these effects after thirty days have passed from the receipt date of the mentioned communication.

### ARTICLE 64
### Resolution of Differences

1. Possible differences that may emerge among the signing Parties of this Contract in the area of enforcement, interpretation[,] or integration of the disposition of the same [Contract], or of any legal specification, shall be resolved in a friendly manner [and] in agreement.

2. If it is not possible to reach an agreement within 60 (sixty) days after one of the parties has sent to the other written communication establishing the terms of the difference and encouraging the resolution of the same [difference], any of the parties may send the difference for arbitration.

3. The Arbitration shall be performed in accordance with the Arbitration Rules of the UNCITRAL in effect at the time of the drafting of this Contract, except insofar as they may have been changed or complemented by the parties.

4. The arbitration court shall consist of three arbitrators, one nominated by the Complainant, the other by the Respondent[,] and the third, acting as president arbitrator, selected in agreement by the above mentioned arbitrators. The Court shall be constituted at the time when the third arbitrator communicates his acceptance in writing to the Parties.

5. If the two nominated arbitrators do not reach an agreement as to the appointment of the third arbitrator within 30 (thirty) days, the third arbitrator shall be nominated by the President of the Provincial Court of Luanda, at the request of any of the parties.

6. The arbitrating court shall establish its legal headquarters in Luanda – Republic of Angola.

7. The arbitrating court shall judge according to the Angolan Law.

8. The arbitrating court's decisions and judgments shall be final and binding and no appeal may be possible.

9. The arbitration decision shall even establish guidelines on how each of the Parties must maintain the arbitration costs and which proportion.

### ARTICLE 65
### To come into Effect

This Contract shall come into effect at the time when all the following events take place:

a) The publication of the Decree of the Ministry of Geology and Mining, [decree] that ratifies this Contract;

b) The signing of this contract by the parties.

SHEET

28

LUREMO-CATOBA PROJECT

### ARTICLE 66
### Revision

This Contract may be revised at any time through written agreement among the Parties, beyond the disposition of Article 63.

### ARTICLE 67
### (Void, Annulling[,] or Invalid Dispositions)

If any disposition of this Contract violates the law, regulation, agreement[,] and similar and, for this reason, this Contract of Association becomes partially void, annulled[,] or invalid, the same Contract shall be considered reduced to the group of valid articles, remaining in effect without the defective dispositions if, in this manner, the fulfillment of the scope of this Contract and the realization of the objectives requested by the same [Contract] may still be possible.

### CHAPTER X
### FINAL DISPOSITIONS

### ARTICLE 68
### Communication

1.  Notifications and communication among the Parties, to the Association within the scope of this Contract [,]shall be only considered effectively fulfilled if realized in writing, and personally delivered or sent by mail, electronic mail (e-mail), telecopy[,] or telex to the following addresses:

    ENDIAMA
    Street Address: Major Kanhangulo 100  Edificio Endiama
    Telex: 3068/3046
    Telefax: 337276/336983
    e-mail – endiama@endiama-angola.com / www.endiama-angola.com
    Luanda – Angola


    NOFAR
    Street Address: Wartermanweg 100, 3067 GG Rotterdam
    Tel.: 332439
    Telefax: +871-762-599252
    e-mail: mkramash@netvision.net.il
    Netherlands


    TWINS
    Street Address: Anz House, Main Road, Avarua, Rarotonga
    Tel.: 2022612841
    e-mail: rcabelly@crinternational.com
    Cook Islands

SHEET

LUREMO-CATOBA PROJECT

2.   Any change to the said addressed shall be promptly communicated in writing to the rest of the entities.

ARTICLE 69
Attachments

The following Attachment constitute an integral part of this Contract:

a)   Attachment A – Maps of the Areas indicated in the Contract
b)   ATTACHMENT B – Job Plan
c)   ATTACHMENT C – General Rules on Human Resources Policy
d)   ATTACHMENT D – General Rules on Environmental Protection
e)   ATTACHMENT E – General Rules on Actions and Social Character

IN WITNESS THEREOF, the Parties sign this Contract, in Luanda, on May 18[,] 2004.

ON BEHALF OF ENDIAMA

_____"Signature_____

**DR. MANUEL ARNALDO DE SOUSA CALADO**

ON BEHALF OF NOFAR

_____"Signature"_____

**MR. KRAMASH MORDECHAI**

ON BEHALF OF TWINS

_____

**MR. GENERAL ANTÓNIO OF HOLY FRANCE**