**ATTACHMENT A**

**MAP OF THE AREA INDICATED IN THE CONTRACT**

## Location Sketches

### Luremo Project

"Viewing"

**ENDIAMA**

### *"Map"*

Northern Luanda

### Scale = 1 : 1.500.000

8 0 8 16 Kilometers

**COORDINATES OF NEW CONCESSION OF TRIPS – VIEWING**

| VERTIX | LATITUDE | | | LONGITUDE | | |
|---|---|---|---|---|---|---|
|  | Degree | Min | Segm | Degree | Min | Segm |
| K | 8 | 6 | 0 | 17 | 20 | 0 |
| L | 8 | 32 | 30 | 17 | 30 | 0 |
| M | 8 | 32 | 30 | 17 | 59 | 12 |
| N | 8 | 21 | 18 | 17 | 58 | 30 |
| O | 8 | 6 | 30 | 17 | 45 | 0 |
| P | 8 | 1 | 30 | 17 | 29 | 0 |

*"Illegible Signature"*
*Projection:* **U. T. M.**
*Elipsoide:* **CLARKE T 880**
*Datum:* **CAMACUPA**
*Prepared by:* **D. I. G. – Sidiama**
*Date:* **02/15/2001**

| | Area |
|---|---|
| ☐ VIEWING TRIPS | ---------------- <br> 2.923 Km² |