**ATTACHMENT B**

**JOB PLAN**

# ATTACHMENT C

# GENERAL RULES ON HUMAN RESOURCES POLICY

GENERAL RULES ON HUMAN RESOURCES POLICIES

The Association shall adopt the general rules on Human Resources policy defined as follows:

1.  The Association shall assure the high standard planning and realization of actions for the professional preparation of efficient workers, aiming at their technical and professional training and competence[,] to be effectively suitable to the needs of the productive process and technological innovation;

2.  The Members Council shall approve the Professional Training Program[, which] shall make provision for a variety of preparation and training actions, such as "on job" training, preparation or completion courses in business to be taught locally or abroad.  The said program shall include the kind and number of individuals benefiting [from it], the type of preparation / training actions and their respective costs, as well as the established chrono-gram [timetable];

3.  The Association shall gradually replace the foreign workforce with qualified and competent Angolan workers, in accordance with the requirements of the activities in which they take part in or [the requirements] of the functions to be fulfilled, encouraging actions of technical and professional preparation and competence found to be relevant;

4.  The replacement of the foreign staff by locals shall take place in light of internationally accepted criteria regarding the System of professional careers, and with no negative consequence on the productivity levels of the Project;

5.  According to the actual needs and requirements related to the exercise of various functions in the Project, the Association shall select and hire Angolan qualified personnel, not only for geological and mining operations, but also with management responsibility;

6.  The Association shall give priority to the recruitment of ENDIAMA workers with the professional qualifications required and/or the ones [workers] that reside in the vicinity of the areas of the mining operations of the Project;

7.  The Association shall prepare and implement a fair and realistic payment system for both the Angolan workers and the foreigners[,] according to the practice of the same functions;

8.  The Association shall implement a fair insurance system for the Angolan workers, taking in consideration the financial capacity of the Project and the applicable law of the Country.

# ATTACHMENT D

# GENERAL RULES ON ENVIRONMENTAL PROTECTION

GENERAL RULES ON THE RECOVERY OR RESTITUTION TO THE ENVIRONMENT

The Association shall adopt the general rules on the protection, recovery of[,] or restitution to the environment defined as follows:

1.  The Association shall define and implement its policy for the protection of the Environment according to the Environmental Basic Law (Order No. 5/96 on June 19)[,] besides the guidelines established on the subject for the mining sector;

2.  The prepared Studies of Technical and Economical Viability "E.V.T.E." must be complemented by the Study of the Project's Impact on the Environment in order to abide by the above mentioned legal dispositions on Environmental protection;

3.  The Association shall be available to the competent entities for supervision regarding the implementation of the legislation in effect[,] besides the guidelines established on the subject for the mining sector;

4.  The Association shall assure the planning of the geological[,] mining[,] and explorative activities in a manner that takes in consideration the effects of these activities on the ecosystem, the environmental impact in both the short-term and long-term period of time;

5.  Among all the effects of the mining activities, the Association shall pay a close attention to [the following]:

    a)  After the exploration of each mining zone[,] waste removal shall be directed through appropriate sites, allowing the restoring of the vegetation layer previously existing in those areas;

    b)  Refuse originating from the washers shall be placed in previously explored areas. However, the washers' refuse of dense consistency may be used in the construction and/ or maintenance of roads, [therefore,] reducing the production costs in this area, as well as avoiding the deposition and maintenance of huge quantities of refuse that may affect the natural drainage in a determinate area;

    c)  River diversion, as well as tree cutting shall be performed in a manner that does not obstruct the natural drainage [and] avoid rain erosion occurrences, as well a the replacement of vegetation species (re-arborization);

6.  As far as the restoration of the compromised environment, the Association shall develop a variety of actions, among which the following are emphasized:
    a)  arborization of compromised areas;
    b)  return of stream changes into the original beds;
    c)  restoration of fertile grounds;
    d)  shaping of he scenery landscape;

  e) destruction of old infra-structures [,] whose features may not be applicable to other activities;

  f) removal of all damaged equipment and machines in the area of the project, etc.

7. Disposition of household and industrial waste shall be done in accordance with internationally accepted practices, i.e., introducing procedures for the control, treatment[,] and disposition of any type of existing waste (selective system of collection of garbage, soil, etc.);

8. The process of restoration of the compromised environment shall be planned, chrono-grammed [on a timetable][,] and estimated;

9. The Association shall be available to the competent entities of the State, as well to ENDIAMA' specialized teams regarding due control and supervision, for an evaluation of the degree of compliance with the legislation in effect and the rest of the guidelines established for the protection of the environment, as well as for an identification of possible irregularities or damages to the environment, susceptible to put in danger the life of the local population and cause imbalances in the region's ecosystem.

ATTACHMENT E

GENERAL RULES ON ACTIONS AND SOCIAL CHARACTER

GENERAL RULES ON ACTIONS AND SOCIAL CHARACTER

The Association shall pass general rules on actions of social character as defined in the following:

1.  The Association shall define and implement its policy of social support in the local communities of the mining areas where the project is carried out, therefore[,] participating in the efforts of the Government, local administrative authorities[,] and traditional entities for the socio-cultural development of the population;

2.  The Association, through its management body, shall approve and implement an action plan of social character, taking in consideration the necessity of a form of contribution for community development, the financial ability of the Project, as well as the actual lifestyle and most important needs of the workers in the Project, their next of kin[,] and the local population;

3.  The Plan of social actions shall establish priorities in the conduct of the Association, directing particular attention towards:

    a)  The establishment and recovery of social and cultural undertakings, such as schools, medical centers, community places, museums, leisure centers[,] and dwellings;
    b)  The participation in programs of fight against and/or prevention of polio, malaria, aids, etc.

4.  The Association shall consolidate its collaboration and exchange relations with the administrative authorities, traditional entities, economic agents[,] and the population as a whole to achieve successful socio-cultural activities;

5.  The Association shall create[,] together with the local authorities and the beneficiaries of social support, control and protection mechanisms for the established or recovered undertakings, so that the desired social impact may take place and be strengthened;

6.  The costs and expenses associated with the actions of social character shall be considered[,] for all effects[,] costs of the Association and shall be handled in accordance with the conditions of this Contract (Agreement).  As a result, the social actions Plan shall be budgeted and chrono-grammed [on a timetable];

7.  The Association shall be available to the competent entities of the State and ENDIAMA, as a consequence of the supervision on actions, basically, as work of social impact within the mining areas.

**PROJECTO LUREMO-CATOBA**

# CONTRATO

# DE

# PROSPECÇÃO, PESQUISA E RECONHECIMENTO

## ENTRE

*ENDIAMA*, E.P

A

*NOFAR MINING* B.V

E A

*TWINS*, LIMITED

ALUVIÃO

PROJECTO LUREMO-CATOBA

## PARTES CONTRATANTES

O presente Contrato é celebrado entre a :

EMPRESA NACIONAL DE DIAMANTES DE ANGOLA – ENDIAMA, E.P., com sede na Rua Major Kanhangulo, 100, em Luanda, (adiante designada por "ENDIAMA"), neste acto representada pelo seu Presidente do Conselho de Administração, Senhor Dr. Manuel Arnaldo de Sousa Calado;

e

NOFAR MINING B.V., com sede em Wartermanweg, 100, 3067 Roterdão, Países Baixos (adiante designada por NOFAR), neste acto representada pelo seu bastante procurador Sr. Kramash Mordechai.

e

TWINS LIMITED, com sede nas Ilhas Cook, Pacífico, (adiante designada por TWINS), neste acto representada pelo seu Director Geral, Sr. General António dos Santos França.

## PREÂMBULO

CONSIDERANDO QUE:

A ENDIAMA é uma empresa pública de grande dimensão, criada pelo Decreto n.º 6/81, de 15 de Junho, e cujos Estatutos foram aprovados pelo Decreto n.º 30-A/97, de 25 de Abril, tendo como principal actividade a prospecção, pesquisa, reconhecimento, exploração, comercialização e lapidação de diamantes e de mineralizações acessórias, actividade esta que é exercida em todo o território de Angola em regime de exclusividade ou através de associações com parceiros nacionais e estrangeiros.

De acordo com o disposto na Lei n.º 1/92, de 17 de Janeiro, e na Lei n.º 16/94, de 7 de Outubro, os direitos mineiros de prospecção, pesquisa, reconhecimento, exploração e comercialização de diamantes podem ser exercidos directamente pela ENDIAMA ou por empresas de capitais mistos em que a ENDIAMA participe.

A atribuição dos referidos direitos mineiros carece de aprovação pelo Ministério da Geologia e Minas de acordo ao Decreto n.º 36/03, de 27 de Junho de 2003, art.º 2.º.

De acordo com a estratégia delineada pelo Governo para o sector mineiro em geral e para a indústria diamantífera em particular, no desenvolvimento das respectivas actividades deve ser promovida a participação de investidores nacionais e estrangeiros.

ALUVIÃO

1

PROJECTO LUREMO-CATOBA

## CAPÍTULO I
## DEFINIÇÕES E OBJECTO

### ARTIGO 1.º
### Definições

Para efeitos deste Contrato, e salvo se do seu contexto claramente resultar sentido diferente, os termos abaixo indicados terão, sempre que iniciados por letra maiúscula, o significado que a seguir lhes é atribuído:

a) "Amostra Padrão" – significa a amostra representativa da produção de diamantes da Sociedade Mista que vier a ser constituída, excluindo as Pedras Especiais, classificada de acordo com as categorias integradas na Classificação Padrão para Venda por forma a que a Amostra Padrão possa ser considerada como um padrão da forma como a produção da Sociedade Mista que vier a ser constituída poderá ser classificada.

b) Anexo" ou "Anexos" – significa o(s) documento(s) anexo(s) ao Contrato e que dele faz(em) parte integrante; "

c) "Angola" – significa a República de Angola;

d) "Área" – significa a área definida no número 1 do Artigo 7.º e nos Anexos A e B;

e) "Área da Mina" – significa a área delimitada para a Exploração de Jazigos economicamente viáveis, tal como definida no Artigo 32.º;

f) "Área do Contrato" – significa as áreas definidas no numero 1 do Artigo 7.º e nos Anexos A e B;

g) "Associação em Participação ou Associação" – constituída nos termos do Artigo 3.º do presente Contrato;

h) "Comercialização" – significa o conjunto de actos e operações realizados com o objectivo de preparar os diamantes para venda, incluindo a sua classificação, avaliação, negociação e celebração dos respectivos contratos, expedição, exportação e todas as outras actividades acessórias ou complementares;

i) "Contrato" - significa este Contrato, incluindo todos os seus Anexos, assim como qualquer aditamento e alteração que o mesmo vier a sofrer;

j) "Divisas" – significa qualquer moeda estrangeira livremente convertível nos mercados financeiros internacionais;

k) "Estado" – significa o Estado da República de Angola;

l) "Estudo de Viabilidade Técnico-Económico" ou "E.V.T.E." – significa o estudo ou estudos a realizar após a Pesquisa dos Jazigos descobertos, nos termos do Artigo 30.º, os quais se destinam a demonstrar a viabilidade técnica e económica da Exploração dos Jazigos;

ALUVIÃO

2

PROJECTO LUREMO-CATOBA

m) "Exploração" – significa o conjunto de operações e actividades realizadas tendo por fim a extracção, carregamento, transporte e tratamento de minério diamantífero;

n) "Governo" – significa o Governo da República de Angola;

o) "Jazigos" – significa as acumulações naturais de jazigos/depósitos de diamantes ocorridas na Área do Contrato que justifiquem ou não a Pesquisa a fim de determinar se a sua Exploração é técnica e economicamente viável;

p) "Mina" – significa a escavação ou abertura efectuada no solo, no local onde se situa um Jazigo de diamantes (ou conjunto de Jazigos de diamantes), com o fim de extracção de diamantes e/ou outros minerais a partir desse Jazigo;

q) "Minerais Acessórios" – significa os minerais genética e intimamente ligados aos diamantes num Jazigo e que não possam ser economicamente extraídos de forma selectiva, antes do tratamento;

r) "Operações" – significa todas as actividades de qualquer tipo relacionadas com a Prospecção, Pesquisa e Reconhecimento de Jazigos secundários;

s) "Organismo Competente" – significa o Ministério da Geologia e Minas ou outra entidade competente que venha a assumir a tutela sobre o sector mineiro;

t) "Parte" – significa a ENDIAMA, ou NOFAR, ou TWINS quando referidas individualmente;

u) "Partes" – significa a ENDIAMA, a NOFAR, e a TWINS quando referidas em conjunto;

v) "Pedra Especial" – significa uma gema de diamante cujo peso exceda o limite máximo estabelecido na Classificação Padrão para Venda (actualmente, 10.80 quilates);

w) "Pedras Classificadas" – significa qualquer gema de diamante cujo peso não exceda o limite estabelecido, na Classificação Padrão para Venda (actualmente, 10.80 quilates), assim como todos os diamantes industriais independentemente do seu tamanho;

x) "Pesquisa" – significa o conjunto de operações e trabalhos que têm por finalidade o dimensionamento e geometrização dos Jazigos, o estudo das características de mineralização e a avaliação das respectivas reservas;

y) "Prospecção" – significa o conjunto de operações a executar mediante métodos geológicos, geoquímicos ou geofísicos, com vista à descoberta e localização de Jazigos no solo, subsolo, no leito dos rios e no fundo do mar territorial e da plataforma continental;

z) Reconhecimento – significa o conjunto de operações constituídas pela execução de trabalhos de índole mineira como sanjas, trincheiras, poços e perfurações que, complementados com trabalhos geológicos, geoquímicos, geofísicos e laboratoriais, têm como objectivo a determinação das características das jazidas minerais.

ALUVIÃO

3

PROJECTO LUREMO-CATOBA

ARTIGO 2.º
Objecto do Contrato

1.  O objecto do presente Contrato é a constituição de uma Associação em Participação entre as Partes, para o exercício dos direitos mineiros de prospecção, pesquisa e reconhecimento de jazigos secundários de diamantes, na área localizada conforme Croquís de Localização que consta do Anexo A, concedidos à ENDIAMA, para a área da Lunda Norte.

2.  Sem prejuízo do estipulado no n.º 1 deste artigo, as Partes deste Contrato terão o direito de preferência na obtenção do Título de Exploração para o exercício de direitos mineiros de exploração de jazigos primários que ocorrem na área do objecto do presente Contrato, desde que a sua intenção seja manifestada e autorizada pelo Conselho de Ministros, em conformidade com a Lei.

3.  Caso venha a ter lugar a fase de Exploração, as partes acordam desde já a constituição entre si de uma sociedade comercial para exploração de jazigos descobertos na área referida no n.º 1 do presente Artigo, cabendo a cada uma das partes a participação social prevista no Artigo 4.º do presente Contrato.

ARTIGO 3.º
(Natureza Jurídica)

1.  A Associação em Participação existirá sob a forma de participação não societária de interesses, sem personalidade jurídica não constituindo um Contrato de sociedade comercial ou civil nem uma conta em participação.

2.  Quaisquer actos que produzam efeitos jurídicos para a Associação em Participação, nomeadamente, contratos, deverão ser assinados por todas as Partes.

3.  As obrigações decorrentes desses actos assumem a natureza de obrigações conjuntas, excepto quando de outro modo for previsto no presente Contrato ou acordado pelas Partes.

ARTIGO  4.º
(Quotas  de Participação)

1.  As quotas de participação das Associadas para a fase de exploração, caso venha a ter lugar, serão fixadas no respectivo Contrato, sendo garantida as partes, uma quota de participação igual a:

    a)  ENDIAMA————— 47% (quarenta e sete por cento);
    b)  NOFAR  ————— 40% (quarenta por cento);
    c)  TWINS  ————— 13% (treze por cento).

ALUVIÃO

4

**PROJECTO LUREMO-CATOBA**

2. Para efeitos das deliberações do Conselho de Associados da Associação em Participação, objecto do presente Contrato, as quotas de participação serão as seguintes:

   a) ENDIAMA——————— 47% (quarenta e sete por cento);
   b) NOFAR ——————— 40% (quarenta por cento);
   c) TWINS ——————— 13% (treze por cento).

### ARTIGO 5.º
### Propriedade do Bens

1. Os bens adquiridos por uma das Associadas e afectos à Associação permanecerão na propriedade exclusiva da Associada que os adquiriu, com todos os efeitos legais daí advindos, até à sua completa amortização, o que será objecto de definição e regulamentação pelo Conselho de Associados.

2. Tido e qualquer bem que seja conjuntamente adquirido pelas Associadas ficará na compropriedade destas, na proporção dos seus direitos na Associação, enquanto durar esta, sendo em tudo o mais sujeito às regras da compropriedade previstas na Lei.

### ARTIGO 6.º
### Licença de Prospecção

1. Os direitos mineiros inerentes à Licença de Prospecção previsto no Art.º 6.º da Lei n.º 1/92, de 17 de Janeiro, e na Lei n.º 16/94, de 7 de Outubro, consideram-se exercidos pela Associação em Participação após aprovação do presente Contrato pelo Governo.

2. As licenças de Prospecção não são alienáveis, transmissíveis ou negociáveis, salvo prévia autorização do Conselho de Ministros.

3. O recurso a terceiros pelo detentor da licença de prospecção para obtenção de fundos para o investimento, carece de prévia aprovação do organismo competente do Estado Angolano.

### ARTIGO 7.º
### Área do Contrato

1. A Associação exercerá os seus direitos decorrentes do presente Contrato na área descrita no Anexo A, área delimitada a demarcar, nos termos do art.º 5 n.º 5 da Lei n.º 1/92, de 17 de Janeiro, pelo polígono regular formado por vértices cujas coordenadas estão, igualmente, estabelecidas no Anexo A.

2. Salvo no que respeita aos serviços de apoio logístico e administrativo que sejam necessários montar em centros urbanos, todas as operações geológico-mineiras que constituem objecto do presente contrato, as instalações de pesquisa e reconhecimento, bem como respectivos equipamentos, serão mantidos dentro da área referida no número anterior, sem prejuízo das áreas a libertar nos termos da lei.

ALUVIÃO

5

**PROJECTO LUREMO-CATOBA**

## ARTIGO 8.º
## Minerais Abrangidos

1. Os minerais abrangidos pelo presente Contrato são os diamantes a extrair a partir dos Jazigos Secundários, descobertos na área objecto do Contrato, durante o período de vigência do Contrato, entre a ENDIAMA, a NOFAR e a TWINS.

2. Os diamantes que forem recuperados durante a execução das operações geológicas são propriedade do Estado Angolano, serão registados em boletins apropriados e, após avaliação, serão armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

3. Poderá ser autorizada, pelo Organismo Competente, a comercialização dos diamantes recuperados durante a execução das operações geológicas, quando isso for técnica e economicamente justificável.

4. Quaisquer outros minerais economicamente úteis que forem detectados durante os trabalhos de pesquisa e reconhecimento e não caibam na definição dos minerais acessórios, são excluídos do objecto do presente Contrato, mas deverão ser registados como resultados desses trabalhos e referidos nos relatórios a entregar ás Autoridades competentes e armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

## ARTIGO 9.º
## Exclusividade

A Associação exercerá de modo exclusivo os direitos de Prospecção e Pesquisa sobre a Área do presente Contrato, não podendo ser concedidos direitos idênticos, semelhantes ou concorrentes sobre a Área do Contrato a qualquer outra entidade, sociedade, pessoa singular, associação ou qualquer outra forma de empreendimento.

## ARTIGO 10.º
## Duração do Contrato

Os direitos mineiros referidos no Artigo 6.º são concedidos por um período de três (3) anos, podendo ser prorrogado esse período para um máximo de 5 (cinco) anos, de acordo ao Art.º 5.º n.º 5 da lei n.º 1/92, de 17 de Janeiro.

## CAPÍTULO II
## OBRIGAÇÕES GERAIS

## ARTIGO 11.º
## Obrigações Gerais das Associadas

As Associadas ficam obrigadas a realizar as operações que constituem o objecto do presente Contrato e previstas no Programa de Trabalhos a que se refere o artigo 15.º e outras que concorram para os mesmos fins, em conformidade com as Leis n.º 1/92, 16/94 e 17/94, e a atingir os respectivos objectos identificados neste Contrato, nomeadamente:

   a) mobilizar, todos recursos humanos necessários para as operações, recrutando e empregando trabalhadores, consultores e outro pessoal;

ALUVIÃO

6

PROJECTO LUREMO-CATOBA

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo equipamento necessários as operações matendo-os em condições próprias de funcionamento; executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) manter a contabilidade, registos das operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando operações de outrem, legalmente em curso nas mesmas áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as operações, estudos, análises e ensaios bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis n.º 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do art.º 2.º da lei 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das operações geológico-mineiras no prazo de sessenta (90) dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida a força maior, comprovada pelas partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias, uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

7

ALUVIÃO

PROJECTO LUREMO-CATOBA

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo equipamento necessários as operações matendo-os em condições próprias de funcionamento; executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) **manter** a contabilidade, registos das operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando operações de outrem, legalmente em curso nas mesmas áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as operações, estudos, análises e ensaios bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis n.º 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do art.º 2.º da lei 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das operações geológico-mineiras no prazo de noventa (90) dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida a força maior, comprovada pelas partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias, uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

ALUVIÃO

7

**PROJECTO LUREMO-CATOBA**

### ARTIGO 12.º
### Obrigações Gerais da ENDIAMA

A ENDIAMA fica sujeita às seguintes obrigações:

a) fornecer á Associação, os dados de natureza geológica e mineira com interesse para a execução das operações geológico-mineiras, sendo que tais dados deverão ser valorizados por empresa idónea e pagos pela Associação à ENDIAMA antes do inicio da exploração, caso venha a ter lugar;

b) usar os seus melhores esforços no sentido de obter para a Associação as facilidades necessárias para agilizar a importação de bens e consumo necessários, as formalidades para a entrada, circulação em Angola e saída dos especialistas estrangeiros, o licenciamento da utilização de explosivos e rádios de comunicação, bem como outras formalidades necessárias às actividades abrangidas pelo presente Contrato;

c) contribuir para que seja assegurado dentro das limitações da lei, o livre trânsito em Angola do pessoal ao serviço da Associação;

d) assistir a Associação nos procedimentos legais para a obtenção de isenções fiscais para todas as operações relacionadas com o trânsito de bens e serviços, desde que os mesmos sejam permitidos pela legislação em vigor;

e) garantir todo o licenciamento necessário, bem como as aprovações das autoridades competentes, para o total cumprimento das actividades indicadas neste Contrato;

f) proceder de acordo com a lei, à demarcação das áreas necessárias para as instalações destinadas à execução das operações geológico-mineiras;

g) manter as autoridades angolanas informadas do desenvolvimento do projecto;

h) assumir a responsabilidade que lhe cabe no âmbito do exercício conjunto da gestão e administração da Associação e condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme Art.º 36.º do presente Contrato, referentes a administração e gestão do Projecto;

### ARTIGO 13.º
### Obrigações Gerais da NOFAR

A NOFAR fica sujeita às seguintes obrigações:

a) transferir para à Associação, gratuitamente, toda a informação geológica e relativa a Prospecção e Pesquisa que esteja disponível e que, no entender da Associação, possa ter interesse para a execução das Operações.

b) assumir a responsabilidade, sem prejuízo do exercício conjunto da gestão e administração, pela condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme Art.º35.º do presente Contrato, referentes à administração e gestão;

ALUVIÃO

**PROJECTO LUREMO-CATOBA**

c) realizar por sua conta e risco os investimentos das Operações de Prospecção e Pesquisa nos termos do Artigo 23º.

d) dar cumprimento aos programas de trabalho aprovados, nos prazos e condições estabelecidos, atingindo os objectivos fixados e mantendo as Operações permanentemente activas, salvo em caso de força maior ou outras vicissitudes previstas no Contrato;

e) cumprir a lei angolana e, em particular a Lei Laboral e a do Lei do Investimento Privado;

f) transferir o "know-How" e contribuir activamente para a actualização e formação técnico - profissional dos trabalhadores angolanos, tomando as medidas necessárias e dirigindo acções programadas, adequadas para esse fim, devidamente cronogramadas e orçamentadas, prevendo a substituição gradual do pessoal estrangeiro pelo nacional;

g) dar sempre que possível preferência aos trabalhadores angolanos no recrutamento do pessoal necessário às operações, quando apresentem qualificações e experiência comparáveis às dos expatriados ou revelem aptidão para serem treinados com vista a substituírem os quadros expatriados, bem como empreender o treinamento "on job" do pessoal angolano inclusive para os cargos de Direcção.

h) Realizar o pagamento do bónus devido a ENDIAMA, nos termos do art.º29 do presente contrato.

ARTIGO 14.º
**Obrigações Gerais da TWINS**

A TWINS fica sujeita às seguintes obrigações:

a) dar o seu contributo válido e activo no desenvolvimento das actividades mineiras;

b) cooperar e agir de boa fé com a direcção do projecto com vista a garantir o cumprimento das disposições contratuais e o funcionamento regular e eficaz do Projecto;

c) participar nas deliberações do Conselho de Gerência de forma a que, em conformidade com as regras do Contrato, se tomem finais e vinculativas para os sócios;

d) participar na discussão para a elaboração dos programas trimestrais, anuais e respectivos orçamentos.

e) assumir a responsabilidade que lhe cabe no Conselho de Gestão.

ALUVIÃO