# ANEXO A

# MAPA DA ÁREA DO CONTRATO



# Croquis de Localização
## Projecto Luremo
### "Prospecção"

**Escala - 1 : 1.500.000**

8 0 8 16 Kilometers

COORDENADAS DA NOVA CONCESSÃO DA IDAS - PROSPECÇÃO

| VÉRTICE | LATITUDE | | | LONGITUDE | | |
|---|---|---|---|---|---|---|
| | Graus | Min | Seg | Graus | Min | Seg |
| K | 8 | 6 | 0 | 17 | 20 | 0 |
| L | 8 | 32 | 30 | 17 | 30 | 0 |
| M | 8 | 32 | 30 | 17 | 59 | 12 |
| N | 8 | 21 | 18 | 17 | 58 | 30 |
| O | 8 | 6 | 30 | 17 | 48 | 0 |
| P | 8 | 1 | 30 | 17 | 29 | 0 |

Projecção: U.T.M.
Elipsoide: CLARKE 1880
Datum: CAMACUPA
Elaborado por: D.I.G. - Sidiama
Data: 15/02/2001

IDAS PROSPECÇÃO    Área 2.923 Km2

# ANEXO B

# PROGRAMA DE TRABALHO

# ANEXO C

# PRINCIPIOS GERAIS SOBRE A POLITICA DE RECUSROS HUMANOS

## PRINCÍPIOS GERAIS SOBRE A POLÍTICA
## DE RECURSOS HUMANOS

A Associação adoptará os princípios gerais sobre a política de Recursos Humanos que são definidos da seguinte forma:

1. A Associação deverá assegurar a planificação e realização de acções de formação profissional dos trabalhadores efectivos a distintos níveis, visando a sua formação e capacitação técnico-profissional para que de forma eficiente possam corresponder às exigências do processo produtivo e da inovação tecnológica;

2. O Programa de Formação Profissional deverá ser aprovado pelo Conselho de Associados e contemplará vários tipos de acções de formação ou treinamento, tais como, o treinamento "on job", cursos de formação ou superação em estabelecimentos de ensino no país ou no estrangeiro. O referido programa deverá prever o tipo e número de beneficiários, os tipos de acções de formação/treinamento e seus respectivos custos, bem como o cronograma estabelecido;

3. A Associação deverá substituir gradualmente a força de trabalho expatriada por angolanos qualificados e competentes, de acordo aos requisitos das actividades em que participam ou das funções que desempenham, promovendo acções de formação e capacitação técnico-profissional que se acharem pertinentes;

4. A substituição do pessoal expatriado pelo nacional terá lugar à luz dos critérios internacionalmente aceites sobre o Sistema de carreiras profissionais, e sem incidências negativas nos níveis de produtividade do Projecto;

5. De acordo com as necessidades concretas e os requisitos inerentes ao exercício das variadas funções no Projecto, a Associação deverá seleccionar e empregar pessoal qualificado angolano, não somente nas suas operações geológico-mineiras, mas também em cargos de gestão;

6. A Associação deverá dar preferência ao recrutamento de trabalhadores da ENDIAMA que possuam a qualificação profissional requerida e/ou daqueles que residam na vizinhança das áreas das operações mineiras do Projecto;

7. A Associação deverá elaborar e aplicar um sistema justo e realista de remuneração, aonde o trabalhador angolano seja remunerado, de igual forma que o expatriado relativamente ao exercício de funções iguais;

8. A Associação deverá aplicar um sistema justo de seguros para os trabalhadores angolanos, tendo em conta as capacidades financeiras do Projecto e a legislação aplicável no País.

# ANEXO D

# PRINCIPIOS GERAIS SOBRE PROTECÇÃO DO AMBIENTE

### PRINCÍPIOS GERAIS SOBRE A RECUPERAÇÃO
### OU REPOSIÇÃO DO MEIO AMBIENTE

A Associação adoptará os princípios gerais sobre a defesa, recuperação ou reposição do meio ambiente que são definidos da seguinte forma:

1. A Associação definirá e implementará a sua política de defesa do Ambiente de acordo com a Lei de Base do Ambiente (Lei n°.5/98, de 19 de Junho) e demais orientações estabelecidas no sector mineiro sobre o assunto;

2. Com vista a observar as disposições legais e superiormente estabelecidas sobre a defesa do Ambiente, os Estudos de Viabilidade Técnica e Económica "E.V.T.E" elaborados, devem ser complementados com o Estudo do Impacto Ambiental do Projecto;

3. A Associação colocar-se-á a disposição das entidades competentes para a fiscalização relativa à implementação da legislação em vigor e demais orientações estabelecidas no sector mineiro sobre o assunto;

4. A Associação deverá assegurar o planeamento das actividades geológico-mineiras e de exploração de tal modo que se tenha em consideração os efeitos destas actividades no ecossistema, o impacto ambiental tanto do ponto de vista imediato, quanto a longo prazo;

5. De entre os efeitos da actividade mineira, a Associação deverá prestar especial atenção:

   a) A remoção do estéril deverá ser encaminhada para locais apropriados, permitindo que após a exploração de cada zona mineira se possa refazer a camada de vegetação anteriormente existente naquelas áreas;

   b) Os rejeitados provenientes das lavarias deverão ser colocados em áreas previamente exploradas; Todavia, o rejeitado das lavarias de meio denso poderão ser usados na construção e/ ou manutenção de estradas, reduzindo os custos de produção neste âmbito, bem como evitando a deposição e manutenção de enormes volumes de rejeitados o que pode afectar a redes de drenagem natural em determinada área;

   c) Os desvios de rios, bem como o corte de árvores deverão ser executados de maneira a não obstruir a drenagem natural, evitar os fenómenos de erosão pluvial, bem como a reposição das espécies vegetais (rearborização);

6. Relativamente a restauração do meio ambiente degradado, a Associação deverá desenvolver várias acções, entre as quais destacam-se as seguintes:
   a) arborização das áreas degradadas;
   b) devolução dos trocos dos rios nos leitos originais;
   c) restauração dos solos férteis;
   d) modelar a arquitectura paisagística;

    e) destruição das antigas infra-estruturas de apoio caso as mesmas não possuam aplicabilidade noutras actividades;
    f) remoção de todos equipamentos e engenhos avariados na área do projecto, etc.

7. A deposição de lixos domésticos e industriais deverá ser feita em conformidade com as práticas internacionalmente aceites, isto é, introduzindo procedimentos para o controlo, tratamento e deposição de todo tipo de lixos existentes (sistema selectivo de colecta de lixos, aterros, etc.);

8. O processo de restauração do meio ambiente degradado deverá ser programado, cronogramados e orçamentado;

9. A Associação colocar-se-á a disposição das entidades competentes do Estado, bem como das equipas especializadas da ENDIAMA para o devido controlo e fiscalização, com vista a se avaliar o grau de cumprimento da legislação em vigor e demais orientações estabelecidas sobre a defesa ambiental, bem como identificar possíveis irregularidades ou danos ao meio ambiente, susceptíveis de perigar a vida das populações locais e criar desequilíbrio dos ecossistemas da região.

# ANEXO E

# PRINCIPIOS GERAIS SOBRE ACÇÕES E CARACTER SOCIAL

## PRINCÍPIOS GERAIS SOBRE AS ACÇÕES DE CARÁCTER SOCIAL

A Associação adoptará os princípios gerais sobre as acções de carácter social que são definidos da seguinte forma:

1. A Associação definirá e implementará a sua política de apoio social às comunidades locais das áreas mineiras onde opera o projecto, comparticipando, deste modo, nos esforços do Governo, autoridades administrativas locais e entidades tradicionais para o desenvolvimento sociocultural das populações;

2. A Associação, através do seu órgão de gestão, deverá aprovar e implementar um programa de acções de carácter social, tendo em consideração a necessidade da sua contribuição para o desenvolvimento comunitário, as capacidades financeiras do Projecto, bem como a vida real e as necessidades mais prementes dos trabalhadores do Projecto, seus parentes mais próximos e a população local;

3. O Programa de acções sociais deverá estabelecer prioridades na actuação da Associação, pelo que atenção especial, deverá ser prestada para:

    a) Criação ou reabilitação de empreendimentos sociais e culturais, tais como, escolas, postos médicos, fontenários, museus, centros de lazer e habitações;
    b) Comparticipação nos programas de combate e/ou prevenção contra a poliomielite, malária, sida, etc.

4. A Associação deverá consolidar as suas relações de colaboração e de intercâmbio com as autoridades administrativas, as entidades tradicionais, agentes económicos e a população em geral para o bom êxito das actividades socioculturais;

5. A Associação deverá em conjunto com as autoridades locais e os beneficiários do apoio social, criar mecanismos de controle e de preservação dos empreendimentos construídos ou reabilitados, de tal modo que tenha lugar e se consolide o impacto social desejado;

6. Os custos e despesas relacionados com as acções de carácter social deverão ser considerados para todos efeitos como custos da Associação e serem tratados de acordo ao estipulado no presente Contrato (Acordo). Por conseguinte, o Programa de acções sociais deverá ser orçamentado e cronogramado;

7. A Associação deverá colocar-se à disposição das entidades competentes do Estado e da ENDIAMA, para efeitos de fiscalização das acções, fundamentalmente, obras de impacto social nas zonas mineiras.