# EXHIBIT 2

## "*NON-PERTINENT TEXT*"

==========================

MINISTRY OF EDUCATION AND CULTURE

## "*NON-PERTINENT TEXT*"

==========================

## MINISTRY OF GEOLOGY AND MINING

### Executive Order No. 106/04

### September 21

In consideration of the Government's position in regards to the possibility
of local and foreign investors' participation
in the development of the industry of diamonds extraction,
in the area of the new policy of conferring mining rights
of viewing and exploration;

   ENDIAMA – E. P. has an interest in taking part in
projects contributing to the production and increased values
of the diamond-producing resources, in favor of the economic and
social development of the Country;

   Nofar Mining, B. V. holds technical and financial
capabilities and is interested in the implementation of actions with the
objective of developing plans for viewing, assessing[,] and
exploring diamonds;

   Twins Limited holds the negotiation ability in
financial resources for the realization of the plans of viewing,
investigation, identification[,] and recognition of diamond deposits.

   According to the terms of Article 2[,] Order No. 36/03 on
June 27, of the Ministers Council, the Minister of Geology
and Mines orders the following:

   Article 1 --- It is hereby authorized the establishment of the association
in participation among ENDIAMA – E. P., Nofar Mining, B. V.[,] and Twins limited.

   Article 2 --- It is hereby approved the Contract of Diamond Viewing, Investigation[,]
and Recognition among ENDIAMA –
E. P., Nofar Mining, B. V.[,] and Twins limited.

   Article 3 --- Hereby are granted to ENDIAMA – E. P. the
mining rights of viewing, investigation[,] and recognition in the
area defined in the Viewing, Investigation[,] and Recognition
Contract[,] as indicated on the map on Attachment B
as part of this executive order.

Art. 4 --- This executive order in effect on the date of its publication.

It is hereby published.

Luanda, September 21[,] 2004

The Minister, *Manuel António Africano.*

---------------------------------------

# LUREMO – CATOBA PROJECT

### Agreeing parties

This Contract has been signed by the National Diamonds Firm of Angola – ENDIAMA, E.P., located on Rua Major Kanhangulo, 100, in Luanda, (from this point on referred to as <<ENDIAMA>>), whose representative for the purpose of this agreement is Mr. Dr. Manuel Amaldo de Sousa Calado, President of the Board of Directors and Nofar Mining B.V., located on Wartenmanweg, 100, 3067, Rotterdam, Netherlands (from this point on referred to as <<NOFAR>>), whose representative for the purpose of this agreement is sufficiently Attorney Kramash Mordechai and Twins Limited, located on Cook Islands (from this point on referred to as <<TWINS>>), whose representative for the purpose of this agreement is general director, António of Holy France.

### Preamble

Considering that ENDIAMA is a large public firm, established after Order 6/81 on June 15, and whose Statutes were ratified by Order 30-A/97 on April 25 [.the company] conducts as primary activities the viewing, investigation, identification, management, trade, and liquidation of diamonds and accessory mineral substances, activity conducted in the whole territory of Angola exclusively or in collaboration with companies with local and foreign partnerships.

According to the provision of Law 1/92 on January 17 and Law 16/94 on October 7, the direct mining for the purpose of viewing, investigation, identification, managing, and trading of the diamonds may be ENDIAMA's direct activities or for companies with mixed capital ENDIAMA collaborates with.

The distribution of the mentioned direct mining products lacks the Geology and Mining Ministry's approval in accordance to Mandate No. 36/03, Art. 2, on June 27, 2003.

The Government's strategy ruling the mining sector in general and with particular attention to the diamonds industry mandates the involvement of local and foreign investors in the development of the respective activities.

### CHAPTER I
### Definitions and Objectives

### ARTICLE 1
### (Definitions)

For the intent and purpose of this Contract, and unless the contents clearly intend otherwise, the terms below hold the meaning conferred as follows, provided they begin in capital letters:

a)  *<<Standard Sample>>* - refers to a sample representative of the diamond production on the part of the Sociedade Mista [Commingling Company,] as established, excluding Special Stones, [and] with classification in accordance to the all the categories under the Classification of Stones for Sale[,] so that the Standard Sample may be considered a sample of the type of production, to be classified, on the part of the Sociedade Mista [Commingling Company] as established.

b)  *<<Attachment or Attachments>>* – refers to the document(s) enclosed in the Contract, which are integral part of the same [Contract];

c)  *<<Angola>>* – refers to the Republic of Angola;

d)  *<<Area">>* – refers to an area as defined in Article 7, No. 1, and in Attachments A and B;

e)  *<<Mining Area">>* – refers to an area delimited by the Exploration of economically feasible Deposits, as defined in Article 32;

f)  *<<Areas of Contract>>* – refers to areas as defined in Article 7, No. 1, and in Attachments A and B;

g)  *<<Association in Partnership or Association>>* – established in accordance to the terms of Article 3 in this Contract;

h)  *<<Marketing>>* – involves all the activities and operations performed with the goal to prepare the diamonds for sale, including the classification, evaluation, negotiation, and signing of the respective agreements, shipment, export, and the rest of the accessory or complementary activities;

i)  *<<Contract">>* – refers to this Contract, including all the Attachments and any addition or modification of the same;

j)  *<<Foreign Currency">>* – refers to any foreign money clearly convertible in the international financial markets;

k)  *<<State>>* – refers to the State of the Republic of Angola;

l)  <<*Study of Technical-Economic Feasibility* or E.V.T.E.>> – refers to the study or studies to conduct after the Investigation of the discovered Deposits, according to the terms in Article 30, indicating the technical and economic feasibility of the Deposits Investigation;

m)  <<*Investigation*>> – refers to all the operations and activities performed with the intent to extract, loading, transporting, and treatment of diamond mining products;

n)  <<*Government*>>– refers to the Government of the Republic of Angola;

o)  <<*Deposits*>> – refers to the natural collection of deposits/aggregates of diamonds occurred in the Area of the Contract justifying or not an Investigation in order to determine if the Exploration is technical and economically feasible;

p)  <<*Mine*>> – refers to an excavation or opening area done on the ground, on site where a diamond Deposit is located (or a group of diamond Deposits), in order to extract the diamonds and/or other minerals from the same Deposit;

q)  <<*Accessory Minerals*>> – refers to the minerals genetics and closely related to the diamonds in the Deposit and that may not be economically extracted and in a selective manner before treatment;

r)  <<*Operations*>> – refers to all the activities in any way related to the Viewing, Investigation, and Identification of secondary Deposits;

s)  <<*Competent Body*>> – refers to the Geology and Mining Ministry or other competent entity protecting the mining sector;

t)  <<*Party*>> – refers to ENDIAMA, or NOFAR, or TWINS, when individually mentioned;

u)  <<*Parties*>> – refers to ENDIAMA, or NOFAR, or TWINS, when jointly mentioned;

v)  <<*Special Stones*>> – refers to a gem of diamond, whose weight is over the maximum limit allowed in accordance to the Classification of Stones for Sale (presently, 10.80 carats);

w)  <<*Classified Stones*>> – refers to any gem of diamond, whose weight is not over the maximum limit allowed in accordance to the Classification of Stones for Sale (presently, 10.80 carats), along with all the industrial diamonds regardless of their size;

x)  <<*Investigation*>> – refers to all the operations and actions with the objective of measuring and surveying the Deposits, the study of the features of the mineral substance and the availability of the respective reserves;

y)  <<*Viewing*>> – refers to all the operations to perform with geological , geo-chemical, and geophysical methods with the goal to discover and localize Deposits on the ground, underground, in river beds[,] and on the lower level of the bottom of the sea and of the platform of the continent;

z)  <<*Identification*>> – refers to all the operations established for the realization of mining type jobs, such as trenches, barriers, wells, and excavations that, in addition to the geological, geo-chemical, geophysical, and laboratory activities, have the objective to determine the features of the mining deposits.

## ARTICLE 2
### (Contract Objective)

1.  The objective of this Contract is to establish an Association in Partnership among the parties, for the use of the mining rights of viewing, investigation, and identification of the secondary diamond deposits, in the located area according to the Localization Sketches as shown on Attachment A, granted to ENDIAMA, for the area of Northern Lunde.

2.  Without prejudice for the condition on No. 1 of the same Article, the parties entering this Contract are entitled to preference in obtaining the Title of Investigation to exercise mining rights when searching the primary deposits located in the area indicated in this Contract, since such intent may be expressed and authorized by the Council of Ministers, according to the Law.

3.  In case a phase of the Investigation takes place, at this time the parties agree to establish a business association to investigate the deposits discovered in the area as mentioned in No. 1 of the same Article, involving each party in the social participation as foreseen in Article 4 of this Contract.

## ARTICLE 3
### (Legal Nature)

1.   The Association in Partnership shall exist with the role of a participation in the company of interest, with no legal person establishing a Contract of commercial or civil business nor with participation count.

2.   Any action producing legal results on the part of the Association in Partnership, namely contracts, shall be subscribed by the all the Parties.

3.   The obligations occurring during the actions shall constitute joint duties, unless otherwise stipulated by this Contract or as agreed on by the Parties.

## ARTICLE 4
### (Participation Share)

1.   In case the opportunity arises, the participation share of the Members during the phase of investigation shall be set by the respective Contract, with guarantee to the Parties of a participation share equal to:

    a)   ENDIAMA------------ 47% (forty seven percent);
    b)   NOFAR---------------- 40% (forty percent);
    c)   TWINS---------------- 13% (thirteen percent).

2.   As a result of the regulations in the Members Council of the Association in Partnership, object of this Contract, the participation shares shall be equal to:

    d)   ENDIAMA------------ 47% (forty seven percent);
    e)   NOFAR---------------- 40% (forty percent);
    f)   TWINS---------------- 13% (thirteen percent).

## ARTICLE 5
### (Proprietorship)

1.   Propriety acquired by one of the Members and charged on the Association shall remain in exclusive ownership of the Member that had obtained it, will all the legal effects of what occurred, until its full depreciation, which shall be defined and regulated by the Members Council.

2.   All and any property jointly obtained by the Members shall become part of the common property of the same, in ratio according to the regulations of the Association, while it exists, following the rules of the common property as foreseen by the Law.

## ARTICLE 6
### (Viewing License)

1.   Mining rights associated to the Viewing License[,] as foreseen in Order No. 1/92,  Article 6[,] on January 17 and Order No. 16/94 on October 7, shall be regarded as executed by the Association in Partnership after ratification of this Contract by the Government.

2.   Investigation Licenses shall not be alienable, transferable, or negotiable, except in case of previous authorization by the Council of Ministers.

3.   Resorting to a third [party] by the holder of the Investigation License to obtain investment funds shall lack previous ratification by the competent body of the Angolan State.

## ARTICLE 7
### (Area of Contract)

1.   The Association shall exercise the resulting rights of this Contract as to the area described on Attachment A, delimited area to mark out, according to the terms in Order 1/92, Article 5, No. 5, on January 17, as a normal polygon with verteces, whose coordinates are also indicated on Attachment A.

2.   All geological-mining operations that are object of this Contract, such as surveys and identification set up, along with the respective equipment, shall remain within the area as mentioned in the previous paragraph, without prejudice of the areas to free according to the terms of the law, except in the case of services of logistic and administrative feature as necessary to put together in urban centers.

## ARTICLE 8
### (Included Minerals)

1.   The minerals included in this Contract shall consist of the diamonds to extract from the Secondary Deposits, found in the area as defined in the Contract, during the period of validity of the Contract, among ENDIAMA, NOFAR, AND TWINS.

2.   The diamonds recovered during the execution of the geological operations shall be recorded on appropriate reports and, after assessment, shall be stored in the conditions defined by the Competent Body of the State.

3.   The Competent Body shall authorize the commercialization of diamonds recovered during the execution of the geological operations, when it is technically and economically justifiable.

4.   Any other minerals economically useful and detected during the investigation and identification job[, and] which do not fit into a category of accessory minerals, shall be excluded from the object of this Contract; however they shall be recorded as products of the same jobs and mentioned on reports deliverable to the Competent Authorities and stored in the conditions established by the Competent Body of the State.

## ARTICLE 9
### (Exclusiveness)

The Association shall exercise the exclusive rights of Viewing and Investigation in the Area of this Contract[.] Identical, similar, or competing rights as to the Area of the Contract shall not be granted to any other body, organization, individual, association[,] or other form of undertaking.

## ARTICLE 10
### (Length of Contract)

The mining rights indicated in Article 6 shall be granted for a period of three (3) years, with the possibility of an extension to a maximum of 5 (five) years, in accordance to Order 1/92, Art. 5, No. 5, on January 17.

## CHAPTER II
### General Obligations

### ARTICLE 11
#### (General obligations of the Members)

The members shall commit to carry out the operations as established by the objective of this Contract and as foreseen in the Operations Plan mentioned in Article 15[,] along with other [operations] occurring concurrently and for the same goals, in accordance with Orders 1/92, 16/94[,] and 17/94, and to achieve the respective goals as established in this Contract, namely:

a) To mobilize all the human resources necessary for the operations, recruiting and employing workers, consultants[,] and other staff;

b) To build, equip[,] and assure the maintenance of all the installations and of all equipment necessary to keep up the operative conditions; to execute the jobs of assembly and maintenance of the equipment and plants;

c) To organize and set up the services necessary for the proper running of the installations and infrastructures, including operation manuals and necessary regulations;

d) To maintain the book-keeping and the registry of the operations in proper and methodical manner and brought up-to-date on a regular basis, utilizing procedures and accounting rules internationally accepted;

e) To maintain an updated[,] complete[,] and methodical registry of all the operations and collect the elements of information necessary for fiscal administration on the part of ENDIAMA and the Competent Authorities, and further occasional reports;

f) To set up in Angola the proper installations in preparation for sampling and analytical services for the project and to assist for the duration of this Contract;

g) To operate, in relations to the activities, only within the areas established by the realization of the approved plans, not interfering nor compromising the operations of another [group] legally occurring in the same areas;

h) To effectively and efficiently guarantee the safety of the industry and diamonds;

i) To utilize the technology and the most modern and appropriate methods in the execution of all the operations, studies, analyses[,] and tests as well as in the administrative services and technical-material supply, seeking to achieve the highest degree of efficiency, [while] fulfilling the provisions of Orders 1/92, on January 17, and 16/94 and 17/94, on October 7, and the rest of the provisions in effect;

j) To carefully carry out the directive of Order 16/94, Art. 2, No. 8, on October 7, in the area of services and supplies set up;

k) To begin the execution of the geological-mining operations within ninety (90) from the effective entry date, according the terms established in the Contract, except in the case of any deferment due to extenuating circumstances and for approval by the parties;

l) To ensure the viability of the project;

m) To manage the Operations as well as the auxiliary and support services for the same Operations;

n)  To keep the Competent Body informed as to the development of the Operations;

o)  To fulfill the rest of the obligations as indicated in this Contract and in accordance to the applicable order;

p)  To identify and put in practice, in uniformity of circumstances, a salary range as fair and equal, without discrepancies between the Angolan and foreign workers.

### ARTICLE 12
### (General Obligations – ENDIAMA)

ENDIAMA shall comply with the following obligations:

a)  To provide the Association with the information about the geological and mining features of interest in order to carry out the geological-mining operations, with the same information to be valued by the suitable company and to be paid by the Association to ENDIAMA before the beginning of the exploration, when it occurs;

b)  To put forth the best efforts in order to obtain for the Association the facilities necessary to speed up the import of the necessary goods and consumption, the entry formalities, the movement throughout Angola and departures of the foreign experts, the permission for use of explosives and communication radios, as well as other formalities necessary for the included activities according to this Contract;

c)  To work together and assure, within the limits of the law, the free movement in Angola of individuals assisting the Association;

d)  To assist the Association in the legal procedures to obtain the fiscal exemptions for all the operations concerning the flow of the goods and services, since the same would be allowed by the legislation in effect;

e)  To guarantee the necessary licensing, as well as the approval by the competent authorities,

for the fulfillment of the activities as indicated in this Contract;

f)    To proceed in accordance to the law and demarcate the areas necessary for the set up intended for the execution of the geological-mining operations;

g)    To maintain the Angolan authorities informed of the development of the project;

h)    To accept responsibility of what falls in the arena of joint exercise of management and administration of the Association and the realization of the Operations and utilizing, while fulfilling the functions, all the acquired technical skills, knowledge[,] and experience, in accordance to Art. 38 of this Contract [and] regarding the administration and management of the Project.

## ARTICLE 13
### (General Obligations – NOFAR)

NOFAR shall comply with the following obligations:

a)    To transfer to the Association, free of charge, all the geological information and regarding the Viewing and Investigation that may be available and that, to the understanding of the Association, may be of interest for the execution of the Operations;

b)    To accept the responsibility, without prejudice of joint exercise of management and administration, for carrying out the Operations and utilizing, while fulfilling the functions, all the acquired technical skills, knowledge and experience, in accordance to Art. 35 of this Contract [and] regarding the administration and management;

c)    To realize on their account and risk the investments for the Operations of Viewing and Investigation in accordance to the terms of Article 23;

d)    To carry out the approved job plans, according to the established terms and conditions, and achieve the established objectives and maintain the Operations in a continuous active state, unless in case of extenuating circumstances or other drawbacks as foreseen in the Contract;

e)    To observe the Angolan law, in particular the Employment Law and the law of Private Investment;

f)    To transfer the "Know-How" and actively contribute to bring up-to-date and provide technical-professional training to the Angolan workers, considering the necessary measures and taking planned actions, suitable for this goal, duly chrono[logically] planned and budgeted, with gradual replacement of foreign staff with locals;

g)    To always give preference[,] within reasonable opportunity[,] to Angolan workers[,] when it comes to recruitment of the necessary staff for the operations, when they produce qualifications and experience comparable [to the skills] of expatriates or show suitability to be trained for the objective to replace the expatriate team, as well as to undertake the "on [the] job" training of the Angolan staff including the Management jobs.

h)    To fulfill the payment of the bonus owed to ENDIAMA, according to the terms of Art. 29 in this Contract.

### ARTICLE 14
### (General Obligations – TWINS)

TWINS shall comply with the following obligations:

a)   To give its valid and active contribution during the development of the mining activities;

b)   To collaborate and act in good faith with the directive of the Project in order to guarantee the fulfillment of the contractual provisions and the normal and efficient life of the Project;

c)   To take part in the deliberations of the Management Council and make them final and binding for the Members, in accordance to the regulations of the Contract;

d)   To take part in the discussion for the production of quarterly and yearly plans and [their] respective budgets;

e)   To accept responsibility that pertains to the Management Council.

### CHAPTER III
### Viewing and Investigation

### SECTION I
### Operations and Installations

### ARTICLE 15
### (Operations)

1.   The geological operations cover the Viewing, Investigation[,] and Identification stages in regards to Secondary Deposits of diamonds.

2.   The Association reserves the right and the obligation to carry out all the necessary Geological Operations within reason and according to the settled job plan on Attachment B.

### SECTION II
### Term and Release of the Areas

### ARTICLE 16
### (Term)

The rights of Viewing, Investigation[,] and Identification shall be granted for a 3 (three) years term period. At the end of this term, if the Association concludes a significant density

9.    The arbitration decision shall even establish guidelines on how each of the Parties must maintain the arbitration costs and which proportion.

## ARTICLE 65
### (To come into Effect)

This Contract shall come into effect at the time when all the following events take place:

   a)   The publication of the Decree of the Ministry of Geology and Mining, [decree] that ratifies this Contract;
   b)   The signing of this contract by the parties.

## ARTICLE 66
### (Revision)

This Contract may be revised at any time through written agreement among the Parties, beyond the disposition of Article 63.

## ARTICLE 67
### (Void, Annulling[,] or Invalid Dispositions)

If any disposition of this Contract violates the law, regulation, agreement[,] and similar and, for this reason, this Contract of Association becomes partially void, annulled[,] or invalid, the same Contract shall be considered reduced to the group of valid articles, remaining in effect without the defective dispositions if, in this manner, the fulfillment of the scope of this Contract and the realization of the objectives requested by the same [Contract] may still be possible.

## CHAPTER X
## FINAL DISPOSITIONS

## ARTICLE 68
### (Communication)

1.    Notifications and communication among the Parties, to the Association within the scope of this Contract [,]shall be only considered effectively fulfilled if realized in writing, and personally delivered or sent by mail, electronic mail (e-mail), telecopy[,] or telex to the following addresses:

ENDIAMA:

   Street Address: Major Kanhangulo 100  Edificio ENDIAMA
   Telex: 3068/3046
   Telefax: 337276/336983
   e-mail – endiama@endiama-angola.com / www.endiama-angola.com
   Luanda – Angola

NOFAR:

   Street Address: Wartermanweg 100, 3067 GG Rotterdam
   Tel.: 332439
   Telefax: +871-762-599252
   e-mail: mkramash@netvision.net.il
   Netherlands

TWINS:

      Street Address: Anz House, Main Road, Avarua, Rarotonga
      Tel.: 2022612841
      e-mail: rcabelly@crinternational.com
      Cook Islands

2.    Any change to the said addressed shall be promptly communicated in writing to the rest of the entities.

### ARTICLE 69
### Attachments

The following Attachment constitute an integral part of this Contract:

    a)   ATTACHMENT A – Maps of the Areas indicated in the Contract;

    b)   ATTACHMENT B – Job Plan;

    c)   ATTACHMENT C – General Rules on Human Resources Policy;

    d)   ATTACHMENT D – General Rules on Environmental Protection;

    e)   ATTACHMENT E – General Rules on Actions of Social Character.

IN WITNESS THEREOF, the Parties sign this Contract, in Luanda, on May 18[,] 2004.

On behalf of ENDIAMA, *Manuel Arnaldo de Sousa Calado.*

On behalf of NOFAR, *Kramash Mordechai.*

On behalf of TWINS, *António of Holy France.*

# Location Sketches

## Luremo Project

### "Viewing"

### "*Map*"

Northern Luanda

## Scale = 1 : 1.500.000

8 0 8 16 Kilometers

**COORDINATES OF NEW CONCESSION OF TRIPS – VIEWING**

| VERTIX | LATITUDE | | | LONGITUDE | | |
|---|---|---|---|---|---|---|
| | Degree | Min | Segm | Degree | Min | Segm |
| K | 8 | 6 | 0 | 17 | 20 | 0 |
| L | 8 | 32 | 30 | 17 | 30 | 0 |
| M | 8 | 32 | 30 | 17 | 59 | 12 |
| N | 8 | 21 | 18 | 17 | 58 | 30 |
| O | 8 | 6 | 30 | 17 | 45 | 0 |
| P | 8 | 1 | 30 | 17 | 29 | 0 |

**Projection: U. T. M.**
**Elipsoide: CLARKE T 880**
**Datum: CAMACUPA**
**Prepared by: D. I. G. – Sidiama**
**Date: 02/15/2001**

| | Area |
|---|---|
| ☐ VIEWING TRIPS | --------------- |
| | 2.923 Km² |

# Location Sketches

## Luremo Project

### "Exploration"

## "Map"

## R. D. C.

Northern Luanda

Area: 302 Km2

**6 0 6 12 Kilometers**

**SCALE = 1 : 1."*Illegible*"00.000**

| Vertix | Long – DMS | Lat – DMS |
|--------|------------|-----------|
| A | 17  30  00  E | 08  32  30  S |
| B | 17  58  12  E | 09  32  30  S |
| C | 17  59  12  E | 08  35  34  S |
| D | 17  30  00  E | 08  35  34  S |

*Projection: U. T. M.*
*Elipsoide: CLARKE T 880*
*Datum: CAMACUPA*
*Prepared by: D. I. G. – SIDIAMA*
*Date: 02/15/2001*

| LEGEND | |
|--------|--------|
| Province | "*Illegible*" |
| * "*Illegible*" | "*Illegible*" |
| • Site | CONCESSION OF TRIPS |

I SÉRIE — N.º 76 — DE 21 DE SETEMBRO DE 2004

pavimentos para duas moradias sito em Luanda, Rua Cónego Manuel das Neves, n.os 65/67, inscrito na Matriz Predial da Área Fiscal do 3.º Bairro, sob o n.º 281, a favor de António Domingos Barata e João Nunes Barata, descrito e inscrito na Conservatória do Registo Predial da Comarca de Luanda, sob o n.º 8302, a folhas 188, verso, do livro B-27 e folhas 105, do livro G-29, sob o n.º 27 888, a favor de Alice Cordeiro Silvestre.

2.º — Proceda a Conservatória competente à inscrição a favor do Estado do prédio urbano ora confiscado, livre de quaisquer ónus ou encargos.

Publique-se.

Luanda, aos 21 de Setembro de 2004.

O Ministro da Justiça, *Paulo Tjipilica.*

O Ministro do Urbanismo e Ambiente, *Virgílio Ferreira de Fontes Pereira.*

---

# MINISTÉRIOS DA EDUCAÇÃO E DA CULTURA

### Despacho conjunto n.º 212/04
#### de 21 de Setembro

Havendo a necessidade de se proceder à avaliação da implementação da Resolução n.º 3/87, de 23 de Maio;

Nos termos do n.º 3 do artigo 114.º da Lei Constitucional, determina-se:

1. É constituída a Comissão de Avaliação dos Resultados da Aplicação dos Alfabetos de seis línguas nacionais aprovados pela Resolução n.º 3/87, de 23 de Maio, no ensino, constituída por:

   *a)* David Leonardo Chivela, Director do Instituto Nacional de Investigação e Desenvolvimento da Educação — coordenador;

   *b)* Amélia Arlete Dias Mingas, Directora Geral do Instituto Nacional de Línguas — coordenadora-adjunta;

   *c)* Domingas Lourenço Cristóvão Victorino, Directora do Gabinete Jurídico do Ministério da Cultura;

   *d)* António João, chefe de Departamento da D.N.E.G. do Ministério da Educação;

   *e)* António Chamuongo, técnico do INIDE.

2. A comissão ora constituída deverá apresentar o relatório da avaliação no prazo máximo de 30 dias.

Publique-se.

Luanda, aos 20 de Julho de 2004.

O Ministro da Educação, *António Burity da Silva Neto.*

O Ministro da Cultura, *Boaventura da Silva Cardoso.*

---

# MINISTÉRIO DA GEOLOGIA E MINAS

### Decreto executivo n.º 106/04
#### de 21 de Setembro

Considerando que a orientação do Governo torna possível a participação dos investidores nacionais e estrangeiros no desenvolvimento da indústria extractiva de diamantes, no quadro da nova política de atribuição de direitos mineiros de prospecção e exploração;

A ENDIAMA-E.P. tem o interesse em participar em projectos que contribuam para a produção e valorização dos recursos diamantíferos, para o desenvolvimento económico-social do País;

A Nofar Mining, B.V. possui capacidade técnica e financeira e está interessada na realização de acções com vista a desenvolver programas de prospecção, avaliação e exploração de diamantes;

A Twins Limited possui capacidade de agenciamento de recursos financeiros para execução dos programas de prospecção, pesquisa e reconhecimento de jazigos de diamantes.

Nos termos do artigo 2.º do Decreto n.º 36/03, de 27 de Junho, do Conselho de Ministros, o Ministro da Geologia e Minas decreta o seguinte:

Artigo 1.º — É autorizada a constituição da associação em participação entre a ENDIAMA-E.P., Nofar Mining, B.V. e a Twins Limited.

Art. 2.º — É aprovado o Contrato de Prospecção, Pesquisa e Reconhecimento de Diamantes entre a ENDIAMA-E.P, Nofar Mining, B.V. e a Twins Limited.

Art. 3.º — São concedidos à ENDIAMA-E.P. os direitos mineiros de prospecção, pesquisa e reconhecimento na Área definida no Contrato de Prospecção, Pesquisa e Reconhecimento representada no mapa constante do Anexo B ao presente decreto executivo.

I SÉRIE — N.º 76 — DE 21 DE SETEMBRO DE 2004                                    1773



# Croquis de Localização

## Projecto Luremo

### "Prospecção"



**Escala - 1 : 1.500.000**

8  0  8  16  Kilometers



COORDENADAS DA NOVA CONCESSÃO DA IDAS - PROSPECÇÃO

Projecção: U.T.M.
Elipsoide: CLARKE 1880
Datum: CAMACUPA
Elaborado por: D.I.G. - Sidioma
Data: 15/02/2001

| VÉRTICE | LATITUDE | | | LONGITUDE | | |
|---|---|---|---|---|---|---|
| | Grau | Min | Seg | Graus | Min | Seg |
| K | 8 | 6 | 0 | 17 | 20 | 0 |
| L | 8 | 32 | 30 | 17 | 30 | 0 |
| M | 8 | 32 | 30 | 17 | 59 | 12 |
| N | 9 | 21 | 58 | 17 | 58 | 30 |
| O | 8 | 6 | 30 | 17 | 48 | 0 |
| P | 8 | 1 | 30 | 17 | 28 | 0 |

IDAS PROSPECÇÃO          Área: 2.220 Km2

DIARIO DA REPÚBLICA



# CROQUIS DE LOCALIZAÇÃO

## *Projecto Luremo*

## *"Exploração"*

R. D. C.

Lunda-Norte

Malanje

Área: 302 km2

ESCALA - 1 : 800 000

Projecção  U.T.M.
Elipsoide : Clarke 1880
Datum : Camacupa
Elaborado por : D.I.G. - SIDIAMA
Data : 19/08/03

LEGENDA

| Vértice | Long-DMS | Lat-DMS |
|---|---|---|
| A | 17° 30' 00" E | 08° 32' 30" S |
| B | 17° 59' 12" E | 08° 32' 30" S |
| C | 17° 59' 12" E | 08° 35' 34" S |
| D | 17° 30' 00" E | 08° 35' 34" S |

Art. 4.º — Este decreto executivo entra em vigor na data da sua publicação.

Publique-se.

Luanda, aos 21 de Setembro de 2004.

O Ministro, *Manuel António Africano*.

---

## PROJECTO LUREMO-CATOBÀ

### Partes contratantes

O presente Contrato é celebrado entre a Empresa Nacional de Diamantes de Angola – ENDIAMA, E.P., com sede na Rua Major Kanhangulo, 100, em Luanda, (adiante designada por «ENDIAMA»), neste acto representada pelo seu Presidente do Conselho de Administração, Manuel Arnaldo de Sousa Calado e Nofar Mining, B.V., com sede em Wartermanweg, 100, 3067, Roterdão, Países Baixos (adiante designada por «NOFAR»), neste acto representada pelo seu bastante procurador Kramash Mordechai e Twins Limited, com sede nas Ilhas Cook, Pacífico, (adiante designada por «TWINS»), neste acto representada pelo seu director geral, António dos Santos França.

### Preâmbulo

Considerando que a ENDIAMA é uma empresa pública de grande dimensão, criada pelo Decreto n.º 6/81, de 15 de Junho e cujo estatuto foi aprovado pelo Decreto n.º 30-A/97, de 25 de Abril, tendo como principal actividade a prospecção, pesquisa, reconhecimento, exploração, comercialização e lapidação de diamantes e de mineralizações acessórias, actividade esta que é exercida em todo o território de Angola em regime de exclusividade ou através de associações com parceiros nacionais e estrangeiros.

De acordo com o disposto na Lei n.º 1/92, de 17 de Janeiro e na Lei n.º 16/94, de 7 de Outubro, os direitos mineiros de prospecção, pesquisa, reconhecimento, exploração e comercialização de diamantes podem ser exercidos directamente pela ENDIAMA ou por empresas de capitais mistos em que a ENDIAMA participe.

A atribuição dos referidos direitos mineiros carece de aprovação pelo Ministério da Geologia e Minas de acordo ao artigo 2.º do Decreto n.º 36/03, de 27 de Junho.

De acordo com a estratégia delineada pelo Governo para o sector mineiro em geral e para a indústria diaman-

tífera em particular, no desenvolvimento das respectivas actividades deve ser promovida a participação de investidores nacionais e estrangeiros.

## CAPÍTULO I
### Definições e Objecto

#### ARTIGO 1.º
#### (Definições)

Para efeitos deste Contrato e salvo se do seu contexto claramente resultar sentido diferente, os termos abaixo indicados terão, sempre que iniciados por letra maiúscula, o significado que a seguir lhes é atribuído:

a) «*Amostra-Padrão*» – significa a amostra representativa da produção de diamantes da sociedade mista que vier a ser constituída, excluindo as Pedras Especiais, classificada de acordo com as categorias integradas na Classificação-Padrão para venda por forma a que a Amostra-Padrão possa ser considerada como um padrão da forma como a produção da sociedade mista que vier a ser constituída poderá ser classificada;

b) «*Anexo ou Anexos*» — significa o(s) documento(s) Anexo(s) ao Contrato e que dele faz(em) parte integrante;

c) «*Angola*» — significa a República de Angola;

d) «*Área*» – significa a Área definida no n.º 1 do artigo 7.º e nos Anexos A e B;

e) «*Área da Mina*» — significa a Área delimitada para a Exploração de Jazigos economicamente viáveis, tal como definida no artigo 32.º;

f) «*Área do Contrato*» – significa as Áreas definidas no n.º 1 do artigo 7.º e nos Anexos A e B;

g) «*Associação em Participação ou Associação*» — constituída nos termos do artigo 3.º do presente Contrato;

h) «*Comercialização*» — significa o conjunto de actos e Operações realizados com o objectivo de preparar os diamantes para venda, incluindo a sua classificação, avaliação, negociação e celebração dos respectivos contratos, expedição, exportação e todas as outras actividades acessórias ou complementares;

i) «*Contrato*» — significa este Contrato, incluindo todos os seus Anexos, assim como qualquer aditamento e alteração que o mesmo vier a sofrer;

j) «*Divisas*» — significa qualquer moeda estrangeira livremente convertível nos mercados financeiros internacionais;

k) «*Estado*» — significa o Estado da República de Angola;

*l)* *«Estudo de Viabilidade Técnico-Económica ou E.V.T.E.»* — significa o estudo ou estudos a realizar após a Pesquisa dos Jazigos descobertos, nos termos do artigo 30.º, os quais se destinam a demonstrar a viabilidade técnica e económica da Exploração dos Jazigos;

*m)* *«Exploração»* — significa o conjunto de Operações e actividades realizadas tendo por fim a extracção, carregamento, transporte e tratamento de minério diamantífero;

*n)* *«Governo»* — significa o Governo da República de Angola;

*o)* *«Jazigos»* — significa as acumulações naturais de Jazigos/depósitos de diamantes ocorridas na Área do Contrato que justifiquem ou não a Pesquisa a fim de determinar se a sua Exploração é técnica e economicamente viável;

*p)* *«Mina»* — significa a escavação ou abertura efectuada no solo, no local onde se situa um Jazigo de diamantes (ou conjunto de Jazigos de diamantes), com o fim de extracção de diamantes e/ou outros minerais a partir desse Jazigo;

*q)* *«Minerais Acessórios»* – significa os minerais genética e intimamente ligados aos diamantes num Jazigo e que não possam ser economicamente extraídos de forma selectiva, antes do tratamento;

*r)* *«Operações»* — significa todas as actividades de qualquer tipo relacionadas com a Prospecção, Pesquisa e Reconhecimento de Jazigos secundários;

*s)* *«Organismo Competente»* — significa o Ministério da Geologia e Minas ou outra entidade competente que venha a assumir a tutela sobre o sector mineiro;

*t)* *«Parte»* — significa a ENDIAMA, ou NOFAR, ou TWINS quando referidas individualmente;

*u)* *«Partes»* — significa a ENDIAMA, a NOFAR e a TWINS quando referidas em conjunto;

*v)* *«Pedra Especial»* — significa uma gema de diamante cujo peso exceda o limite máximo estabelecido na Classificação-Padrão para venda (actualmente 10.80 quilates);

*w)* *«Pedras Classificadas»* — significa qualquer gema de diamante cujo peso não exceda o limite estabelecido na Classificação-Padrão para venda (actualmente 10.80 quilates), assim como todos os diamantes industriais independentemente do seu tamanho;

*x)* *«Pesquisa»* — significa o conjunto de Operações e trabalhos que têm por finalidade o dimensionamento e geometrização dos Jazigos, o estudo das características de mineralização e a avaliação das respectivas reservas;

*y)* *«Prospecção»* — significa o conjunto de Operações a executar mediante métodos geológicos, geoquímicos ou geofísicos, com vista à descoberta e localização de Jazigos no solo, subsolo, no leito dos rios e no fundo do mar territorial e da plataforma continental;

*z)* *«Reconhecimento»* — significa o conjunto de Operações constituídas pela execução de trabalhos de índole mineira como sanjas, trincheiras, poços e perfurações que complementados com trabalhos geológicos, geoquímicos, geofísicos e laboratoriais, têm como objectivo a determinação das características das jazidas minerais.

ARTIGO 2.º
(Objecto do Contrato)

1. O objecto do presente Contrato é a constituição de uma Associação em Participação entre as Partes, para o exercício dos direitos mineiros de Prospecção, Pesquisa e Reconhecimento de Jazigos secundários de diamantes, na Área localizada conforme croquis de localização que consta do Anexo A, concedidos à ENDIAMA, para a Área da Lunda-Norte.

2. Sem prejuízo do estipulado no n.º 1 deste artigo, as Partes deste Contrato terão o direito de preferência na obtenção do Título de Exploração para o exercício de direitos mineiros de Exploração de Jazigos primários que ocorrem na Área do objecto do presente Contrato, desde que a sua intenção seja manifestada e autorizada pelo Conselho de Ministros, em conformidade com a lei.

3. Caso venha a ter lugar a fase de Exploração, as Partes acordam desde já a constituição entre si de uma sociedade comercial para Exploração de Jazigos descobertos na Área referida no n.º 1 do presente artigo, cabendo a cada uma das Partes a participação social prevista no artigo 4.º do presente Contrato.

ARTIGO 3.º
(Natureza jurídica)

1. A Associação em Participação existirá sob a forma de participação não societária de interesses, sem personalidade jurídica não constituindo um Contrato de sociedade comercial ou civil nem uma conta em participação.

2. Quaisquer actos que produzam efeitos jurídicos para a Associação em Participação, nomeadamente, contratos, deverão ser assinados por todas as Partes.

3. As obrigações decorrentes desses actos assumem a natureza de obrigações conjuntas, excepto quando de outro modo for previsto no presente Contrato ou acordado pelas Partes.

### ARTIGO 4.°
(Quotas de participação)

1. As quotas de participação das Associadas para a fase de Exploração, caso venha a ter lugar, serão fixadas no respectivo Contrato, sendo garantida às Partes, uma quota de participação igual a:

- a) ENDIAMA   47%;
- b) NOFAR     40%;
- c) TWINS     13%.

2. Para efeitos das deliberações do Conselho de Associadas da Associação em Participação, objecto do presente Contrato, as quotas de participação serão as seguintes:

- a) ENDIAMA   47%;
- b) NOFAR     40%;
- c) TWINS     13%.

### ARTIGO 5.°
(Propriedade dos bens)

1. Os bens adquiridos por uma das Associadas e afectos à Associação permanecerão na propriedade exclusiva da Associada que os adquiriu, com todos os efeitos legais daí advindos, até à sua completa amortização, o que será objecto de definição e regulamentação pelo Conselho de Associados.

2. Todo qualquer bem que seja conjuntamente adquirido pelas Associadas ficará na compropriedade destas, na proporção dos seus direitos na Associação, enquanto durar esta, sendo em tudo o mais sujeito às regras da compropriedade previstas na lei.

### ARTIGO 6.°
(Licença de Prospecção)

1. Os direitos mineiros inerentes à Licença de Prospecção previsto no artigo 6.° da Lei n.° 1/92, de 17 de Janeiro e na Lei n.° 16/94, de 7 de Outubro, consideram-se exercidos pela Associação em Participação após aprovação do presente Contrato pelo Governo.

2. As Licenças de Prospecção não são alienáveis, transmissíveis ou negociáveis, salvo prévia autorização do Conselho de Ministros.

3. O recurso a terceiros pelo detentor da Licença de Prospecção para obtenção de fundos para o investimento, carece de prévia aprovação do Organismo Competente do Estado Angolano.

### ARTIGO 7.°
(Área do Contrato)

1. A Associação exercerá os seus direitos decorrentes do presente Contrato na Área descrita no Anexo A, Área delimitada a demarcar, nos termos do n.° 5 do artigo 5.° da Lei

n.° 1/92, de 17 de Janeiro, pelo polígono regular formado por vértices cujas coordenadas estão, igualmente, estabelecidas no Anexo A.

2. Salvo no que respeita aos serviços de apoio logístico e administrativo que sejam necessários montar em centros urbanos, todas as Operações Geológico-Mineiras que constituem objecto do presente Contrato, as instalações de Pesquisa e Reconhecimento, bem como respectivos equipamentos, serão mantidos dentro da Área referida no número anterior, sem prejuízo das áreas a liberar nos termos da lei.

### ARTIGO 8.°
(Minerais abrangidos)

1. Os minerais abrangidos pelo presente Contrato são os diamantes a extrair a partir dos Jazigos Secundários, descobertos na Área de objecto do Contrato, durante o período de vigência do Contrato, entre a ENDIAMA, a NOFAR e a TWINS.

2. Os diamantes que forem recuperados durante a execução das Operações Geológicas são propriedade do Estado Angolano, serão registados em boletins apropriados e, após avaliação, serão armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

3. Poderá ser autorizada, pelo Organismo Competente, a comercialização dos diamantes recuperados durante a execução das Operações Geológicas, quando isso for técnica e economicamente justificável.

4. Quaisquer outros minerais economicamente úteis que forem detectados durante os trabalhos de Pesquisa e Reconhecimento e não caibam na definição dos Minerais Acessórios, são excluídos do objecto do presente Contrato, mas deverão ser registados como resultados desses trabalhos e referidos nos relatórios a entregar às autoridades competentes e armazenados nas condições que forem definidas pelo Organismo Competente do Estado.

### ARTIGO 9.°
(Exclusividade)

A Associação exercerá de modo exclusivo os direitos de Prospecção e Pesquisa sobre a Área do presente Contrato, não podendo ser concedidos direitos idênticos, semelhantes ou concorrentes sobre a Área do Contrato a qualquer outra entidade, sociedade, pessoa singular, associação ou qualquer outra forma de empreendimento.

### ARTIGO 10.°
(Duração do Contrato)

Os direitos mineiros referidos no artigo 6.° são concedidos por um período de três anos, podendo ser prorrogado esse período para um máximo de cinco anos, de acordo ao n.° 5 do artigo 5.° da Lei n.° 1/92, de 17 de Janeiro.

**1759**

## CAPÍTULO II
### Obrigações Gerais

ARTIGO 11.º
(Obrigações gerais das Associadas)

As Associadas ficam obrigadas a realizar as Operações que constituem o objecto do presente Contrato e previstas no programa de trabalhos a que se refere o artigo 15.º e outras que concorram para os mesmos fins, em conformidade com as Leis n.ᵒˢ 1/92, 16/94 e 17/94 e a atingir os respectivos objectos identificados neste Contrato, nomeadamente:

a) mobilizar todos os recursos humanos necessários para as Operações, recrutando e empregando trabalhadores, consultores e outro pessoal;

b) construir, equipar e assegurar a manutenção de todas as instalações e de todo o equipamento necessário às Operações mantendo-os em condições próprias de funcionamento, executar todos os trabalhos de montagem e manutenção dos equipamentos e das instalações;

c) organizar e montar todos os serviços necessários ao bom funcionamento das instalações e infra-estruturas, incluindo os manuais de procedimentos e os regulamentos necessários;

d) manter a contabilidade, registos das Operações de modo correcto, sistemático e permanentemente actualizado, adoptando procedimentos e regras contabilistas internacionalmente aceites;

e) manter de forma actualizada o registo completo e sistemático dos dados de todas as Operações e fornecer todos os elementos de informação necessários ao exercício da fiscalização por parte da ENDIAMA e das autoridades competentes, para além dos relatórios periódicos;

f) montar em Angola as instalações adequadas para a preparação de Amostras e os serviços analíticos do projecto, atendendo à duração do presente Contrato;

g) actuar, operacionalmente, apenas dentro das Áreas demarcadas para o cumprimento dos programas aprovados, não interferindo nem prejudicando Operações de outrem, legalmente em curso nas mesmas Áreas;

h) garantir, com eficácia e eficiência, a segurança industrial e dos diamantes;

i) utilizar a tecnologia e os métodos mais modernos e adequados na execução de todas as Operações, estudos, análises e ensaios, bem como nos serviços administrativos e de abastecimento técnico-material, procurando atingir a maior eficácia, cumprindo as disposições das Leis

n.º 1/92, de 17 de Janeiro e 16/94 e 17/94, de 7 de Outubro e as demais disposições da lei em vigor;

j) cumprir escrupulosamente o previsto no n.º 8 do artigo 2.º da Lei n.º 16/94, de 7 de Outubro, no domínio de prestação de serviços e fornecimentos;

k) iniciar a execução das Operações Geológico-Mineiras no prazo de 90 dias, a contar da data da entrada em vigor, nos termos estabelecidos no Contrato, salvo qualquer prorrogação devida à força maior, comprovada pelas Partes;

l) assegurar a operacionalidade do projecto;

m) gerir as Operações, bem como os serviços auxiliares e de suporte a tais Operações;

n) manter o Organismo Competente informado sobre o desenvolvimento das Operações;

o) cumprir com as demais obrigações previstas neste Contrato e na lei aplicável;

p) qualificar e praticar em igualdade de circunstâncias uma escala salarial justa e equilibrada, sem diferenciação entre os trabalhadores angolanos e estrangeiros.

ARTIGO 12.º
(Obrigações gerais da ENDIAMA)

A ENDIAMA fica sujeita às seguintes obrigações:

a) fornecer à Associação os dados de natureza geológica e mineira com interesse para a execução das Operações Geológico-Mineiras, sendo que tais dados deverão ser valorizados por empresa idónea e pagos pela Associação à ENDIAMA antes do início da Exploração, caso venha a ter lugar;

b) usar os seus melhores esforços no sentido de obter para a Associação as facilidades necessárias para agilizar a importação de bens e consumo necessário, as formalidades para a entrada, circulação em Angola e saída dos especialistas estrangeiros, o licenciamento da utilização de explosivos e rádios de comunicação, bem como outras formalidades necessárias às actividades abrangidas pelo presente Contrato;

c) contribuir para que, seja assegurado dentro das limitações da lei, o livre trânsito em Angola do pessoal ao serviço da Associação;

d) assistir a Associação nos procedimentos legais para a obtenção de isenções fiscais para todas as Operações relacionadas com o trânsito de bens e serviços, desde que os mesmos sejam permitidos pela legislação em vigor;

e) garantir todo o licenciamento necessário, bem como as aprovações das autoridades compe-

tentes, para o total cumprimento das actividades indicadas neste Contrato;

*f)* proceder, de acordo com a lei, à demarcação das Áreas necessárias para as instalações destinadas à execução das Operações Geológico-Mineiras;

*g)* manter as autoridades angolanas informadas do desenvolvimento do projecto;

*h)* assumir a responsabilidade que lhe cabe no âmbito do exercício conjunto da gestão e administração da Associação e condução das Operações a utilizar no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme artigo 36.º do presente Contrato, referentes à administração e gestão do projecto.

### ARTIGO 13.º
#### (Obrigações gerais da NOFAR)

A NOFAR fica sujeita às seguintes obrigações:

*a)* transferir para a Associação, gratuitamente, toda a informação geológica e relativa à Prospecção e Pesquisa que esteja disponível e que, no entender da Associação, possa ter interesse para a execução das Operações;

*b)* assumir a responsabilidade, sem prejuízo do exercício conjunto da gestão e administração, pela condução das Operações e utilizar, no cumprimento das suas funções, toda a capacidade técnica, o conhecimento e a experiência que possui, conforme artigo 35.º do presente Contrato, referentes à administração e gestão;

*c)* realizar por sua conta e risco os investimentos das Operações de Prospecção e Pesquisa nos termos do artigo 23.º;

*d)* dar cumprimento aos programas de trabalho aprovados, nos prazos e condições estabelecidos, atingindo os objectivos fixados e mantendo as Operações permanentemente activas, salvo em caso de força maior ou outras vicissitudes previstas no Contrato;

*e)* cumprir a lei angolana e, em particular, a Lei Laboral e a Lei do Investimento Privado;

*f)* transferir o *«know-how»* e contribuir activamente para a actualização e formação técnico-profissional dos trabalhadores angolanos, tomando as medidas necessárias e dirigindo acções programadas, adequadas para esse fim, devidamente cronogramadas e orçamentadas, prevendo a substituição gradual do pessoal estrangeiro pelo nacional;

*g)* dar sempre que possível preferência aos trabalhadores angolanos no recrutamento do pessoal necessário às Operações, quando apresentem

qualificações e experiência comparáveis às dos expatriados ou revelem aptidão para serem treinados com vista a substituírem os quadros expatriados, bem como empreender o treinamento *«on job»* do pessoal angolano inclusive para os cargos de Direcção;

*h)* realizar o pagamento do bónus devido a ENDIAMA, nos termos do artigo 29.º do presente Contrato.

### ARTIGO 14.º
#### (Obrigações gerais da TWINS)

A TWINS fica sujeita às seguintes obrigações:

*a)* dar o seu contributo válido e activo no desenvolvimento das actividades mineiras;

*b)* cooperar e agir de boa fé com a direcção do projecto com vista a garantir o cumprimento das disposições contratuais e o funcionamento regular e eficaz do projecto;

*c)* participar nas deliberações do Conselho de Gerência de forma a que, em conformidade com as regras do Contrato, se tornem finais e vinculativas para os sócios;

*d)* participar na discussão para a elaboração dos programas trimestrais, anuais e respectivos orçamentos;

*e)* assumir a responsabilidade que lhe cabe no Conselho de Gestão.

## CAPÍTULO III
### Prospecção e Pesquisa

#### SECÇÃO I
##### Operações e Implantação

### ARTIGO 15.º
#### (Operações)

1. As Operações Geológicas compreendem as etapas de Prospecção, Pesquisa e Reconhecimento de Jazigos secundários de diamantes.

2. A Associação tem o direito e a obrigação de realizar todas as Operações Geológicas necessárias, na medida do possível, em conformidade com o programa de trabalhos constante do Anexo B.

#### SECÇÃO II
##### Prazo e Libertação de Áreas

### ARTIGO 16.º
#### (Prazo)

Os direitos de Prospecção, Pesquisa e Reconhecimento são concedidos pelo prazo de três anos. Se, no final desse período, a Associação concluir pela existência de uma den-

9. A decisão arbitral estabelecerá ainda a forma como cada uma das Partes deve suportar os custos da arbitragem e em que proporção.

### ARTIGO 65.º
#### (Entrada em vigor)

O presente Contrato entra em vigor na data em que se verifique cumulativamente os seguintes factos:

a) publicação do decreto do Ministério da Geologia e Minas, que aprove o presente Contrato;
b) assinatura do presente Contrato pelas Partes.

### ARTIGO 66.º
#### (Revisão)

Para além do disposto no artigo 63.º, este Contrato poderá ser revisto em qualquer momento mediante acordo escrito entre as Partes.

### ARTIGO 67.º
#### (Disposições nulas, anuláveis ou inválidas)

Se qualquer disposição deste Contrato violar a lei, regulamento, postura ou similar e, por essa razão o presente Contrato de Associação se torne parcialmente nulo, anulável ou inválido, o mesmo Contrato considerar-se-á reduzido ao conjunto dos artigos válidos, permanecendo em vigor sem as disposições viciadas se, desse modo, for ainda possível a execução do objecto do presente Contrato e a execução dos objectivos pretendidos com o mesmo.

## CAPÍTULO X
### Disposições Finais

### ARTIGO 68.º
#### (Comunicações)

1. As notificações ou comunicações entre as Partes, a Associação no âmbito do presente Contrato só se consideram validamente realizadas se forem efectuadas por escrito e entregues pessoalmente ou enviadas por correio, correio electrónico (e-mail), telecópia ou telex para os seguintes endereços:

ENDIAMA:

Rua: Major Kanhangulo, n.º 100, Edifício ENDIA-MA;
Telex: 3068/3046;
Telefax: 337 276/336 983;

e-mail endiama@endiama-angola.com/www. endia-ma-angola.com;
Luanda – Angola.

NOFAR:

Rua: Wartermanweg 100, 3067 GG Roterdão;
Telef: 332 439;
Telefax: +871-762-599252;
e-mail: mkramash@nctvision.net.il;
Países Baixos.

TWINS:

Rua: Anz House, Main Road, Avarua, Rarotonga;
Telef: 2022612841;
e-mail: rcabelly@crinternational.com;
Ilhas Cook.

2. Qualquer alteração aos endereços acima indicados deverá ser prontamente comunicada por escrito às demais entidades.

### ARTIGO 69.º
#### (Anexos)

Fazem parte integrante do presente Contrato os seguintes Anexos:

a) ANEXO A – Mapas da Área do Contrato;

b) ANEXO B – Programa de Trabalhos;

c) ANEXO C – Princípios Gerais Sobre a Política de Recursos Humanos;

d) ANEXO D – Princípios Gerais Sobre a Protecção do Ambiente;

e) ANEXO E – Princípios Gerais Sobre Acções de Carácter Social.

Em fé do que, as Partes celebraram o presente Contrato, em Luanda, em 18 de Maio de 2004.

Pela ENDIAMA, *Manuel Arnaldo de Sousa Calado*.

Pela NOFAR, *Kramash Mordechai*.

Pela TWINS, *António dos Santos França*.