IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| NOFAR MINING B.V. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EMPRESA NACIONAL DE
DIAMANTES DE ANGOLA E.P.'S MOTION TO FILE DECLARATION**

Defendant, Empresa Nacional De Diamantes De Angola E.P. ("ENDIAMA"), by undersigned counsel, moves to file the Declaration referred to in its Reply to Plaintiffs' Response to ENDIAMA's Motion to Dismiss that was not available at the time of filing. The Additional Declaration of the Defendant Empresa Nacional de Diamantes de Angola E.P. is attached to this Motion. Unfortunately, due to travel schedules of Manuel Arnaldo de Sousa Calado, a delay in filing the Declaration resulted. ENDIAMA respectfully requests that this Declaration be accepted for filing in reference to its Reply.

Pursuant to Local Rule 7, undersigned counsel contacted Plaintiffs' counsel, who indicated this motion is opposed to the extent that new information would be offered.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Laura G. Stover*
Thomas J. Whalen (D.C. Bar No. 208512)
Laura G. Stover (D.C. Bar No. 475144)
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Phone: (202) 659-6600
Fax: (202) 659-6699

Counsel for Defendant, Empresa Nacional de Diamantes de Angola E.P.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Defendant ENDIAMA's Motion to File Declaration** was filed and served electronically, this 19th day of October, 2006, to:

> Steven D. Cundra
> Hall Estill Hardwick Golden Gable & Nelson, PC
> 1120 20th Street, NW
> Suite 700, North Building
> Washington, DC 20036
>
> Stephen F. Malouf
> The Law Offices of Stephen F. Malouf, P.C.
> 3506 Cedar Springs
> Dallas, TX 75219

> _/s/ Laura G. Stover_
> Laura G. Stover