

**PERANTE A CORTE DISTRITAL DOS ESTADOS UNIDOS DA AMÉRICA
PARA O DISTRITO DE COLUMBIA**

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO )<br>)<br>PABECO B.V. )<br>)<br>ADASTRA MINERALS, INC. )<br>f/k/a AMERICA MINERAL FIELDS, INC. )<br>)<br>Autores, )<br>)<br>v. )<br>)<br>EMPRESA NACIONAL DE DIAMANTES )<br>DE ANGOLA E.P. )<br>)<br>Réu. ) | Caso No. 1:06-cv-00570-ESH |

**DECLARAÇÃO ADITADA DA RÉ EMPRESA NACIONAL DE DIAMANTES DE ANGOLA E.P.**

Eu, Manuel Arnaldo de Sousa Calado, estando devidamente comprometido a dizer a verdade, deponho e declaro o seguinte:

1. Chamo-me Manuel Arnaldo de Sousa Calado, sou o Presidente do Conselho de Administração, nomeado por Decreto nº 104/05, de 5 de Dezembro, da Empresa Nacional de Diamantes de Angola E.P., designada por ENDIAMA E.P., com sede em Luanda, Angola, à Rua Major Kanhangulo, 100. Tenho conhecimento pessoal dos assuntos tratados na presente declaração e posso depor caso seja intimado como testemunha, exceto no que diz respeito aos assuntos que menciono por informação e convicção, e sobre os quais tenho informação e acredito serem verdadeiros.

2. ENDIAMA, E.P. é uma empresa pública, constituída ao abrigo do Decreto 30-A/97, de 25 de Abril.



3.  ENDIAMA, E.P. é uma pessoa jurídica de grande dimensão, dotada de personalidade jurídica e de autonomia administrativa e de gestão com património próprio.

4.  ENDIAMA, E.P. não é nacional de nenhum Estado dos Estados Unidos da América e não tem participação de capitais estrangeiros, tendo o Estado angolano subscrito integralmente o seu fundo de constituição.

5.  ENDIAMA, E.P. foi constituída sob as leis de Angola, designadamente, ao abrigo do Decreto 30-A/97, de 25 de Abril – Estatutos da Empresa Nacional de Diamantes de Angola.

6.  ENDIAMA UEE – Empresa Nacional de Diamantes de Angola, Unidade Económica Estatal, substituiu a Companhia de Diamantes de Angola, SARL – DIAMANG, ao abrigo do decreto nº 6/81, de 15 de junho, após a independência de Angola e, em 25 de abril de 1997, ao abrigo do Decreto nº 30-A/97, foi criada a Endiama E.P., à qual foi concedida a exclusividade dos direitos mineiros de prospecção, pesquisa, reconhecimento, exploração, tratamento e comercialização de diamantes em todo o território nacional, inclusive a plataforma continental e a zona económica, podendo emitir licenças de exportação e participar em empreendimentos mistos com sociedades estrangeiras de mineração e investimento.

7.  Todas as licenças que a ENDIAMA, E.P. concede têm de ser aprovadas pelo Governo de Angola, que é distinto e separado da ENDIAMA, E.P. As referidas Licenças estão submetidas às leis de Angola.

8.  O Contrato de 14 de Junho de 1995, o Acordo Quadro de 20 de Agosto de 2002, entre ENDIAMA E.P., IDAS e Twins, e a Acta Acordada, de 4 de Dezembro de 2002, entre ENDIAMA E.P., IDAS e Twins ("Contratos IDAS") envolveram prospecção e exploração apenas em Angola.



9.  Os Contratos IDAS estavam sujeitos à Lei Angolana, tendo a Língua Portuguesa como o idioma requerido para todos os documentos e correspondências oficiais.

10. Qualquer disputa entre as partes dos Contratos IDAS teria que ser submetida à Arbitragem conduzida no idioma Português, em Luanda, Angola, e de acordo com as regras da Comissão das Nações Unidas para o Comércio Internacional "UNCITRAL".

11. O Contrato de 14 de Junho de 1995 foi negociado e assinado pelo então Diretor Geral Eng° Augusto Paulino de Almeida Neto, em Luanda, Angola. Eu negociei e assinei o Acordo Quadro de 20 de Agosto de 2002 e a Acta Acordada de 4 de Dezembro de 2002. A ENDIAMA, E.P. não solicitou ou conduziu negociações contratuais para os Contratos IDAS nos Estados Unidos da América.

12. Nenhuma parcela dos Contratos IDAS seria executada nos Estados Unidos da América.

13. Nenhum empregado ou representante da ENDIAMA, E.P. esteve presente aos Estados Unidos da América em relação aos Contratos IDAS.

14. ENDIAMA, E.P. não tem empregados nos Estados Unidos da América.

15. ENDIAMA, E.P. não é residente nos Estados Unidos da América e não tem domicílio ou estabelecimento naquele local.

16. ENDIAMA, E. P. não conduz nem jamais conduziu actividades nos Estados Unidos da América. Na verdade, ENDIAMA, E.P. nunca se envolveu em transacção ou negócio dentro dos Estados Unidos da América com qualquer entidade localizada nos Estados Unidos da América.

17. ENDIAMA, E.P. não conduz ou realiza negócios nos Estados Unidos da América.



18. ENDIAMA, E.P. não renunciou, quer explícita quer implicitamente, à sua imunidade jurisdicional para acções nos Estados Unidos da América.

19. ENDIAMA, E.P. não executou actos ou atividades comerciais nos Estados Unidos da América, ou actos fora do território dos Estados Unidos da América, relacionados a actividades comerciais, que tenham ou tiveram efeito directo nos Estados Unidos da América, no que se refere aos factos alegados na causa de pedir da presente acção judicial.

20. Nenhuma propriedade, ou direitos de propriedade, em disputa nesta acção estão localizados nos Estados Unidos da América.

21. O Contrato entre ENDIAMA, E.P e Nofar Mining B.V. ("NOFAR") foi negociado em Português em Luanda, Angola ("Contrato NOFAR").

22. O Contrato NOFAR estava sujeito à lei angolana, tendo a língua portuguesa como o idioma requerido para todos os documentos e correspondências oficiais.

23. Qualquer disputa entre as partes do Contrato NOFAR teria que ser submetida à Arbitragem a ser conduzida no idioma português, em Luanda, Angola, e de acordo com as regras da Comissão das Nações Unidas para o Comércio Internacional "UNCITRAL".

24. O Contrato NOFAR não envolveu negociações contratuais nos Estados Unidos da América.

25. Nenhuma parcela do Contrato NOFAR seria executada nos Estados Unidos da América.

26. Nenhum Contrato assinado pela ENDIAMA, E.P. designou um lugar nos Estados Unidos da América como o local de sua execução onde pagamentos seriam realizados ou outros actos praticados.

4



27.  ENDIAMA, E.P. não teve envolvimento algum com a aquisição da IDAS pela Adestra Minerals, Inc. ("AMI").

Luanda, 13 de Outubro de 2006

**MANUEL ARNALDO DE SOUSA CALADO**



5

[Revenue stamps on every page]

# BEFORE THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURAÇAO ) | |
| ) | |
| PABECO B.V. ) | |
| ) | |
| ADASTRA MINERALS, INC. ) | |
| f/k/a/ AMERICA MINERAL FIELDS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00570-ESH |
| ) | |
| EMPRESA NACIONAL DE DIAMANTES ) | |
| DE ANGOLA E.P. ) | |
| ) | |
| Defendants ) | |
| ) | |

## ADDITIONAL STATEMENT OF THE DEFENDANT, EMPRESA NACIONAL DE DIAMANTES DE ANGOLA E.P.

I, Manuel Arnaldo de Sousa Calado, having duly sworn to tell the truth, testify and declare the following:

1.      My name is Manuel Arnaldo de Sousa Calado, and I am the Chairman of the Board of Directors, appointed by Decree No. 104/05, of December 5, of the Empresa Nacional de Diamantes de Angola E.P., appointed by ENDIAMA E.P., with headquarters in Luanda, Angola, at Rua Major Kanhangulo, 100. I have personal knowledge of the matters discussed in this statement and I can testify in the case as a witness, except with respect to matters that I mention on the basis of information and belief, and about which I have information and which I believe to be true.

2.   ENDIAMA E.P. is a public corporation, founded pursuant to Decree 30-A/97 of April 25.

3.   ENDIAMA, E.P. is a large-size legal person, having legal standing and being autonomous in its administration and the management of its assets.

4.   ENDIAMA, E.P. is not a national of any of the states of the United States of America and does not have any participation by foreign capital, the nation of Angola being the sole subscriber of its founding capital stock.

5.   ENDIAMA, E.P. was established under the laws of Angola, specifically, under Decree 30-A/97 of April 25 – By-laws of the Empresa Nacional de Diamantes de Angola.

6.   ENDIAMA UEE – Empresa Nacional de Diamantes de Angola, Unidade Econômica Estatal [National Diamond Company of Angola, State Economic Unit], replaced the Companhia de Diamantes de Angola, SARL-DIAMANG, pursuant to Decree No. 6/81 of June 15, after Angola became independent, and on April 25, 1997, under the protection of Decree No. 30-A-97, Endiama E.P. was created, to which was granted exclusive mining rights to the prospecting, research, identification, exploration and processing and marketing of diamonds throughout the national territory, including [inclusive] the continental shelf and economic zone, being permitted to issue licenses for exploration and to participate in mixed ventures with foreign mining and investment companies.

7.   All the licenses granted by ENDIAMA, E.P. must be approved by the Government of Angola, which is distinct and separate from ENDIAMA, E.P. The aforementioned licenses are also subject to the laws of Angola.

8.   The Agreement of June 14, 1995, the Framework Agreement of August 20, 2002, signed between ENDIAMA, E.P.,IDAS and Twins, and the Approved Instrument of December 4, 2002 among ENDIAMA E.P., IDAS and Twins (the "IDAS Agreements') involved prospecting and exploration in Angola only.

9. The IDAS Agreements were subject to Angolan law, with the Portuguese language being the required language for all official documents and correspondence.

10. Any dispute between the parties to the IDAS Agreement would have to be submitted to arbitration conducted in the Portuguese language, in Luanda, Angola, and according to the rules of the United Nations Commission on International Trade Law, "UNCITRAL."

11. The Agreement of June 14, 1995 was negotiated and executed by the then General Manager, Engineer Augusto Paulino de Almeida Neto, in Luanda, Angola. I negotiated and signed the Framework Agreement of August 20, 2002, and the Approved Instrument of December 4, 2002. ENDIAMA E.P. did not request or pursue contractual negotiations for the IDAS Agreements in the United States of America.

12. No part of the IDAS Agreement would be executed in the United States of America.

13. No employee or representative of ENDIAMA, E.P. was present in the United States of America in connection with the IDAS Agreement.

14. ENDIAMA E.P. does not have employees in the United States of America.

15. ENDIAMA, E.P. is not a resident of the United States of America and has no address or establishment in that place.

16. ENDIAMA, E.P. does not conduct and has never conducted activities in the United States of America. In fact, ENDIAMA, E.P. was never involved in a transaction or business dealing within the United States of America with any entity located in United States of America.

17. ENDIAMA, E.P. does not conduct or perform transactions in the United States of America.

3

18.   ENDIAMA, E.P. did not waive, either explicitly or implicitly, its jurisdictional immunity for actions in the United States of America.

19.   ENDIAMA, E.P. did not perform acts or commercial activities in the United States of America, or acts outside of the territory of United States of America, related to commercial activities that may have or have had a direct effect upon the United States of America, with respect to the matters alleged in the cause of action for this case.

20.   None of the property, or property rights, in dispute in this action is located in the United States of America.

21.   The Agreement between ENDIAMA, E.P. and Nofar Mining, B.V. ("NOFAR") was negotiated in Portuguese in Luanda, Angola ("NOFAR Agreement").

22.   The NOFAR Agreement was subject to Angolan law, with the Portuguese language being the required language for all official documents and correspondence.

23.   Any dispute between the parties to the NOFAR Agreement would have to be submitted to arbitration conducted in the Portuguese language in Luanda, Angola, and according to the rules of the United Nations Commission on International Trade Law, "UNCITRAL."

24.   The NOFAR Agreement did not involve contractual negotiations in the United States of America.

25.   No part of the NOFAR Agreement would be executed in the United States of America.

26.   No Agreement executed by ENDIAMA, E.P. designated a place in the United States of America as the place of its execution where payments would be made or other acts performed.

27.     ENDIAMA had no involvement whatsoever in the acquisition of IDAS by Adestra Minerals, Inc. ("AMI").

Luanda, October 13,, 2006

**MANUEL ARNALDO DE SOUSA CALADO**

**Empresa Nacional de Diamantes de Angola
Endiama – E.P.**

[Notarial Seal]

[illegible] to _____ signature *Front page of* [handwritten] of
*Manuel Arnaldo Sousa Calado* [handwritten]

[illegible] in my presence by the individual whose identity I have verified with

*BI000 [illegible] issued 10
of July, 2003* [handwritten]

appearing in his capacity *pursuant to Decree No. 104/05 of December 5 which
was not* [illegible] [handwritten]

Notary Office of the Region of Luanda, on Sept. 22, 2006

**NOTARY**            [seal of Notary Office of Luanda, Ministry of Justice]
[signature]

The LanguageWorks, Inc.
1101 Pennsylvania Avenue, NW
7th Floor
Washington, D.C. 20004
Tel. 202 756 2969
Fax 202 756 7323

**Language Works**

STATE OF NEW YORK )
)  ss
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the attached, to the best of my knowledge and belief, is a true and accurate translation into English of *"Statement of Manuel Arnaldo de Sousa Calado,"*, originally written in Portuguese.

Glenn Cain
Manager of Legal Translation Services
The LanguageWorks, Inc.

Sworn to and subscribed before me
The Seventeenth day of October 2006

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU6146597
Qualified in Kings County
Commission Expires May 22, 2010