**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAS RESOURCES N.V., CURACO; PABECO, B.V.; and ADASTRA MINERALS, INC., f/k/a AMERICAN MINERAL FIELDS, INC.<br>Plaintiffs,<br><br>v.<br><br>EMPRESSA NACIONAL DE DIAMANTES DE ANGOLA E.P. and NOFAR MINING B.V.<br>Defendants. | § § § § § § § § § § § § §   Case No. 1:06-cv-00570-ESH |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

COME NOW, Plaintiffs IDAS Resources N.V., Curaco; Pabeco B.V.; and Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. ("Plaintiffs") and file this certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs, which have outstanding securities in the hands of the public:

• First Quantum Minerals, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Plaintiffs.

**Respectfully submitted,**

/s/ Steve D. Cundra
_____

Steven D. Cundra
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036

Stephen F. Malouf
The Law Offices of Stephen F. Malouf, PC
3811 Turtle Creek Blvd., Suite 1600
Dallas, Texas 75219

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the attorneys of record in the above cause in accordance with the Federal Rules of Civil Procedure on this 25th day of October, 2006.

/s/ Sarah Watson
_____
Sarah Watson
Legal Assistant
Hall Estill Hardwick Golden Gable & Nelson, PC
1120 20th Street, NW
Suite 700, North Building
Washington, DC 20036