UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAS RESOURCES N.V., CURACAO; PABECO B.V., ADASTRA MINERALS, INC. f/k/a AMERICA MINERAL FIELDS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> EMPRESA NACIONAL DE DIAMANTES DE ANGOLA E.P.; NOFAR MINING B.V. <br><br> Defendants. | Civil Action No.  06-00570 (ESH) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Empresa Nacional de Diamantes de Angola E.P.'s ("ENDIAMA's") Motion to Dismiss [#10] and defendant NOFAR Mining B.V.'s ("NOFAR's") Motion to Dismiss [#12] are **GRANTED**.  Plaintiffs' Motions for Leave to Supplement Response, Oral Argument, and Limited Jurisdictional Discovery [##21, 24] are **GRANTED** in part, and **DENIED** in part.  Defendant ENDIAMA's Motion for Leave to File Declaration [#25] is **DENIED**.  The above-captioned case is hereby dismissed without prejudice.

                                              /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: October 26, 2006