**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAS RESOURCES N.V., CURACO PABECO, B.V. and ADASTRA MINERALS, INC., f/k/a AMERICAN MINERAL FIELDS, INC.<br>Plaintiffs,<br><br>v.<br><br>EMPRESSA NACIONAL DE DIAMANTES DE ANGOLA E.P., NOFAR MINING B.V.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1:06-cv-00570-ESH<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' NOTICE OF APPEAL**

COME NOW, Plaintiffs IDAS Resources N.V., Curaco ("IDAS"); Pabeco B.V.; and Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. ("Plaintiffs") and file this Notice of Appeal.

Notice is hereby given that Plaintiffs in the above styled and numbered cause of action hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on October 26, 2006 [Docket #29, Memorandum Opinion at Docket #28]. Particularly, Plaintiffs appeal the granting of Defendant Empressa Nacional de Diamantes de Angola E.P.'s Motion to Dismiss [Docket #10] and Defendant Nofar Mining B.V.'s Motion to Dismiss [Docket #12] and the denial, in part, of Plaintiffs' Motions for Leave to Supplement Response, Oral Argument, and Limited Jurisdictional Discovery [Docket ##21, 24].

Plaintiffs also hereby request that the clerk of the Court timely forward the record in the above styled and numbered cause of action to United States Court of Appeals for the District of Columbia Circuit.

DATED: November 16, 2006

        Respectfully submitted,


        __ _/s/ Steven D. Cundra___
        Steven D. Cundra
        Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C.
        1120 20th Street, NW
        Suite 700, North Building
        Washington, DC 20036


        Stephen F. Malouf
        The Law Offices of Stephen F. Malouf, PC
        3811 Turtle Creek Blvd., Suite 1600
        Dallas, Texas 75219

        **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2006, a copy of the foregoing document was served, via the Court's CM/ECF system for the United States District Court for the District of Columbia upon:

Laura G. Stover (lstover@eckertseamans.com)

   /s/ Sarah Watson
Sarah Watson
Legal Assistant
Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C.
1120 20th Street, NW
Suite 700, North Building
Washington, D.C. 20036