**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAS RESOURCE N.V., CURACAO, ET AL. | § | |
| Plaintiffs, | § | |
| | § | Case No. 06-CV-00570 (ESH) |
| v. | § | |
| EMPRESSA NACIONAL DE DIAMANTES DE ANGOLA E.P. AND NOFAR MINING B.V., | § | |
| Defendants. | § | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective today, Monday, June 4, 2007, Plaintiffs, IDAS Resources N.V., Curacao, Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. and Pabeco B.V. counsel's new address, in the above referenced case, is as follows and requests that all filings in the above captioned case be sent to:

Steven D. Cundra, Esquire (D.C. Bar No. 374074)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Main Phone No: (202) 625-0600
Fax No.: (202) 338-6340

All parties and counsel of record are being notified of this change.

DATE: June 4, 2007

Respectfully Submitted,

_/s/ Steven D. Cundra_____________

Steven D. Cundra, Esquire (D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East

Washington, D.C. 20005
Telephone: 202.625.0600
Facsimile: 202.338.6340
*Counsel for Plaintiffs, IDAS Resources N.V., Curacao, Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. and Pabeco B.V.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2007, I electronically filed this Notice of Change of Address and a copy of the foregoing to be served via the Court's CM/ECF system, upon all counsel of record.

/s/ Steven D. Cundra
Steven D. Cundra, Esquire (D.C. Bar No. 374074)
ROETZEL & ANDRESS, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone: 202.625.0600
Facsimile: 202.338.6340
*Counsel for Plaintiffs, IDAS Resources N.V., Curacao, Adastra Minerals, Inc., f/k/a America Mineral Fields, Inc. and Pabeco B.V.*